UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
: Case No. 09-11233 (REG)
In re :
:
CHEMTURA CORPORATION, *et al.*, : (Chapter 11)
:
:
Debtors. :
:
---------------------------------------------------------- x

## APPOINTMENT OF COMMITTEE OF
## EQUITY SECURITY HOLDERS

     Pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code, the following equity holders of the above-captioned debtors being among the equity security holders who are willing to serve are appointed to the committee of equity security holders:

1. Strategic Value Master Fund, Ltd.
   c/o Strategic Value Partners
   100 West Putnam Avenue
   Greenwich, Connecticut 06830
   Attention: Alan J. Carr
   Tel. No. (203) 618-3576

2. Kwok S. Wong
   25-16 Murray Street
   Flushing, New York 11354
   Tel. No. (718) 539-5914

3. Canyon Capital Advisors
   2000 Avenue of the Stars
   11th Floor
   Los Angeles, California 90067
   Attention: Raj V. Iyer
   Tel. No. (310) 272-1140

4.     Chemtura Corporation Employee Savings Plan
Fiduciary Counselors Inc.
700 12th Street, NW
Suite 700
Washington, D.C. 20005
Attention: Laura Rosenberg, Senior Vice President
Tel. No. (202) 558-5135

5.     Michael Flynn
2181 Fox Chase
Lawrenceville, Georgia 30043
Tel. No. (770) 318-4771

6.     Pete Esmet
422 E. 8th Avenue
Conshohocken, Pennsylvania 19428
Tel. No. (856) 371-6118

7.     R.B. Huntly and O. M. Huntly
2605-55 Charles Street, W
Toronto, Ontario M5S2W9, Canada
Tel. No. (416) 929-2002

Dated: New York, New York
       December 29, 2009

                                             DIANA G. ADAMS
                                             UNITED STATES TRUSTEE

By:    /s/ Brian S. Masumoto
         Brian Masumoto
         Trial Attorney

         33 Whitehall Street, 21st Floor
         New York, New York 10004
         Tel. No. (212) 510-0500