**<u>Tab 7 BKK Ex. 7</u>**

B 10 (Official Form 10) (12/08 Modified CEM)

| | PROOF OF CLAIM |

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

### In re Chemtura Corporation, et al., Case No. 09-11233 (REG) (Jointly Administered)

| Name of Debtor: ISCI, Inc. | Case Number: 09-11252 |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

**BKK Joint Defense Group**
**c/o James J. Dragna**
**Bingham McCutchen LLP**
**355 S. Grand Ave., Ste. 4400, Los Angeles, CA 90071**
**Tel.: (213) 680-6400**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: _____

If address and name different from above, please provide the name and address where notices should be sent:

Creditor Name:

Address:

City/State/ZIP                                     Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**

$ See attached   $_____  $_____  $_____
  (Unsecured) addendum  (Secured)      (Priority)      (Total)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached addendum
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** n/a

   **3a.** Debtor may have scheduled account as: n/a
     (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a) or 11 U.S.C. § 503(b)(9). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. If the supporting documents are in excess of 100 pages, you may attach a summary of them and a list of each document you have relied upon. *(See definition of "redacted" on reverse side.)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

Date: 10/29/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR RECEIVED USE
OCT 30 2009

KURTZMAN CARSON CONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0911252091030000000000013

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

# BINGHAM

Connie Salcido Delgado
Direct Phone: 213.68 0.6550
Direct Fax:    213.830.8744
connie.delgado@bingham.com

October 30, 2009

**Via Hand Delivery**

Chemtura Claims Processing Center
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Re:    In re Chemtura Corporation, Case No. 09-11233 (REG)
       United States Bankruptcy Court, Southern District of New
       York**

Dear Sir/Madam:

Enclosed please find Proofs of Claims on behalf of the BKK Joint Defense Group for the five Chemtura Corporation debtors listed below:

(1) Chemtura Corporation; 09-11233
(2) GLCC Laurel, LLC; 09-11246
(3) Great Lakes Chemical Corporation; 09-11247
(4) ISCI, Inc.; 09-11252
(5) Uniroyal Chemical Company Limited (Del.). 009-11258

Please file the original and return a file/date stamped copy to the messenger.

Please call me if you have any questions. Thank you.

Sincerely yours,

Connie Salcido Delgado

Enclosures

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T 213.680.6400
F 213.680.6499
bingham.com

*In re Chemtura Corporation, et al.*
Case No. 09-11233 (REG) (Jointly Administered)

### ADDENDUM TO PROOF OF CLAIM OF
### THE BKK JOINT DEFENSE GROUP AND EACH MEMBER THEREOF
### INCLUDING STATEMENT OF CLAIM AND SUPPORTING EXHIBITS

1.      This Proof of Claim ("Claim") is filed on behalf of the unincorporated group of
entities referred to as the BKK Joint Defense Group (the "Group") and each individual member
thereof (each a "Group Member," collectively "Group Members"), for that share of all expenses,
damages, and response costs owed to the Group by one or more of the Debtors (the "Debtors") in
the above-captioned bankruptcy proceedings, arising out of or in any other way related to,
directly or indirectly, liabilities in connection with a 583-acre landfill facility located at 2210
South Azusa Avenue, West Covina, California (the "Facility"). Attached as Exhibit A hereto,
and incorporated herein by reference, is a list identifying the name of each Group Member as of
the date of this Claim. The signatory to this Proof of Claim is counsel for the Group, including
each Group Member in such capacity, and counsel has been authorized by each Group Member
to execute and file this Claim on behalf of the Group and the Group Members.

2.      On March 18, 2009 (the "Petition Date"), the Debtors filed a voluntary petition
for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the
"Bankruptcy Code").

3.      The Facility consists of a hazardous waste landfill, a municipal waste landfill, and
associated treatment and control facilities, and is currently owned and operated by BKK
Corporation ("BKK"). As current owner of the Facility, BKK is subject to certain post-closure
care obligations and certain regulatory requirements under state and federal environmental laws.
On October 18 and 20, 2004, BKK notified the California Department of Toxic Substances
Control ("DTSC") that it would not be able to continue funding its post-closure and other
obligations with respect to the Facility beyond November 17, 2004.

4.      Pursuant to a settlement with DTSC, the Group has performed certain operation,
maintenance, and monitoring activities at the Facility and has paid to DTSC certain response
costs associated with the Facility. The Group expects to enter into a successor settlement with
DTSC shortly, under which it will continue to perform certain operation, maintenance and
monitoring activities at the Facility and will continue to pay to DTSC certain response costs
associated with the Facility.

5.      On information and belief, prior to the Petition Date, certain state and/or federal
regulatory agencies may have identified one or more of the Debtors as potentially responsible
parties ("PRPs") under the Comprehensive Environmental Response, Compensation and
Liability Act, 42 U.S.C. § 9601 *et seq.* ("CERCLA"), and/or other state or federal environmental
laws, because of their status as prior owners or operators of the Facility, or because they had
either generated or arranged for the disposal of materials at the Facility.

**Page 1**

**In re Chemtura Corporation,** *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

6.    The Group believes that, as of the date of this Proof of Claim, several of the Debtors had generated waste that was deposited at the Facility, or may have arranged for waste to be deposited at the Facility, including:

- **Chemtura Corporation** (operating under the names Allied Kelite Company; DeSoto, Inc.; Golden Bear Oil Co.; Halby Chemical; Halby Products, Inc.; Humko; Richardson Graphics Company; Sigma Chemicals, Inc.; Southwest Petro-Chem, Inc.; Uniroyal Chemical Company, Inc.; Uniroyal Chemical Corporation; Uniroyal Chemical Specialties, Inc.; and/or Witco Corporation);

- **Great Lakes Chemical Corporation;**

- **Great Lakes Chemical Global, Inc.;**

- **ISCI, Inc.** (operating under the name Inland Specialty Chemical Corporation); and

- **Uniroyal Chemical Company Limited (Del.).**

7.    The waste manifests indicating that these Debtors deposited waste at the Facility are voluminous. Therefore, the Group has attached representative waste manifests for each such Debtor to this Proof of Claim as Exhibit B. Any party in interest may review the additional waste manifests by contacting the attorney for the Group as identified on the face of the Proof of Claim form.

8.    On information and belief, based on their status as PRPs at the Facility, several of the Debtors may be liable to the Group under common law and applicable state and federal environmental statutes, including, without limitation, jointly and severally liable for recoverable response costs under section 107(a) of CERCLA and liable in contribution under section 113(f) of CERCLA. Past recoverable costs to date are in excess of $35 million. Future recoverable costs are estimated to be in excess of $500 million.

9.    The Group, on behalf of itself and each Group Member, reserves its rights to amend this Claim from time to time to restate amounts contained in this Claim as it becomes further liquidated, and for other lawful purposes, including, without limitation, to file additional proofs of claim for additional sums that become due based on the respective rights and obligations established under the documents referred to herein, the relationships described herein or the events and circumstances described herein.

10.    The Group, on behalf of itself and each Group Member, reserves its rights to claim all amounts due in respect of any post-Petition interest, default interest, all rights of and to indemnification, premiums, collection costs, pre- and post-Petition Date fees, costs and expenses, including, without limitation, attorneys' fees, costs and expenses, in amounts as yet undetermined, to the extent allowed by applicable law.

**In re Chemtura Corporation,** *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

11.    This Claim is filed under the compulsion of the bar date established in this chapter 11 case and is filed to protect the Group and the Group Members from forfeiture of claims by reason of said bar date.  Filing of this Claim is not and shall not be deemed or construed as:

    (a)    a waiver or release of the Group's or any of the Group Members' rights against any person, entity or property (including, without limitation, any person or entity that is or may become a debtor in a case pending in this Court);

    (b)    a consent by the Group or any of the Group Members to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Group or any Group Members;

    (c)    a waiver or release of the right of the Group or of any of the Group Members to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

    (d)    a consent by the Group or any of the Group Members to a jury trial in this Court or any other court, in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise;

    (e)    a waiver or release of the right of the Group or any of the Group Members to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge;

    (f)    a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving the Group or any of the Group Members;

    (g)    an election of remedies; or

    (h)    a waiver or release of any right of setoff or recoupment that the Group or any Group Members may hold against any of the Debtors.  Furthermore, the Group reserves the right to attach or bring forth additional documents supporting its claims.

12.    The filing of this Proof of Claim shall not be deemed a waiver of the right of the Group or of any Group Members to assert that any or all of the amounts owed to it, if any, are entitled to administrative priority status or other priority status.

A/73168187.2

**In re Chemtura Corporation**, *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

13.    This Claim is filed in addition to and not in lieu of any other claim filed by any division of the Group or the Group Members or by any of their affiliates.

A/73168187.2

**Page 4**

*In re Chemtura Corporation, et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT A

### Members of the BKK Joint Defense Group

American Honda Motor Co., Inc.

Anadarko Petroleum Corporation

Atlantic Richfield Company

Bayer CropScience Inc.

Chemical Waste Management, Inc.

Chevron Environmental Management Company

City of Los Angeles, Department of Water and Power

ConocoPhillips Company

Ducommun Aerostructures, Inc.

Exxon Mobil Corporation

General Motors Corporation

Honeywell International Inc.

Huntington Beach Company

McFarland Energy, Inc.

National Steel and Shipbuilding Company

Northrop Grumman Corporation

Quemetco, Inc.

Rohr, Inc.

Shell Oil Company

Southern California Edison Company

Thums Long Beach Company

Union Carbide Corporation

Union Oil Company of California

Waste Management Collection and Recycling, Inc.

Western Waste Industries, Inc.

Xerox Corporation

A/73168187.2

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT B

### Representative Waste Manifests

**CALIFORNIA HAZARDOUS WASTE ...**
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

⑤ DESIGNATED TSD FACILITY
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
⑥ ALTERNATE TSD FACILITY

NAME  BKK
EPA NO.  CAT080013218
ADDRESS  2210 AZUSA AVE
CITY, STATE, ZIP CODE  WEST COVINA
PHONE NO.

**GENERATOR** (GENERATOR MUST COMPLETE)
NAME  Allied Elite
EPA NO.  CAT000012212
ADDRESS
CITY, STATE, ZIP CODE  LA
PHONE NO.
ORDER PLACED BY
DATE  1/6/17

870

① U.S. DOT PROPER SHIPPING NAME

WASTE

WASTE

② WASTE CATEGORY
③ LIST COMPONENTS:
A  ACID
B  SILICATE
C  THS WATER
D  WATER

④ WASTE PROPERTIES   PH
⑤ PHYSICAL STATE  SOLID  LIQUID
⑥ SPECIAL HANDLING INSTRUCTIONS

| U.S. DOT HAZARD CLASS | UN/NA I.D. NO | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|
|  |  | 25 | gal |

CONC. RANGE
UPPER / LOWER   UNITS

EX. HAZ. WASTE PERMIT NO.

| CONTAINERS | | NUMBER |
|---|---|---|
| DRUMS | BAGS | CARTONS |
| TANK TRUCK | OTHER | DUMP TRUCK |

⑧ GENERATING PROCESS
CONC. RANGE
UPPER / LOWER   UNITS

NONHAZARDOUS MATERIAL
CORROSIVE  IRRITANT
GAS  OTHER
RESPIRATION  REACTIVE  SENSITIZER
OTHER  CARCINOGEN  MUTAGEN

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

SIGNATURE OF AUTHORIZED AGENT & TITLE

JOB NO
UNIT NO

PICK UP DATE  2/16/17
TIME  AM  PM
DATE SHIPPED

⑪ QUANTITY (IF REQUIRED)
⑫ STATE FEE (IF ANY)
⑬ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT

999-99

SEE #890   2.94

SIGNATURE OF AUTHORIZED AGENT & TITLE

**TRANSPORTER** (HAULER MUST COMPLETE)
NAME  A.T.S. LIQUID WASTE DISPOSAL
EPA NO.  CAT000623769
ADDRESS  13858 E. Rosecrans
CITY, STATE, ZIP CODE  Santa Fe Springs, CA  90670
PHONE NO.  (213) 921-0433

**TSD FACILITY** (OPERATOR MUST COMPLETE)
NAME  BKK
EPA NO.  CAT000013018

⑭ HANDLING OR DISPOSAL METHOD
LANDFILL
SURFACE IMPOUNDMENT
INJECTION WELL
TREATMENT (SPECIFY)
RECOVERY OR REUSE
LAND TREATMENT
STORAGE TRANSFER

DATE ACCEPTED  2-17-83

60

SIGNATURE OF AUTHORIZED AGENT & TITLE

⑮ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY
NAME
EPA NO.

REVISED 11/80

# CALIFORNIA HAZARDOUS WASTE MANIFEST

STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

MANIFEST NUMBER 498 № 001399

SEE REVERSE SIDES FOR INSTRUCTIONS. PLEASE TYPE OR PRINT CLEARLY.
PRESS HARD

**GENERATOR** (GENERATOR MUST COMPLETE)

- NAME: ALLIED KELITE
- EPA NO.: CAD 049613162
- ADDRESS: 123 N. MAIN
- CITY, STATE, ZIP CODE: L.A. CA
- PHONE NO.: 222-0201
- ORDER PLACED BY
- ORDER DATE: 1-3-83
- CONTRACT NO.

**DESIGNATED TSD FACILITY**

- NAME: BKK CA
- EPA NO.: CAD 062122512
- ADDRESS: 2210 AZUSA AVE
- CITY, STATE, ZIP CODE: WEST COVINA
- PHONE NO.: 965-812

☐ AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM
☐ ALTERNATE TSD FACILITY

- NAME:
- EPA NO.:
- ADDRESS:
- CITY, STATE, ZIP CODE:
- PHONE NO.:

**U.S. DOT PROPER SHIPPING NAME**

| | U.S. DOT HAZARD CLASS | EX. HAZ. WASTE PERMIT NO. | UN/NA I.D. NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|---|
| WASTE | | E ☐ | | 625 | GAL |
| WASTE | | F ☐ | | | |
| | | G ☐ | | WATER | |

**WASTE CATEGORY**

LIST COMPONENTS:

| | | CONC. RANGE UPPER LOWER | UNITS |
|---|---|---|---|
| A | MUD | 10 / 5 | PPM |
| B | SULFATES | 7 / 5 | PPM |
| C | PHOSPHATES | 3 / 2 | PPM |
| D | BORAX / ASH | 10 / 7 | PPM |

NONHAZARDOUS MATERIAL
☐ REACTIVE ☐ SENSITIZER ☐ CARCINOGEN ☐ MUTAGEN
☑ OTHER ☐ NONE ☐ OTHER

**WASTE PROPERTIES:** ☑ PH ☐ TOXIC ☐ FLAMMABLE ☐ CORROSIVE IRRITANT
**PHYSICAL STATE:** ☐ SOLID ☑ LIQUID ☐ SLUDGE ☐ SLURRY ☐ GAS
☐ GLOVES ☐ GOGGLES ☐ RESPIRATOR
**SPECIAL HANDLING INSTRUCTIONS:**

**CONTAINERS NUMBER**
☐ DRUMS ☑ TANK TRUCK ☐ BAGS ☐ CARTONS ☐ OTHER ☐ DUMP TRUCK

**GENERATING PROCESS:** SAND JACKEN MFG.
CONC. RANGE UPPER LOWER
UNITS: PPM ☐ ☐

DATE SHIPPED: 1-3-83
☐ AM ☐ PM

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1 800 424 8802.

SIGNATURE OF AUTHORIZED AGENT & TITLE

**TRANSPORTER** (HAULER MUST COMPLETE)

- NAME: A.T.S. LIQUID WASTE DISPOSAL
- EPA NO.: CAT 00016123776 9
- ADDRESS: 13858 E. Rosecrans
- CITY, STATE, ZIP CODE: Santa Fe Springs, CA 90670
- PHONE NO.: (213) 921 0433

JOB NO.: 4705
UNIT NO.: 1

PICK UP DATE: 1-3-83
TIME: ☐ AM ☐ PM

HANDLING OR DISPOSAL METHOD:
☐ LANDFILL ☐ LAND TREATMENT
☑ SURFACE IMPOUNDMENT
☐ INJECTION WELL
☐ TREATMENT (SPECIFY)
☐ RECOVERY OR REUSE
☐ STORAGE TRANSFER

DATE ACCEPTED: 1-5-83
☐ AM ☐ PM

SIGNATURE OF AUTHORIZED AGENT & TITLE

**TSD FACILITY** (TSD FACILITY MUST COMPLETE)

- NAME: BKK
- EPA NO.: CAD 060010269
- QUANTITY RECEIVED: 625
- STATE FEE: $1397
- IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY

02-561    SEB $1397    5.49

SIGNATURE OF AUTHORIZED AGENT & TITLE

INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT

REVISED 11/80

BKK-10-C-020-00000418

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

N° 2805

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): 6 I S W Grove    DE 5070

Pick up Address: 6 I S W Grove    Orange City

   (Number)    (Street)    (City)

Telephone Number: _____    P.O. or Contract No. _____

Order Placed By: O Weather /g 9565    Date: 6-18-80

Type of Process
which Produced Wastes: _____

DESCRIPTION OF WASTE (Must be filled by producer)

Check type of wastes:

| | | |
|---|---|---|
| 1. ☐☐ Acid solution | | |
| 2. ☐☐ Alkaline solution | | |
| 3. ☐☐ Pesticides | 8. ☐☐ Tank bottom sediment | |
| 4. ☒☒ Paint sludge WATER BAGS | 9. ☐☐ Oil | |
| 5. ☐☐ Tetraethyl lead sludge | 10. ☐☐ Drilling mud | |
| 6. ☐☐ Chemical toilet wastes | 11. ☐☐ Contaminated soil and sand | |
| 7. ☐☐ | 12. ☐☐ Cannery waste | |
| | 13. ☐☐ Latex wastes | |
| | 14. ☐☐ Mud and water | |
| | 15. ☐☐ Brine | |

☐ Other (Specify): _____

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Concentration: | | ppm |
|---|---|---|---|
| | Upper | Lower | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

Hazardous Properties of Waste:
☐ none ☐ toxic ☐ flammable ☐ corrosive ☐ explosive

pH: A.O.F.
☐ other (specify): _____

Bulk Volume: 2500 ☐gal ☐barrels (42 gal) ☐other (specify): _____

Containers: _____ (Number) ☐drums ☐bags ☐other (specify): _____

Physical State: ☐solid ☐liquid ☐sludge in One

Special Handling Instructions (if any): in One

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler as applicable.

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

_____
Signature of authorized agent and title

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): STEVERSON BROS

Business Address: 18062 Gothard (BX 335) Huntington Bch CA 92648

   (Street)    (City)    Code No.

Telephone Number: (714) 847-1072    Pick Up: _____ (Date) Time: _____ ☐am ☐pm

State Liquid Waste Haulers Registration No. (if applicable): 57

Job No.: 3/495    No. of Loads or Trips: 1    Unit No.: 34

Vehicle: ☒ Vacuum truck    ☐Barrels, ☐flatbed, ☐other (specify): _____

The described waste was hauled by me to the disposal
facility named below and was accepted.

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

_____
Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): BKK Land Fill

Site Address: 2210 Azusa _____    Code No.

The hauler above delivered the described waste to this disposal facility and
I was an acceptable material under the terms of RWQCB requirements, State
Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 6.39    State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify): _____    (Examples: incineration, neutralization, precipitation)—Code No.
☐ disposal (specify): _____    ☐pond ☐spreading ☐landfill ☐injection well
   ☐other (specify): _____

☐ waste is held for disposal elsewhere specify final location: _____

Disposal Date: 6-18-80

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

513

The site operator shall submit a legible copy of each completed Record to the
State Department of Health with monthly fee reports.

_____
Signature of authorized agent and title

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

Code No. CA 92648

BKK-12-C-057-0000049I0

# INDUSTRIAL WASTE HAULERS REPORT

**PRODUCER OF LIQUID WASTE**

Name _DeSoto Inc._

Pick up Address _P.O. Box 1325 · ORANGE, Calif. 92668_
                    number        Street              City

Type of process
which produced wastes. _LATEX WASTE_
examples: metal plating, equipment cleaning, chemical formulation, etc.

I certify that the described waste was delivered to the hauler named below for legal disposal at
the site indicated.

_B.G. Bloom_
Signature of Producer or Authorized Agent and Title

**HAULER**

Name _M-G DISPOSAL SERVICE_
     Print

Business Address _201 S. Balcom Fullerton Calif._
                 number    Street    Wilmington, Calif.    City

I certify that the described waste was hauled by me to the disposal facility named below and
was accepted.

_William ____
Signature of Hauler

Business License Truck Tag No. _#190_

**DISPOSAL FACILITY**

Name _B.K.K. Co._

Site Address _W. Covina, Calif._

I certify that the hauler above delivered the described liquid waste to this disposal facility and
it was an acceptable material under the terms of an Industrial Waste Disposal Permit.

Signature of Waste Disposal Facility Operator

_OK Per Ball_

The original of this certificate must be promptly forwarded to
Mr. John J. Lambie, County Engineer, Room 224, County En-
gineering Bldg., 108 W. 2nd Street, Los Angeles, Calif. 90012

IF WASTE IS HELD FOR DISPOSAL ELSEWHERE,
SPECIFY FINAL LOCATION

**CHECK TYPE OF LIQUID WASTE?**

- [ ] ACETYLENE SLUDGE
- [x] LATEX WASTE
- [ ] LIME SODA WATER
- [ ] MUD AND WATER
- [ ] OIL FIELD BRINE
- [ ] PAINT SLUDGE
- [ ] ROTARY MUD
- [ ] TANK BOTTOM SEDIMENT
- [ ] TILE GLAZE WASTE

Date _9.18.74_

kup Time _1:45_  AM / PM

Quantity _2972_  bbls
                 (Rain)

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

23300

See reverse side for instructions.
Please type or print clearly. Press Hard.

GENERATOR (Generator Must Complete)

① Manifest Number: 009 - 087201

ORIGINAL

② Name: Golden Bear EXHIBIT
EPA NO.
Address: 4000 E Washington Phone No. LA CAL
City, State, Zip: LA CAL

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)
Name: BKK
EPA NO.: CAD067786749
Address: 2210 AZUSA
City, State, Zip: WEST COVINA CAL

④ Alternate TSD Facility
Name:
EPA NO.:
Address:
City, State, Zip:

⑤ U.S. DOT PROPER SHIPPING NAME: 48

| | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE | | | 6000 | GAL |
| WASTE | | | | |

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS ☐ TANK TRUCK ☐ DUMP TRUCK ☐ OTHER

⑥ WASTE CATEGORY: WATER

⑧ GENERATING PROCESS: RAIN WATER

⑨ LIST COMPONENTS:
A. WATER
B. OIL
C.
D.

| | CONC. UPPER | RANGE LOWER | UNITS | |
|---|---|---|---|---|
| A. | 98% | | ☐ % ☐ ppm. | E. |
| B. | 2% | | ☐ % ☐ ppm. | F. |
| | | | ☐ % ☐ ppm. | G. |
| | | | ☐ % ☐ ppm. | Non Hazardous Material __% |

⑦ EX. HAZ. WASTE PERMIT NO.

| CONC. UPPER | RANGE LOWER | UNITS |
|---|---|---|
| 1 | | ☐ % ☐ ppm. |

⑩ WASTE PROPERTIES: pH 7
⑪ PHYSICAL STATE: ☐ Solid ☑ Liquid ☐ Sludge ☐ Slurry ☐ Gas ☐ Other
☐ Toxic ☐ Flammable ☐ Corrosive/Irritant ☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen
☐ Gloves ☐ Goggles ☐ Respirator ☐ Other NONE
⑫ SPECIAL HANDLING INSTRUCTIONS:

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ Signature of Authorized Agent and Title: K McKinley 2-10-81 Date Shipped

TRANSPORTER (HAULER MUST COMPLETE)
⑭ NAME: CHANCELLOR & OGDEN, INC.
EPA NO.: CAD048498463
ADDRESS: 3031 East "I" Street PHONE NO. (213) 432-8461
CITY, STATE, ZIP: Wilmington, California 90744

⑮ PICK-UP DATE: 2-10-81 TIME: ☐ AM ☐ PM 2-10-81 Date
⑯ Signature of Authorized Agent and Title: 2 3005 8:48

TSD FACILITY (FACILITY OPERATOR MUST COMPLETE)
⑰ NAME: BKK
EPA NO.: CAD067786749
PHONE NO.
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:
⑱ QUANTITY (If Measured)
⑲ STATE FEE (If Any)

㉑ DISPOSAL METHOD: ☐ Landfill ☐ Surface Impoundment ☐ Land Treatment ☐ Injection Well ☐ Treatment (Specify) ☐ Recovery or Reuse ☐ Storage/Transfer
㉒ NAME:
EPA NO.
㉓ Signature of Authorized Agent and Title: 2-10-81 Date Accepted

POSTED

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for instructions.
Please type or print clearly. Press Hard.

**① Manifest Number** 009 - 088283

**GENERATOR** (Generator Must Complete)

**② Name** Golden Bear

EPA NO. C A D 0 6 7 7 8 6 7 4 9

Address 4400 E. Washington

City, State, Zip LA

**③ Designated TSD Facility** (Authorized to operate under an approved state program or federal program)

Name BKK

EPA NO. C A D 0 6 7 7 8 6 7 4 9

Address 2310 So. Azusa

City, State, Zip

**④ Alternate TSD Facility**

Name

EPA NO.

Address

City, State, Zip

**⑤ U.S. DOT PROPER SHIPPING NAME**

| | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE | | | | |
| WASTE | | | | |

**CONTAINERS NUMBER:**
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS ☐ TANK TRUCK ☐ DUMP TRUCK ☐ OTHER

**⑥ WASTE CATEGORY**

**⑧ GENERATING PROCESS** Rain Water

**⑨ LIST COMPONENTS:**

A. Water Salt

B. Oil

C.

D.

| | CONC. UPPER | RANGE LOWER | UNITS |
|---|---|---|---|
| | | | ☐ % ☐ ppm. |
| | | | ☐ % ☐ ppm. |
| | | | ☐ % ☐ ppm. |
| | | | ☐ % ☐ ppm. |

**⑩ WASTE PROPERTIES:** pH 7?    ☐ Solid ☑ Liquid ☐ Sludge ☐ Slurry ☐ Gas ☐ Other None

**⑪ PHYSICAL STATE:**

**⑫ SPECIAL HANDLING INSTRUCTIONS:** ☐ Toxic ☐ Flammable ☐ Corrosive/Irritant ☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen ☐ Other None

Non Hazardous Material %

☐ Gloves ☐ Goggles ☐ Respirator

**⑦ EX. HAZ. WASTE PERMIT NO.**

| | CONC. UPPER | RANGE LOWER | UNITS |
|---|---|---|---|
| E. | | | ☐ % ☐ ppm. |
| F. | | | ☐ % ☐ ppm. |
| G. | | | ☐ % ☐ ppm. |

**⑬ GENERATOR CERTIFICATION:** This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

R. M. Mulin
Signature of Authorized Agent and Title

**TRANSPORTER** (HAULER MUST COMPLETE)

**⑭ NAME** CHANCELLOR & OGDEN, INC.

EPA NO. C A D 0 4 8 4 9 8 4 6 3

ADDRESS 3031 East "I" Street    PHONE NO. (213) 432-8461

CITY, STATE, ZIP Wilmington, California 90744

**⑯** Q E Biddle
Signature of Authorized Agent and Title

**⑮ PICK-UP DATE** 11-4-80

Date Shipped 12-4-80

TIME 11-4-80 ☐ AM ☐ PM
Date

**⑰ NAME** BKK

EPA NO. C A D 0 6 7 7 8 6 7 4 9

PHONE NO. 965-0916

**⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:**

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY.

**㉒ NAME**

EPA NO.

**⑱ QUANTITY** (If Measured) 20.19

**⑲ STATE FEE** (If Any)

**TSD FACILITY** (FACILITY-OPERATOR MUST COMPLETE)

**㉑ HANDLING OR DISPOSAL METHOD:**
☐ Surface Impoundment ☐ Landfill
☐ Injection Well ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse ☐ Storage/Transfer

**㉓** Davis Chen
Signature or Authorized Agent and Title

Date Accepted 12-4-80

**ORIGINAL**

BKK-11-C-011-00000359

REVISED 11-80

See reverse side for instructions.
Please type or print clearly. Press Hard.

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

Manifest Number **210 - 012883**

ORIGINAL

② Name **GIBBY LAKES CHEM.**
EPA NO. **C A D 0 7 1 5 3 2 1 7 0**
Address **1341 DRILL Phone No. 550-1453**
City, State, Zip **CITY OF INDUSTRY CAL. 9111**
Order Placed By **Bell**
C.O.D. CONTRACT NO. ORDER DATE **5-1-82**

③ DESIGNATED TSD FACILITY
Name **BKK LANDFILL**
EPA NO. **C A D 0 0 0 6 7 7 8 6 7 4 9**
Address **2210 S. Azusa Ave.**
City, State, Zip **W. Covina, California 91722**
Phone No. **(213) 966-0911**

④ ALTERNATE TSD FACILITY
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
Name _____
Address _____
City, State, Zip _____
Phone No. _____

⑤ U.S. DOT PROPER SHIPPING NAME / U.S.-DOT HAZARD CLASS / UN/NA ID. NO. / WEIGHT OR VOLUME / UNITS

WASTE **CHLOROFORM** / **POISON** / **1500** / **5500** / **P**

CONTAINERS: NUMBER **551**
TYPE: □ DRUMS □ BAGS □ CARTONS
□ TANK TRUCK □ DUMP TRUCK
□ OTHER

⑥ WASTE CATEGORY **CHLOROFORM**

⑦ EX. HAZ. WASTE PERMIT NO. _____

⑧ GENERATING PROCESS _____

LIST COMPONENTS:
CONC. RANGE UPPER LOWER  UNITS
A. **RESIDUE/FINES** **100** □% □ ppm.
B. _____ □% □ ppm.
C. _____ □% □ ppm.

E. _____ □% □ ppm.
F. _____ □% □ ppm.
G. _____ □% □ ppm.

□ Non Hazardous Material _____%

⑩ WASTE PROPERTIES: ☒ Toxic □ Flammable ☒ Corrosive □ Irritant □ Sensitizer □ Carcinogen/Mutagen
⑪ PHYSICAL STATE: □ Solid ☒ Liquid □ Sludge □ Gas □ Slurry □ Other
⑫ SPECIAL HANDLING INSTRUCTIONS: ☒ Gloves ☒ Goggles □ Respirator □ Other

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

⑬ Signature of Authorized Agent and Title **_____** Date Shipped **5-3-82**

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

(HAULER MUST COMPLETE)
④ NAME **FALCON DISPOSAL SERVICE**
EPA NO. **C A D 0 0 0 0 4 8 9 3 4**
ADDRESS **3031 East "I" Street**
CITY, STATE, ZIP **Wilmington, California 90744**
PHONE NO. **(213) 432-8461**

JOB NO. **9263**
UNIT NO. **309**
⑯ _____ Signature of Authorized Agent and Title

⑮ PICK-UP DATE **5-4-82**  TIME _____ □ AM □ PM

⑱ QUANTITY (If Measured) _____
⑲ STATE FEE (If Any) $ _____
㉑ HANDLING OR DISPOSAL METHOD:
□ Surface Impoundment □ Land Treatment
□ Injection Well
□ Treatment (Specify)
□ Recovery or Reuse □ Storage

(FACILITY-OPERATOR MUST COMPLETE)
⑰ NAME **BKK LANDFILL**
EPA NO. **C A D 0 0 6 7 7 8 6 7 4 9**
PHONE NO. **(213) 966-0911**
㉒ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT: _____
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:
㉒ NAME _____
EPA NO. _____

㉓ _____ Signature of Authorized Agent and Title  Date Accepted **5-4-82**

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

REVISED 11-80

See reverse side for instructions.
Please type or print clearly. Press Hard.

① Manifest Number: 210 - 012880

② Name (Generator Must Complete): FRONT LAKES CHEM
EPA NO.: C A D 0 2 9 5 3 8 3 6 0
Address: 744 J. Drive/Phone No. 556-4153
City, State, Zip: RIVERSIDE CA 92244
Order Placed By: ROSE
P.O./CONTRACT NO.:
ORDER DATE: 4-26-82

③ DESIGNATED TSD FACILITY (AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
Name: BKK LANDFILL
EPA NO.: C A D 0 6 7 7 8 6 7 4 9
Address: 2210 S. Azusa Ave.
City, State, Zip: W. Covina, California 91722
Phone No.: (213) 965-0911

④ ALTERNATE TSD FACILITY
Name:
EPA NO.:
Address:
City, State, Zip:
Phone No.:

⑤ U.S. DOT PROPER SHIPPING NAME: WASTE CHLOROPICRIN

⑥ WASTE CATEGORY:
LIST COMPONENTS:
A. CHLOROPICRIN
B. FUMES/RESIDUE
C.
D.

⑦ EX. HAZ. WASTE PERMIT NO.:

U.S. DOT HAZARD CLASS: POISON

UN/NA ID NO.: USP0

WEIGHT OR VOLUME: 5500 L

UNITS:

CONTAINERS: NUMBER 51
TYPE: ☑ DRUMS ☐ BAGS ☐ CARTONS ☐ TANK TRUCK ☐ DUMP TRUCK ☑ OTHER

⑧ GENERATING PROCESS:

CONC. RANGE UPPER / LOWER — UNITS:
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.

E.
F.
G.
☐ Non Hazardous Material ___ %
☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen
☐ Corrosive/Irritant ☐ Other
☐ Flammable ☐ Gas ☐ Other
☐ Slurry ☐ Respirator

⑨ CONC. RANGE UPPER / LOWER:
100

☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.

☑ Toxic
☑ Liquid
☐ Gloves
☐ Goggles

⑩ WASTE PROPERTIES: pH ___
⑪ PHYSICAL STATE: ☐ Solid ☑ Liquid ☐ Sludge
⑫ SPECIAL HANDLING INSTRUCTIONS:

⑬ GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

Signature of Authorized Agent and Title: Boe Bell ASST PLT MGR    Date Shipped 4-21-82

⑭ NAME (HAULER MUST COMPLETE): FALCON DISPOSAL SERVICE
EPA NO.: C A D 0 0 0 4 8 9 3 4
ADDRESS: 3031 East "I" Street
CITY, STATE, ZIP: Wilmington, California 90744    PHONE NO. (213) 432-8461

⑯ JOB NO.: 47692
UNIT NO.: 304
Signature of Authorized Agent and Title: Alex Driver

⑮ PICK-UP DATE 4-21-82    TIME ☐ AM ☐ PM 4-21-82 Date

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑰ NAME (FACILITY-OPERATOR MUST COMPLETE): BKK LANDFILL
EPA NO.: C A D 0 6 7 7 8 6 7 4 9
PHONE NO.: (213) 965-0911

⑱ QUANTITY (If Measured):
⑲ STATE FEE (If Any): $
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY.

㉑ HANDLING AND DISPOSAL METHOD:
☐ Surface Impoundment ☑ Land Fill
☐ Injection Well ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse ☐ Storage/Transfer

㉒ NAME:
EPA NO.:

㉓ Signature of Authorized Agent and Title    Date Accepted 4/21/82

ORIGINAL

BKK-12-C-004-00001804

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

. Revised December 1974

009- 012364

**PRODUCER OF WASTE (Must be filled by producer)**

Name: George Reilly

Pick up Address: Telegraph + Noyoalt S.F.S. (STREET)  13161 (CITY)  CODE NO.

Telephone Number: (   )

Order Placed By: Hozzie Morris   Date: 1-6-72

Type of Process which Produced Wastes: Pump waste pca Diesel Ink
(Examples: metal plating, equipment cleaning, oil drilling wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent

6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud

11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify):

Component:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

|  | Upper | Concentration, % Lower | ppm |
|---|---|---|---|
| 1. Waste oil-Brine |  | 80 |  |
| 2. Diesel fuel |  | 20 |  |
| 3. |  |  |  |
| 4. |  |  |  |
| 5. |  |  |  |
| 6. |  |  |  |

Hazardous Properties of Waste:
☐ none  ☐ toxic  ☒ flammable  ☐ corrosive  ☐ explosive

pH: __  Bulk Volume: 500 gal  ☐ tons  ☐ barrels (42 gal.)  ☐ other (specify)

Containers: __ ☐ drums  ☐ cartons  ☐ bags  ☐ other (specify)

Physical State: ☐ solid  ☒ liquid  ☐ sludge  ☐ other (specify)  liquid

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature: George Reilly   SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER OF WASTE (Must be filled by hauler)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-9461

Pick Up: 1-8-72  Time: 2G-2104
DATE  9

State Liquid Waste Hauler's Registration No. (if applicable): 10383

Job No.: __   No. of Loads or Trips: 50  Unit No.:

Vehicle: ☒ vacuum truck  ☐ barrels  ☐ flatbed  ☐ other (specify):

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature: N. T. Evans   SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): B K K G

Site Address: 2085 Frank W. G.

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 5009  State fee (if any): __

Handling Method(s):
☐ recovery
☐ recovery
☒ treatment (specify): __  [EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION]
☐ disposal (specify): __  ☐ pond  ☐ spreading  ☒ landfill  ☐ injection well
☐ other (specify):

If waste is held for disposal elsewhere give final location:

Disposal Date: 1-10-72

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

Signature: R. Bunting   SIGNATURE OF AUTHORIZED AGENT AND TITLE

D.O.T. Proper Shipping Name: __

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

BILLING COPY

BKK-12-C-053-00001957

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

210-

000694

Revised December 1974

BILLING COPY

**PRODUCER OF WASTE** (Must be filled by producer)

Name: Alenko Products

Pick up Address: 6301 E. 10077 Ave. Cucamonga

Telephone Number: 714.523-0370   P.O. or Contract No.

Order Placed By: _____ Date: _____

Type of Process which Produced Wastes:
(Examples: metal plating, equipment cleaning, oil drilling wastewater treatment, pickling bath, petroleum refining)

## DESCRIPTION OF WASTE (Must be filled by producer)

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Oil
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☒ Other (Specify) Palce Saturated w/oil

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Concentration:    Upper    Lower    %    ppm

Hazardous Properties of Waste:
☐ none  ☐ toxic  ☒ flammable  ☐ corrosive  ☐ explosive  ☐ other (specify)

pH _____

Bulk Volume: _____ ☐ gal  ☐ barrels (42 gal)  ☒ tons  ☐ other (specify)

Containers: (number) ____ ☐ drums  ☐ cartons  ☐ bags  ☒ other drop box (specify)

Physical State: ☒ solid  ☐ liquid  ☐ sludge  ☐ other (specify)

Special Handling Instructions (if any)

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Ron Call
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**HAULER OF WASTE (Must be filled by hauler)**

FALCON DISPOSAL SERVICE
3031 East "T" Street, Wilmington, California 90744
Phone: (213) 830-7662

Pick up _____ 8.80   Date 210   Time 11:05am

No. of Loads or Trips: _____ Un No. 30

Job No.: _____ Date

Vehicle  ☐ vacuum truck  ☐ barrels,  ☐ flatbed,  ☐ other (specify)

State Liquid Waste Hauler's Registration No. (if applicable):

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Ron Call
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type):

Site Address:

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 8.3   Site fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify):
☐ disposal (specify):  (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
  ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well
  ☐ other (specify):

If waste is held for disposal/sewerage specify final location:

Disposal Date: _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

D.O.T. Proper Shipping Name

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

Revised December 1974

**210- 001719**

### PRODUCER OF WASTE (Must be filled by producer)

Name (PRINT OR TYPE): FALCON PRODUCTS
CODE NO.

Pick up Address: 6301 KNOTT AVE (BUENA PARK)
(STREET)   (CITY)
CODE NO.

Telephone Number: (714) 523-0370   P.O. or Contract No.: _____

Order Placed By: _____   Date: _____

Type of Process which Produced Wastes: VEG. OIL REFINERY

(Examples: metal plating, equipment cleaning, oil drilling – wastewater treatment, pickling bath, petroleum refining)

### DESCRIPTION OF WASTE (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☒ Other (Specify): PAPER SATURATED W/OIL

CODE NO.

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Concentration %: Upper ___ Lower ___   ppm ☐ % ☐

1. CRUST OIL
2. PALM OIL
3. 
4. 
5. SOYBEAN OIL
6. 

**Hazardous Properties of Waste:**
☐ none  ☐ toxic  ☒ flammable  ☐ corrosive  ☐ explosive

**Bulk Volume:** ☐ gal  ☒ tons 40 (NUMBER)  ☐ barrels (42 gal.)  ☐ other ___ (SPECIFY)

**Containers:** 1 BOX (NUMBER) 40 DRUMS  ☐ cartons  ☐ bags  ☐ other ___ (SPECIFY)

**Physical State:** ☒ solid  ☐ liquid  ☐ sludge  ☐ other ___ (SPECIFY)

**Special Handling Instructions (if any):** _____

pH: _____

The waste is described above to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE
PRINT: SERGIO VIAN

### HAULER OF WASTE (Must be filled by hauler)

**FALCON DISPOSAL SERVICE**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 830-7662

State Liquid Waste Hauler's Registration No. (if applicable): _____

No. of Loads or Trips: _____   Unit No.: 210

Pick Up: ___ (DATE)   Time: ___ ☐ am ☐ pm

Vehicle: ☐ vacuum truck  ☐ barrels,  ☐ flatbed,  ☒ Other: ___ (SPECIFY)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

### DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type): FALCON DISPOSAL CO.

Site Address: _____

The hauler above delivered the described waste to this disposal facility and it is an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _____   State fee (if any): _____

**Handling Method(s):**

☐ recovery

☒ treatment (specify): ___ (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
   ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well

☐ disposal (specify): ___   ☐ other (specify): ___

If waste is held for reclamation, specify final location: _____

Disposal Date: 5-30

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

D.O.T. Proper Shipping Name: _____

SIGNATURE OF AUTHORIZED AGENT AND TITLE

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

HAULER—OFFICE FILE COPY

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

## PRODUCER OF WASTE (Must be filled by producer)

Name (print or type): _Wilbon Chemical_  Code No. ____

Pick up Address: _2023 N Collins Orange C_
(Number)(Street)  (City)

Telephone Number: _714 639-4511_  P.O. or Contract No.: ____  Date: _3/15/77_

Order Placed By: ____

Type of Process which Produced Waste: _Solvent Refining_

## DESCRIPTION OF WASTE (Must be filled by producer)

Check Type of waste:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☒ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toxic wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Oil and water
15. ☐ Brine

☐ Other (specify) ____  Code No. ____

| Components: (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide) | Concentration, % Upper / Lower | ppm |
|---|---|---|
| 1. _Methylene chloride_ | | |
| 2. _Acetone_ | | |
| 3. _Toluol_ | | |
| 4. | | |
| 5. | | |
| 6. | | |

Hazardous Properties of Waste:  ☐ flammable  ☒ corrosive  ☐ explosive
pH _None_  ☐ toxic  ☐ none  ☐ barrels (42 gal)  ☐ other (specify)
Bulk Volume _1400_  ☒ fuel  ☐ cotes  ☐ bags  ☐ other (specify)
Containers (number): ____  ☒ drums  ☐ liquid  ☒ sludge  ☐ other (specify)
Physical State:  ☐ solid  ☒ liquid  _Mud_

Special Handling Instructions (if any): ____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable). I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_(signature)_ Signature of authorized agent and title

## HAULER OF WASTE (Must be filled by hauler)

Name (print or type): SOUTHLAND DRAIN OIL CO.

Business Address: 13219 Goller Ave  Norwalk, ca. 90650 No.
(Number)(Street)  (City)

Telephone Number: 213 863-7701  Pick Up: _3/15/77_  Time: 165

State Liquid Waste Hauler's Registration No. (if applicable): ____

Job No.: ____  No. of Loads or Trips: ____  Unit No.: ____

Vehicle: ☒ vacuum truck  No. of barrels: _30_  ☐ flatbed  ☐ other (specify) _2_  Unit No. ____

The described waste was hauled by me to the disposal facility named below and above and was accepted. I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_(signature)_ Signature of authorized agent and title

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type): _B.K.K._ SANITARY LANDFILL

Site Address: ____  Code No. ____

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): ____  State fee (if any): ____

Handling Method(s):
☐ recovery
☐ treatment (specify)
☐ disposal (specify)

☐ landspreading  ☐ incineration  ☐ neutralization, precipitation  Code No. ____
☐ pond  ☐ landfill  ☐ injection well  Code No. ____
☐ other (specify)

If waste is held for disposal elsewhere specify final location: ____

Disposal Date: _3-15-77_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_(signature)_ Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

329

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

27760

CALIFORNIA HAZARDOUS WASTE MANIFEST
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

① MANIFEST NUMBER   063  № 004006

SEE REVERSE SIDES FOR INSTRUCTIONS. PLEASE TYPE OR PRINT CLEARLY.
PRESS HARD

**GENERATOR** (GENERATOR MUST COMPLETE)
① NAME  Inland Specialty Chemical Corp.
ADDRESS  2023 Collins
CITY, STATE, ZIP CODE  Orange, CA 92667
PHONE NO.  714  997-5880
EPA NO.  C A D 0 8 0 9 9 5 9 0 8
ORDER PLACED BY  John McDonald  ORDER DATE 10/14
CONTRACT NO.

② DESIGNATED TSD FACILITY (AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
NAME  BKK Corp
EPA NO.  C A D 0 0 0 7 7 8 6 7 9 8 9
ADDRESS  2210 West Covina
CITY, STATE, ZIP CODE  West Covina
PHONE NO.  213  915-0024

③ ALTERNATE TSD FACILITY
NAME
ADDRESS
CITY, STATE, ZIP CODE
PHONE NO.

⑥ U.S. DOT PROPER SHIPPING NAME  Methylene Chloride, Natural Sub
⑦ U.S. DOT HAZARD CLASS  O R M - A
⑧ UN/NA I.D. NO.  UN1593
⑨ WEIGHT OR VOLUME  100
UNITS  Gals
⑩ EX. HAZ. WASTE PERMIT NO.  N/A

⑥ WASTE CATEGORY

⑥ LIST COMPONENTS:
CONC. RANGE UPPER / LOWER  UNITS
A  Methylene Chloride  50 / 50  %
B  Methanol  12 / 12  %
C  Freone Act  12 / 12  %
D  Neutr Alkane Amine  12 / 12  %

⑪ WASTE PROPERTIES  PH  S  X  TOXIC  FLAMMABLE  CORROSIVE/IRRITANT  GAS  OTHER
⑩ PHYSICAL STATE  SOLID X LIQUID  SLUDGE  SLURRY  RESPIRATOR
⑫ SPECIAL HANDLING INSTRUCTIONS  X GLOVES  GOGGLES

NON HAZARDOUS MATERIAL  Water  97 — 96 %
SENSITIZER  CARCINOGEN/MUTAGEN
REACTIVE  OTHER

CONTAINERS NUMBER  DRUMS  BAGS  CARTONS  DUMP TRUCK
CONC. RANGE UPPER / LOWER  UNITS

GENERATING PROCESS  Wash water

⑬ GENERATOR CERTIFICATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

SIGNATURE OF AUTHORIZED AGENT & TITLE

DATE SHIPPED  10/20

**TRANSPORTER** (HAULER MUST COMPLETE)
⑭ NAME  UNITED PUMPING SERVICE
EPA NO.  C A D 0 7 2 9 6 3 7 7 1
ADDRESS  14015 EAST VALLEY BOULEVARD
CITY, STATE, ZIP CODE  CITY OF INDUSTRY, CA 91746
PHONE NO.  (213) 961-9326

JOB NO.
UNIT NO.

SIGNATURE OF AUTHORIZED AGENT & TITLE

⑮ PICK-UP DATE  10-20-81
TIME  2    AM / PM

⑱ QUANTITY (IF Measured)  2.37/0
⑲ STATE FEE (If Any) $

**TSD FACILITY** (OPERATOR MUST COMPLETE)
㉑ NAME
EPA NO.  C A D 0 0 0 7 7 8 6 7 9 8 9
㉒ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT
㉓ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY
NAME
EPA NO.

⑯ HANDLING OR DISPOSAL METHOD
LANDFILL  LAND TREATMENT
SURFACE IMPOUNDMENT
INJECTION WELL
TREATMENT (Specify)
STORAGE/TRANSFER
RECOVERY OR REUSE

DATE ACCEPTED  10-20-81

SIGNATURE OF AUTHORIZED AGENT & TITLE

REVISED 11/80

BKK-10-C-050-00000054

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): RICHARDSON GRAPHICS    Code No. [    ]

Pick up Address: 1042 Wallace Place --City of Industry
(Street)    (City)

Telephone Number: (213) 965-8456    P.O. or Contract No.: _____

Order Placed by: Mrs Gay    Date: 10-27-75

Type of Process which Produced Wastes: PRINTING MATERIAL
(Examples: metal plating, equipment cleaning, oil drilling--Code No.
wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes

8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (specify) Defective Developing Solutions    Code No. [    ]

Components:
(Examples: Hydrochloric acid, lime, caustic soda,
phenolics, solvents (list), metals (list),
organics (list), cyanide)

| | Upper | Lower | Concentration: % | ppm |
|---|---|---|---|---|
| 1. | ☐ ☐ ☐ ☐ | | | |
| 2. | ☐ ☐ ☐ ☐ | | | |
| 3. | ☐ ☐ ☐ ☐ | | | |
| 4. | ☐ ☐ ☐ ☐ | | | |
| 5. | ☐ ☐ ☐ ☐ | | | |
| 6. | ☐ ☐ ☐ ☐ | | | |

Hazardous Properties of Waste: ☐ None ☐ toxic ☐ flammable ☐ corrosive ☐ explosive
pH _____
Bulk Volume: 45 ☐ gal ☐ tons ☐ barrels (42 gal) ☐ other (specify)
Containers: ___(Number)___ ☐ drums ☒ cartons ☐ bags ☐ other (specify)
Physical State: ☐ solid ☒ liquid ☐ sludge ☐ other (specify)
Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): City of Industry Disposal Co.    Code No. [5][9][2]

Business Address: 420 North Del Valle --City of Industry
(Street)    (City)

Telephone Number: (213) 336-8439    Pick Up (City) Time: ☐ am ☐ pm
(Date)    10-27-75

State Liquid Waste Hauler's Registration No. (if applicable): 00193

Job No.: _____    No. of Loads or Trips: One    Unit No.: _____

Vehicle: ☐ Vacuum truck ☐ barrels, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): BKK Co.    Code No. [    ]

Site Address: 2210 Azusa    W.C.

The hauler above delivered the described waste to this disposal facility and
it was an acceptable material under the terms of RWQCB requirements, State
Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 45 OT    State fee (if any): _____
CASES OF 4 EA.

Handling Method(s):
☐ recovery
☐ treatment (specify):
☒ disposal (specify): (Examples: incineration, neutralization, precipitation)--Code No.
☐ pond ☐ spreading ☐ landfill ☐ injection well
☐ other (specify):

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: 10-27-75
I certify (or declare) under penalty of perjury that the foregoing is true
and correct.

_____
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed record to the
State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

# CALIFORNIA LIQUID WASTE HAULER RECORD    LACSD 230B-58929

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

**PRODUCER OF WASTE (Must be filled by producer)**

Name (print or type): Siena Chemical Corp

Pick up Address: 7516 Wedano Dr Anaheim _____ Zip Code
(NUMBER) (STREET) (CITY)

Telephone Number: ( _____ ) _____    P.O. or Contract No.: _____

Order Placed By: _____    Date: _____

Type of Process
which Produced Wastes: Water Tank Wash

(Examples: metal plating, equipment cleaning, oil drilling —
wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of waste:

| | | | | CODE NO. |
|---|---|---|---|---|
| 1. ☐ Acid solution | 6. ☐ Tetraethyl lead sludge | 11. ☐ Contaminated soil and sand | | |
| 2. ☐ Alkaline solution | 7. ☐ Chemical toilet wastes | 12. ☐ Cannery wastes | | |
| 3. ☐ Pesticides | 8. ☐ Tank bottom sediment | 13. ☐ Latex waste | | |
| 4. ☐ Paint sludge | 9. ☐ Oil | 14. ☐ Mud and water | | |
| 5. ☐ Solvent | 10. ☐ Drilling mud | 15. ☐ Brine | | |

Other: (Specify) _____

Components:
(Examples: Hydrochloric acid, lime, caustic soda,
phenolics, solvents (list), metals (list),
organics (list), cyanide)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**Hazardous Properties of Waste:**
☐ none    ☐ toxic    ☐ flammable    ☐ corrosive    ☐ explosive

pH _____    Concentration:
Upper _____   Lower _____   %

Bulk Volume: _____    ☐ gal    ☐ tons    ☐ barrels (42 gal.)    ☐ other (SPECIFY)

Containers: _____    ☐ drums    ☐ cartons    ☐ bags    ☐ other (SPECIFY)
(NUMBER)

Physical State: _____    ☐ solid    ☐ liquid    ☑ sludge    ☐ other (SPECIFY)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered by a licensed liquid waste hauler (if
applicable).
I certify (or declare) under penalty of perjury
that the foregoing is true and correct.

_____ A. M. Scott Cook
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**HAULER OF WASTE (Must be filled by hauler)**

Name (print or type): SUMP DOCTOR

Business Address: 4080 W 1ST ST #279 Santa Ana CA 92703
(STREET) (CITY)

Telephone Number: 0141 997-0003 Pick Up: 10/4 Time: 3__ ☐ am ☐ pm
(number) (street) (Date) (City) ☐ ppm

State Liquid Waste Hauler's Registration No. (if applicable): _____

Job No.: 3010    Unit No.: _____

Vehicle: ☒ vacuum truck __ barrels, ☐ flatbed, ☐ other _____ (specify)

The described waste was hauled by me to the disposal
facility named below and was accepted.
I certify (or declare) under penalty that
perjury that the foregoing is true and correct.

_____
signature of authorized agent and title

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): BKK

Site Address: 230 S Azusa W Covina Ca 91799

The hauler above delivered the described waste to this disposal facility and it was an acceptable
material according to the terms of RWQCB requirements, State Department of Health regulation, and
local restrictions.

Quantity measured at site (if applicable) 230 88009437 State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify) _____  (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify) ☐ pond    ☑ landfill    ☐ injection well
☐ spreading
☐ other (specify) _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: 3/12/83

I certify (or declare) under penalty of perjury
that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of
Health with monthly fee reports.

| | | A | TONS | |
|---|---|---|---|---|
| GEN 69000 | OLD/NEW | S ☐ B ☐ | All | |
| TRAN 230 | 75-321 | RT | HWF #88009437 | |
| C/Q | | CD 60 | | |

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name: _____

State of California – Health and Welfare Agency

Department of Health Services

HAZARDOUS WASTE MANAGEMENT BRANCH
744 P Street
Sacramento, CA 95814

**UNIFORM HAZARDOUS WASTE MANIFEST**

Please print or type with ELITE type (12 characters per inch).

STATE ID NUMBER  **8 3073574**

8:33

| GENERATOR NAME AND MAILING ADDRESS | MANIFEST DOCUMENT NUMBER |
|---|---|

SIGMA CHEMICAL CORP.
2516 WOODLAND DR.
ANAHEIM, CA. 9281

EPA ID NUMBER

AREA CODE/PHONE NUMBER 714/821-0681

CA T9807 37927

| TRANSPORTER NO. | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|

0230

SUMP DOCTOR
4080 W 1st ST.
SANTA ANA, CA.

1410005 CA T080033764

| TRANSPORTER NO. 2/ALTERNATE TSD FACILITY | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|

| TREATMENT, STORAGE, OR DISPOSAL (TSD) FACILITY | EPA ID NUMBER |
|---|---|

BKK
2210 SO. AZUSA AVE
WEST COVINA, CA

AREA CODE/PHONE NUMBER 213/965-0916

CA T967784749

| PROPER U.S. D.O.T. SHIPPING NAME AND HAZARD CLASS | UN/NA NUMBER | TOTAL QUANTITY | UNIT WT/VOL | CONTAINER NO. | CONTAINER TYPE | WASTE CAT NO. | DISP. METH |
|---|---|---|---|---|---|---|---|
| CORROSIVE MATERIAL N.O.S. TRICHLOROPHENOL (ORMA) | NA 2020 | 1163 | LBS | 1 | DF | 181 | 03 |
| CORROSIVE MATERIAL NOS | NA 2920 | 1170 | LBS | 1 | DF | 181 | |

| COMPONENTS | CONC. RANGE | | UNITS | |
|---|---|---|---|---|
| | UPPER | LOWER | % | PPM |
| TRICHLOROPHENOL | | | 90 | |
| PENTACHLOROPHENOL | | | 90 | |

**SPECIAL HANDLING INSTRUCTIONS**

5-3.96

This is to certify that the above-named wastes are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the Department of Transportation and the EPA.

| | MO. | DAY | YR. |
|---|---|---|---|
| Printed or typed full name and signature  WILLIAM H. CARLS  Will. H. C. S | 10 | 25 | 83 |

☐ Check if continuation sheet is used. Number of continuation sheets

| TRANSPORTER 1 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature  DICK OPIE | | 10 | 25 | 83 |

| TRANSPORTER 2 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature | 0.58 | | | |

| DISCREPANCY INDICATION SPACE | | | | | |
|---|---|---|---|---|---|
| GEN 0900 | OLD/NEW | L | A | TONS 0.96 | |
| TRAN 0230 | 24-252 | ⑤ | B | | |
| COM-b | | RT | 35R | HWF 18.00 | |
| | | CD | | | |

Facility owner or operator: Certification of receipt of hazardous waste covered by this manifest except as noted in the discrepancy indication space above. Note: TSDF must complete waste number. See instructions.

| | EPA ID NUMBER | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature  KAY SIMPSON | CA D05 ??? 2.40 | 10 | 26 | 83 |

FORM NO. DHS-8022A  11/82

**TSDF SENDS THIS COPY TO GENERATOR WITHIN 15 DAYS**

BKK-10-C-055-00001056

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for Instructions.
Please type or print clearly. Press Hard.

① Manifest Number: **025 - 100020**

ORIGINAL

**(Generator Must Complete)**

② Name: Southwest Petro Chem
EPA NO.: CAD082186858
Address: 1953 So. Main St.
Phone No.: (213) 639445
City, State, Zip: Compton, CA 90221

③ Designated TSD Facility   Name: B KK
EPA NO.: CAD067786749
Address: 22310 Azusa
City, State, Zip: Azusa

④ Alternate TSD Facility
Name:
EPA NO.:
Address:
City, State, Zip:

⑤ U.S. DOT PROPER SHIPPING NAME: Waste Water & Grease
U.S. DOT HAZARD CLASS: Non Hazard - 045
UN/NA ID NO.:
WEIGHT OR VOLUME: 35 BBLs.
UNITS: WC

⑥ WASTE CATEGORY: Water Grease

⑦ EX. HAZ. WASTE PERMIT NO.:

⑧ GENERATING PROCESS: Recovery of Pump out

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☒ TANK TRUCK ☐ DUMP TRUCK
☐ OTHER

⑨ LIST COMPONENTS:
A. 50% Grease
B. 50% Water
C.
D.

E.
F.
G.
Non Hazardous Material %

☐ Toxic   ☐ Flammable   ☐ Corrosive/Irritant   ☐ Carcinogen/Mutagen
☐ Reactive   ☐ Sensitizer

⑩ WASTE PROPERTIES: pH 7.0
⑪ PHYSICAL STATE: ☐ Solid ☐ Liquid ☒ Sludge ☐ Slurry ☐ Gas   ☐ Other
⑫ SPECIAL HANDLING INSTRUCTIONS: ☒ Gloves ☐ Goggles ☐ Respirator   ☐ Other

⑬ GENERATOR CERTIFICATION: This is to certify that the the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

Signature of Authorized Agent and Title: Juan Speich

**(HAULER MUST COMPLETE)**
⑭ NAME: CROSBY & OVERTON, INC.
EPA NO.: CAD024090119   PHONE NO. (213) 432-6445
ADDRESS: 1620 W. 16th Street
CITY, STATE, ZIP: Long Beach, CA 90813

18 QUANTITY (If Measured)
19 STATE FEE (If Any)

⑮ PICK-UP DATE: 12-12-80
TIME 0800 ☒ AM ☐ PM
Date Shipped: 12-12-80

⑯ Signature of Authorized Agent and Title: Albert Green

**(FACILITY/OPERATOR MUST COMPLETE)**
⑰ NAME:
EPA NO.: CAD067786749
PHONE NO.: 965-0916
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF SHIPMENT IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉑ HANDLING OR DISPOSAL METHOD:
☐ Surface Impoundment   ☐ Landfill
☐ Injection Well   ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse   ☐ Storage/Transfer

Date Accepted: 12-12-80

㉒ NAME:
EPA NO.:

㉓ Signature of Authorized Agent and Title:

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

009- 023273

## PRODUCER

Name: Southwest Petro Chem

Pick up Address: 9503 S. Atlantic, Compton 90224

Telephone Number: 213-639-1525

Order Placed By: Dennis Laka     Date: 12-19-79

Type of Process which Produced Wastes: Cleaning Boiler

DESCRIPTION OF WASTE

Check type of waste:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Latex waste
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Tank bottom sediment
14. ☒ Mud and water
15. ☐ Brine
☐ Other (Specify)

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Concentration % Upper | Lower | | ppm |
|---|---|---|---|---|
| 1. Sludge | | | 20 | |
| 2. Water | | | 70 | |
| 3. NCL | | | 10 | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Hazardous Properties of Waste:
☐ toxic ☐ flammable ☐ corrosive ☐ explosive ☒ none
pH 7.0
☐ gal ☐ tons ☒ barrels (42 gal) ☐ bags ☒ other VAC.

Bulk Volume: 100

Containers: ☐ drums ☐ cartons ☐ sludge ☐ other (SPECIFY)

Physical State: ☐ solid ☒ liquid ☒ sludge ☐ other (SPECIFY)

Special Handling Instructions (if any): None

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

## HAULER

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.: 12148     No. of Loads or Trips: 1     Unit No. 201

Pick Up: Valley 79   Time:   ☐ am ☐ pm

Vehicle: ☐ vacuum truck ☐ dump ☐ flatbed ☐ other (SPECIFY)

The described waste was received by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

## DISPOSAL SITE

Name (print or type): BKK  S. Azusa

Site Address: 2210 S. Azusa

The hauler above has delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 13.73     State fee (if any): 13.73

Handling Method(s):
☐ recovery
☐ treatment (specify):
☐ disposal (specify): [EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION]
  ☐ pond ☐ spreading ☐ landfill ☐ injection well
  ☐ other (specify):

If waste is held for disposal elsewhere specify final location:

Disposal Date: 12/19/79

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

BKK LAB REP
PH O.Z ALSO CONTAINS
CHLORINATED SOLVENTS
SPECIAL HANDLING REQ

D.O.T. Proper Shipping Name

SIGNATURE OF AUTHORIZED AGENT AND TITLE

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

HAULER—OFFICE FILE COPY

BKK-11-C-048-00004742

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
### STATE DEPARTMENT OF HEALTH

No. 12334

Revised 3/69    SP 69

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): _Valdon Co Drilling_

Pick up Address: _Talagraph Co Compton_
(Number)    (Street)    (City)

Telephone Number: ( )

Order Placed By: _Bob Caltson_    Date: _10/2/78_

Type of Process which Produced Wastes: _Holding Tk Cleaning_ (Examples: metal plating, equipment cleaning, oil drilling, wastewater treatment, picking bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify)

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents, metals (list), metals (list), organics (list), cyanide)

| | Concentration % | |  |
| | Upper | Lower | ppm |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

Hazardous Properties of Waste: ☐ none ☐ toxic ☐ flammable ☐ corrosive ☐ explosive ☐ other (specify)

pH _10.0_

Bulk Volume: _150_ ☐ gal ☐ barrels (42 gal) ☐ other (specify)

Containers: _____ ☐ drums ☐ cartons ☐ bags ☐ other (specify)
(Number)

Physical State: ☐ solid ☐ liquid ☐ sludge _none_

Special Handling Instructions (if any): _none_

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable). I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_W.C. Buckley_
Signature of authorized agent and title

PRESS FIRMLY - YOU ARE SIGNING 6 COPIES

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): _INCORPORATED_

Business Address: **2221 LOMA ST., SO. MONTE, CALIF. 91733**

Telephone Number: **(213) 443-0103**    Pick Up: _10/2/78_    Time: _____

State Liquid Waste Hauler's Registration No. (if applicable): **139**

Job No.: _94663_    No. of Loads or Trips: _____    Unit No.: _1-3_

Vehicle: ☐ vacuum truck ☐ barrels ☐ flatbed ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted. I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): _____

Site Address: _2310 Rosecrans_

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and legal restrictions.

Quantity measured at site (if applicable): _1142_    State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): _____
☐ Examples: incineration, neutralization, precipitation—Code No.
☐ pond ☐ spreading ☐ landfill ☐ injection well
☐ other (specify)

If waste is held for disposal elsewhere, specify final location: _____

Disposal Date(s): _10-2-78_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_J.R. Miller_
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

208

BKK-12-C-056-00005564

# CALIFORNIA LIQUID WASTE HAULER RECORD

SP № 12024

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised 3/77

## PRODUCER OF WASTE (Must be filled by producer)

Name (print or type): Laidlaw Co.                    Code No.
Pick up Address: Telegraph Rd. Santa Fe Springs (Street) (City)   Code No.
Telephone Number: (   )
Order Placed By: Rob Welines.    Dates: 10/2/78

Type of Process
which Produced Wastes: Holding Tank Cleanout
(Example: paint facial equipment cleanup, electroplating, drilling—Code No.
wastewater treatment, pickling bath, petroleum refining)

### DESCRIPTION OF WASTE (Must be filled by producer)

Check type of waste:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes

8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify)

| Components: | Concentration: | | | ppm |
|---|---|---|---|---|
| (Examples: hydrochloric acid, lime, caustic soda, | Upper | Lower | % | |
| phenols, solvents (list), metals (list), | | | | |
| organics (list), cyanide) | | | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Hazardous Properties of Waste: ☐ toxic ☐ flammable ☐ corrosive ☐ explosive
pH:     ☐ gal    ☐ cons    ☐ barrels (42 gal)    ☐ other (specify)
Bulk Volume: 100    ☐ drums    ☐ cartons    ☐ bags    ☐ other (specify)
Containers: (Number)
Physical State:    ☐ solid    ☐ liquid    ☐ sludge    ☐ other (specify)
Special Handling Instructions (if any): NONE

The waste is described above to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title    D.E. Bushnell

PRESS FIRMLY - YOU ARE SIGNING 6 COPIES

## HAULER OF WASTE (Must be filled by hauler)

Name (print or type): JC INCORPORATED    Code No.
Business Address: 2221 LOMA ST., SO. EL MONTE, CALIF. 91733
Telephone Number: (213) 443-0103    Pick Up: 10/2/78    Time:
State Liquid Waste Hauler's Registration No. (if applicable): 139
Job No.: 9462    No. of Loads or Trips: 1    Unit No.: L-3
Vehicle: ☑ Vacuum truck ☐ drums, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type):    Code No.
Site Address:    Code No.

The hauler above delivered the described waste to this disposal facility and it was accepted. It was accepted material under the laws of RCRA requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable):    State fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify):    ☐ incineration, ☐ neutralization, ☐ precipitation    Code No.
☐ disposal (specify):    ☐ pond ☐ spreading ☐ landfill ☐ injection well
                         ☐ other (specify):    Code No.

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 10/2/78

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

Signature of authorized agent and title

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

208

009- 000544

# CALIFORNIA LIQUID WASTE HAULER RECORD
STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

**PRODUCER OF WASTE (Must be filled by producer)**

Name: WILCO CHEMICAL

Pick-up Address: 2100 E. 23rd ST. CARSON

Telephone Number: 213-835-8353   P.O. or Correct No.:

Order Placed By: Jose Perez   Date: 4-1-75

Type of Process which Produced Waste: DR. HYDRAUS - S - OIL

**DESCRIPTION OF WASTE (Must be filled by producer)**

(Examples: metal plating, equipment cleaning, oil drilling — wastewater treatment, pickling bath, petroleum refining)

Check type of waste:
1. ☐ Acidic solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Other (Specify)
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

| | | Upper | Concentration % Lower | | | |
|---|---|---|---|---|---|---|
| 1. | Al Cl3 | 15 | 10 | | | |
| 2. | HCl | 5 | 0.5 | | | |
| 3. | OIL | 2 | 0.1 | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

Hazardous Properties of Waste:
pH: 1-2    ☐ none    ☐ toxic    ☐ flammable    ☐ corrosive    ☐ explosive    ☐ other (specify)

Bulk Volume: 100    ☐ gal    ☐ tons    ☐ barrels (42 gal.)    ☐ other: TRUCK

Containers:    ☐ drums    ☐ cartons    ☐ bags    ☐ other (specify)

Physical State:    ☐ solid    ☐ liquid    ☐ sludge    ☐ other (specify)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SS.
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER OF WASTE (Must be filled by hauler)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No (if applicable):

Pick Up:    Time: 9 KM    ☐ am  ☐ pm
Date: 9    Unit No:

Job No.: 18731    No. of Loads or Trips:

Vehicle: ☐ vacuum truck    ☐ barrels    ☐ flatbed    ☐ other (specify):

The described waste will be hauled by me to the disposal facility named below, and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type):

Site Address:

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 100 BBLS    State fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify):
☐ disposal (specify):    ☐ pond    ☐ spreading    ☐ landfill    ☐ injection well    ☐ other (specify):

If waste is held for disposal elsewhere specify final location:

Disposal Date:

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-8300.

D.O.T. Proper Shipping Name.

009- 0091170

# CALIFORNIA LIQUID WASTE HAULER RECORD
## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

Revised December 1974

**CHANCELLOR & OGDEN, INC.**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

Name: Wite Chemical
(Print or Type)

Pick up Address: 2402 E 223 rd st (Grayson)
(number) (street)    P.O. or Contract No.:

Telephone Number: (213) 830-4353

Order Placed By: ___  Date: ___

Type of Process which Produced Wastes: ACb Carbon Treaters

### DESCRIPTION OF WASTE HAULED

**Check type of waste:**
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine
☑ Other (Specify) Sand and Grease Trap

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

1. Carbon
2. Oil
3. Mud
4. Ammo Chloride

| Components | Upper | Lower | Concentration % | barrels (42 gal) |
|---|---|---|---|---|
| | 25 | 15 | | |
| | 50 | 5 | | |
| | 50 | 5 | | |
| | 1 | .01 | | |

Physical Properties of Waste:
☐ none ☑ flammable ☑ corrosive ☐ explosive ☐ other

Hazardous Properties of Waste:
pH 6  ☐ toxic  ☐ other (specify)

Bulk Volume: 100  ☐ gal ☐ tons ☐ other Truck

Container: ☐ drums ☐ cartons ☐ bags ☐ other (specify)

Physical State: ☐ solid ☑ liquid ☐ sludge

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

State Liquid Waste Hauler's Registration No. (if applicable):

Pick Up: 5-27-80  Time: 12 PM
(Date)

Job No.: 1346   No. of Loads or Trips: 1

Vehicle: ☑ vacuum truck 1344   ☐ barrels, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

Date: 5-27-80  Time: 12 PM  Unit No.: 030-107A

### DISPOSAL OF WASTE

Name (print or type): ZUO ZBUSA

Site Address:

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 1939   State fee (if any): 19.36

Handling Method(s):
☐ recovery
☐ treatment (specify): ___ (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify): ___ ☐ pond ☐ spreading ☐ landfill ☐ injection well
☐ other (specify):

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 5-27-80

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly reports.

D.O.T. Proper Shipping Name: ___

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

HAULER - OFFICE COPY

BKK-10-C-002-00000575