## Tab 8 BKK Ex. 8

B 10 (Official Form 10) (12/08 Modified CEM)

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

PROOF OF CLAIM

**In re Chemtura Corporation, et al., Case No. 09-11233 (REG) (Jointly Administered)**

| Name of Debtor: Chemtura Corporation | Case Number: 09-11233 |
|---|---|

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

BKK Joint Defense Group
c/o James J. Dragna
Bingham McCutchen LLP
355 S. Grand Ave., Ste. 4400, Los Angeles, CA 90071
Tel.: (213) 680-6400

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on:_____

If address and name different from above, please provide the name and address where notices should be sent:

Creditor Name:

Address:

City/State/ZIP                                    Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**

$ See attached    $_____    $_____    $_____
(Unsecured) addendum (Secured)    (Priority)    (Total)

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See attached addendum
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** n/a

**3a.** Debtor may have scheduled account as: n/a
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____ Basis for perfection:_____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a) or 11 U.S.C. § 503(b)(9). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. If the supporting documents are in excess of 100 pages, you may attach a summary of them and a list of each document you have relied upon. You may also attach a summary. *(See definition of "redacted" on reverse side.)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

Date: 10/29/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.



FOR COURT USE ONLY

RECEIVED

OCT 30 2009



KURTZMANCARSONCONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§

0911233091030000000000211

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

BINGHAM

Connie Salcido Delgado
Direct Phone: 213.68 0.6550
Direct Fax:    213.830.8744
connie.delgado@bingham.com

October 30, 2009

**Via Hand Delivery**

Chemtura Claims Processing Center
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Re:   In re Chemtura Corporation, Case No. 09-11233 (REG)**
       **United States Bankruptcy Court, Southern District of New**
       **York**

Dear Sir/Madam:

Enclosed please find Proofs of Claims on behalf of the BKK Joint Defense Group for the
five Chemtura Corporation debtors listed below:

(1) Chemtura Corporation; 09-11233
(2) GLCC Laurel, LLC; 09-11246
(3) Great Lakes Chemical Corporation; 09-11247
(4) ISCI, Inc.; 09-11252
(5) Uniroyal Chemical Company Limited (Del.).  009-11258

Please file the original and return a file/date stamped copy to the messenger.

Please call me if you have any questions.  Thank you.

Sincerely yours,

Connie Salcido Delgado

Enclosures

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

213.680.6400
213.680.6499
bingham.com

*In re Chemtura Corporation, et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

## ADDENDUM TO PROOF OF CLAIM OF
## THE BKK JOINT DEFENSE GROUP AND EACH MEMBER THEREOF
## INCLUDING STATEMENT OF CLAIM AND SUPPORTING EXHIBITS

1.    This Proof of Claim ("Claim") is filed on behalf of the unincorporated group of entities referred to as the BKK Joint Defense Group (the "Group") and each individual member thereof (each a "Group Member," collectively "Group Members"), for that share of all expenses, damages, and response costs owed to the Group by one or more of the Debtors (the "Debtors") in the above-captioned bankruptcy proceedings, arising out of or in any other way related to, directly or indirectly, liabilities in connection with a 583-acre landfill facility located at 2210 South Azusa Avenue, West Covina, California (the "Facility"). Attached as Exhibit A hereto, and incorporated herein by reference, is a list identifying the name of each Group Member as of the date of this Claim. The signatory to this Proof of Claim is counsel for the Group, including each Group Member in such capacity, and counsel has been authorized by each Group Member to execute and file this Claim on behalf of the Group and the Group Members.

2.    On March 18, 2009 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

3.    The Facility consists of a hazardous waste landfill, a municipal waste landfill, and associated treatment and control facilities, and is currently owned and operated by BKK Corporation ("BKK"). As current owner of the Facility, BKK is subject to certain post-closure care obligations and certain regulatory requirements under state and federal environmental laws. On October 18 and 20, 2004, BKK notified the California Department of Toxic Substances Control ("DTSC") that it would not be able to continue funding its post-closure and other obligations with respect to the Facility beyond November 17, 2004.

4.    Pursuant to a settlement with DTSC, the Group has performed certain operation, maintenance, and monitoring activities at the Facility and has paid to DTSC certain response costs associated with the Facility. The Group expects to enter into a successor settlement with DTSC shortly, under which it will continue to perform certain operation, maintenance and monitoring activities at the Facility and will continue to pay to DTSC certain response costs associated with the Facility.

5.    On information and belief, prior to the Petition Date, certain state and/or federal regulatory agencies may have identified one or more of the Debtors as potentially responsible parties ("PRPs") under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 *et seq.* ("CERCLA"), and/or other state or federal environmental laws, because of their status as prior owners or operators of the Facility, or because they had either generated or arranged for the disposal of materials at the Facility.

**In re Chemtura Corporation**, *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

6.     The Group believes that, as of the date of this Proof of Claim, several of the Debtors had generated waste that was deposited at the Facility, or may have arranged for waste to be deposited at the Facility, including:

- **Chemtura Corporation** (operating under the names Allied Kelite Company; DeSoto, Inc.; Golden Bear Oil Co.; Halby Chemical; Halby Products, Inc.; Humko; Richardson Graphics Company; Sigma Chemicals, Inc.; Southwest Petro-Chem, Inc.; Uniroyal Chemical Company, Inc.; Uniroyal Chemical Corporation; Uniroyal Chemical Specialties, Inc.; and/or Witco Corporation);

- **Great Lakes Chemical Corporation**;

- **Great Lakes Chemical Global, Inc.**;

- **ISCI, Inc.** (operating under the name Inland Specialty Chemical Corporation); and

- **Uniroyal Chemical Company Limited (Del.).**

7.     The waste manifests indicating that these Debtors deposited waste at the Facility are voluminous. Therefore, the Group has attached representative waste manifests for each such Debtor to this Proof of Claim as <u>Exhibit B</u>. Any party in interest may review the additional waste manifests by contacting the attorney for the Group as identified on the face of the Proof of Claim form.

8.     On information and belief, based on their status as PRPs at the Facility, several of the Debtors may be liable to the Group under common law and applicable state and federal environmental statutes, including, without limitation, jointly and severally liable for recoverable response costs under section 107(a) of CERCLA and liable in contribution under section 113(f) of CERCLA. Past recoverable costs to date are in excess of $35 million. Future recoverable costs are estimated to be in excess of $500 million.

9.     The Group, on behalf of itself and each Group Member, reserves its rights to amend this Claim from time to time to restate amounts contained in this Claim as it becomes further liquidated, and for other lawful purposes, including, without limitation, to file additional proofs of claim for additional sums that become due based on the respective rights and obligations established under the documents referred to herein, the relationships described herein or the events and circumstances described herein.

10.     The Group, on behalf of itself and each Group Member, reserves its rights to claim all amounts due in respect of any post-Petition interest, default interest, all rights of and to indemnification, premiums, collection costs, pre- and post-Petition Date fees, costs and expenses, including, without limitation, attorneys' fees, costs and expenses, in amounts as yet undetermined, to the extent allowed by applicable law.

**In re Chemtura Corporation,** *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

11.     This Claim is filed under the compulsion of the bar date established in this chapter 11 case and is filed to protect the Group and the Group Members from forfeiture of claims by reason of said bar date. Filing of this Claim is not and shall not be deemed or construed as:

(a)     a waiver or release of the Group's or any of the Group Members' rights against any person, entity or property (including, without limitation, any person or entity that is or may become a debtor in a case pending in this Court);

(b)     a consent by the Group or any of the Group Members to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Group or any Group Members;

(c)     a waiver or release of the right of the Group or of any of the Group Members to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(d)     a consent by the Group or any of the Group Members to a jury trial in this Court or any other court, in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise;

(e)     a waiver or release of the right of the Group or any of the Group Members to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge;

(f)     a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving the Group or any of the Group Members;

(g)     an election of remedies; or

(h)     a waiver or release of any right of setoff or recoupment that the Group or any Group Members may hold against any of the Debtors. Furthermore, the Group reserves the right to attach or bring forth additional documents supporting its claims.

12.     The filing of this Proof of Claim shall not be deemed a waiver of the right of the Group or of any Group Members to assert that any or all of the amounts owed to it, if any, are entitled to administrative priority status or other priority status.

A/73168187.2

**In re Chemtura Corporation,** *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

      13.    This Claim is filed in addition to and not in lieu of any other claim filed by any division of the Group or the Group Members or by any of their affiliates.

A/73168187.2

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT A

### Members of the BKK Joint Defense Group

American Honda Motor Co., Inc.

Anadarko Petroleum Corporation

Atlantic Richfield Company

Bayer CropScience Inc.

Chemical Waste Management, Inc.

Chevron Environmental Management Company

City of Los Angeles, Department of Water and Power

ConocoPhillips Company

Ducommun Aerostructures, Inc.

Exxon Mobil Corporation

General Motors Corporation

Honeywell International Inc.

Huntington Beach Company

McFarland Energy, Inc.

National Steel and Shipbuilding Company

Northrop Grumman Corporation

Quemetco, Inc.

Rohr, Inc.

Shell Oil Company

Southern California Edison Company

Thums Long Beach Company

Union Carbide Corporation

Union Oil Company of California

Waste Management Collection and Recycling, Inc.

Western Waste Industries, Inc.

Xerox Corporation

A/73168187.2

**In re Chemtura Corporation,** *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT B

### Representative Waste Manifests

CALIFORNIA HAZARDOUS WASTE MANIFEST
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

GENERATOR CERTIFICATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

TRANSPORTER (HAULER MUST COMPLETE)
NAME  A.T.S. LIQUID WASTE DISPOSAL
EPA NO  C A I T 0 0 0 6 2 3 1 7 6 1 9
ADDRESS  13858 E. Rosecrans
CITY, STATE  Santa Fe Springs, CA  90670
ZIP CODE
PHONE NO  (213) 9210433

TSD FACILITY (OPERATOR MUST COMPLETE)
NAME  BKK
EPA NO  C A D 0 0 0 0 7 3 1 1 4

REVISED 11/80

HANDLING OR DISPOSAL METHOD
LANDFILL
SURFACE IMPOUNDMENT
INJECTION WELL
TREATMENT (SPECIFY)
RECOVERY OR REUSE
LAND TREATMENT
STORAGE TRANSFER

BKK-10-C-030-00001420

# CALIFORNIA HAZARDOUS WASTE MANIFEST
## STATE DEPARTMENT OF HEALTH SERVICES
### HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

MANIFEST NUMBER 498 N⁰ 001399

SEE REVERSE SIDES FOR INSTRUCTIONS. PLEASE TYPE OR PRINT CLEARLY.

**PRESS HARD**

(A) DESIGNATED TSD FACILITY    (AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)

(B) ALTERNATE TSD FACILITY

**GENERATOR** (GENERATOR MUST COMPLETE)

- NAME: ALICE KELLITE
- EPA NO: CAD059062762
- ADDRESS: 42 N. MAIN
- CITY, STATE, ZIP CODE: L.A.
- PHONE NO: 222-0201
- ORDER PLACED BY
- P.O. / CONTRACT NO.
- ORDER DATE: 1-3-8

DESIGNATED TSD FACILITY:
- NAME: BKK 9A
- EPA NO: CAD0607272552
- ADDRESS: 2210 AZUSA AVE
- CITY, STATE, ZIP CODE: WEST COVINA
- PHONE NO: 965-91

(C) U.S. DOT PROPER SHIPPING NAME

| WASTE CATEGORY | | U.S. DOT HAZARD CLASS | UN NA ID NO | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|---|
| WASTE | | | | 625 | SGLI |
| WASTE | | | | | |

(D) LIST COMPONENTS:

| | CONC RANGE UPPER LOWER | | EX HAZ WASTE PERMIT NO | UNITS |
|---|---|---|---|---|
| A MUD | | | E WATER | PPM |
| B SILICATES | 5 | 5 | F | PPM |
| C BIOS PLATES | 7 | 3 | G | PPM |
| D PZOA ASH | 10 | 7 | | PPM |

NONHAZARDOUS MATERIAL
- REACTIVE
- SENSITIZER
- NONE
- OTHER

- CARCINOGEN MUTAGEN

**GENERATING PROCESS** NAP JELLEN MF

| CONTAINERS | NUMBER |
|---|---|
| DRUMS | |
| TRUCK | |
| BAGS | |
| CARTONS | |
| OTHER | |

CONC RANGE UPPER LOWER

DUMP TRUCK

UNITS

(F) WASTE PROPERTIES:
- pH
- PHYSICAL STATE: SOLID ☐ LIQUID ☑ GAS ☐
- SPECIAL HANDLING INSTRUCTIONS

CORROSIVE IRRITANT
- RESPIRATOR

TOXIC ☐ FLAMMABLE ☐
- SLUDGE ☐ SLURRY ☐
- GLOVES ☐ GOGGLES ☐

DATE SHIPPED: 1-3-8

SIGNATURE OF AUTHORIZED AGENT & TITLE

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

JOB NO: 02-361    UNIT NO.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

QUANTITY (MEASURED): 4725
STATE FEE (MF): $68 $1397 5.49

PICK UP DATE: 1-3-8
TIME: ☐ AM ☐ PM

SIGNATURE OF AUTHORIZED AGENT & TITLE

**TRANSPORTER** (HAULER MUST COMPLETE)

- NAME: RBK A.T.S. LIQUID WASTE DISPOSAL
- EPA NO: CAD0000623769
- ADDRESS: 13858 E. Rosecrans
- CITY, STATE, ZIP CODE: Santa Fe Springs, CA 90670
- PHONE NO: (213) 921-0433

**HANDLING OR DISPOSAL METHOD:**
- SURFACE IMPOUNDMENT
- INJECTION WELL
- TREATMENT (SPECIFY)
- RECOVERY OR REUSE
- ☑ LANDFILL
- LAND TREATMENT
- STORAGE TRANSFER

DATE ACCEPTED: 1-5-83

**TSD FACILITY:**
- NAME: CAD0600000760
- EPA NO.
- INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT
- IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY

NAME
EPA NO.
REVISED 11/80

SIGNATURE OF AUTHORIZED AGENT & TITLE

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD
STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Nº 2805

JUN 18

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): DE SOTO

Pick up Address: 6150 Grace Orange City
(Number)        (Street)        (City)

Telephone Number: _____

Order Placed By: O.Newark 1/e 30-6  Date: 6-18-80

Type of Process which Produced Wastes: _____

**DESCRIPTION OF WASTE** (Must be filled by producer)
(Examples: metal plating, equipment cleaning, oil drilling--Code No. wastewater treatment, pickling bath, petroleum refining)

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☒ Paint sludge WATER BAG
5. ☐ Solvents
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Gummy waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify): _____

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Concentration: |  |
|---|---|---|
| | Upper | Lower |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

Hazardous Properties of Waste:  ☐ none  ☐ toxic  ☐ flammable  ☐ corrosive  ☐ explosive
pH: 6.08  ☐ other (Specify)  ☐ other (Specify)

Bulk Volume: 2520  ☐ gal  ☐ drums  ☐ cartons  ☐ barrels (42 gal)

Containers: _____ (Number)

Physical State:  ☐ solid  ☐ liquid  on one  ☐ sludge

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____ Signature of authorized agent and title

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): STEVERSON BROS

Business Address: 18062 Gothard (BX 335), Huntington Bch, CA 92648
(Number)        (Street)        (City)

Telephone Number: (714) 877-1072  Pick Up: _____ (Date)  Time: ☐ am ☐ pm

State Liquid Waste Hauler's Registration No. (if applicable): 57

Job No.: 31 453  No. of Loads or Trips: 1  Unit No.: 34

Vehicle: ☒ Vacuum truck  ☐ barrels,  ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____ Signature of authorized agent and title

---

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): BKK Land Fill

Site Address: 220 Azusa Code No.

The hauler above has delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 6.39        State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify) ☐ Examples: incineration, neutralization, precipitation)--Code No.
☐ disposal (specify) ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well
☐ other (specify)

If waste is held for disposal elsewhere specify final destination: _____

Disposal Date: 6/880

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____ Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

Code No. 6L92648

2/2

5/2

BKK-12-C-057-0000004910



# INDUSTRIAL WASTE HAULERS REPORT

Aug 2013 3

## PRODUCER OF LIQUID WASTE

Name _DeSoto Inc._

Pick up Address _P.O. Box 1325_ Street _ORANGE, CALIF. 92668_ City

Type of process which produced wastes. _LATEX WASTE_

examples: metal plating, equipment cleaning, chemical formulation, etc.

I certify that the described waste was delivered to the hauler named below for legal disposal at the site indicated.

_B.G. Brown_
Signature of Producer or Authorized Agent and Title

## HAULER

Name _TRANSCON DISPOSAL INC_ _M-G DISPOSAL SERVICE_

Business Address _301 Lot - 1 Street_ _Wilmington, Calif._ _201 S. Balcom Fullerton CA Lf._ Street City

I certify that the described waste was hauled by me to the disposal facility named below and was accepted.

_William Ogle_
Signature of Hauler

Business License Truck Tag No. _#190_

## DISPOSAL FACILITY

Name _B.K.K. Co._

Site Address _W. Covina, Calif._

I certify that the hauler above delivered the described liquid waste to this disposal facility and it was an acceptable material under the terms of an Industrial Waste Disposal Permit.

_K. Ko Bol_
Signature of Waste Disposal Facility Operator

IF WASTE IS HELD FOR DISPOSAL ELSEWHERE,

SPECIFY FINAL LOCATION _____

**CHECK TYPE OF LIQUID WASTE:**

- [ ] ACETYLENE SLUDGE
- [✓] LATEX WASTE
- [ ] LIME SODA WATER
- [ ] MUD AND WATER
- [ ] OIL FIELD BRINE
- [ ] PAINT SLUDGE
- [ ] ROTARY MUD
- [ ] TANK BOTTOM SEDI^NT
- [ ] TILE GLAZE WASTE

Date _9.18.74_ AM / PM

Quantity _2772_ bbl. (gals)

#4854 1G

The original of this certificate must be promptly forwarded to Mr. John A. Lambie, County Engineer, Room 226, County Engineering Bldg., 108 W. 2nd Street, Los Angeles, Calif. 90012

23300

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

ORIGINAL

① Manifest Number  0 0 9 - 08720

See reverse side for instructions.
Please type or print clearly.  Press Hard.

**GENERATOR**

② Name  Golden Bear Exxon

EPA NO.

Address  4000 E. Whomever  Phone No.

City, State, Zip  LA CAL

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)

Name  BKK
EPA NO.  C A D 0 6 7 7 8 6 7 4 9
Address  2210 Azusa
City, State, Zip  WEST COVINA CAL

UN/NA ID NO.

WEIGHT OR VOLUME  6000
UNITS  GAL

④ Alternate TSD Facility

Name
EPA NO.
Address
City, State, Zip

CONTAINERS NUMBER: _____  RAIN WATER

TYPE: ☐ DRUMS  ☐ BAGS  ☐ CARTONS
☐ OTHER  ☐ TANK TRUCK  ☐ DUMP TRUCK

⑧ GENERATING PROCESS

⑤ U.S. DOT PROPER SHIPPING NAME

WASTE  48
WASTE

⑥ WASTE CATEGORY
LIST COMPONENTS:
A.  WATER
B.  OIL
C.
D.

U.S. DOT HAZARD CLASS

⑦ EX. HAZ. WASTE PERMIT NO.

| | CONC. UPPER | RANGE LOWER | | | | CONC. UPPER | RANGE LOWER | | | UNITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 98% | | ☐ % ☐ ppm. | E. | | | ☐ % ☐ ppm. | | ☐ % ☐ ppm. |
| | | 2% | | ☐ % ☐ ppm. | F. | | | ☐ % ☐ ppm. | | ☐ % ☐ ppm. |
| | | | | ☐ % ☐ ppm. | G. | | | ☐ % ☐ ppm. | | ☐ % ☐ ppm. |
| | | | | ☐ % ☐ ppm. | Non Hazardous Material | | | % | | |

⑩ WASTE PROPERTIES: pH _____
☐ Toxic  ☐ Flammable  ☐ Corrosive/Irritant  ☐ Reactive  ☐ Sensitizer  ☐ Carcinogen/Mutagen

⑪ PHYSICAL STATE:  ☐ Solid  ☑ Liquid  ☐ Sludge  ☐ Slurry  ☐ Gas  ☐ Other  NONE

⑫ SPECIAL HANDLING INSTRUCTIONS:  ☐ Gloves  ☐ Goggles  ☐ Respirator  ☐ Other

**GENERATOR CERTIFICATION:** This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬  R. MENALLA
Signature of Authorized Agent and Title

⑯
Signature of Authorized Agent and Title

**TRANSPORTER** (HAULER MUST COMPLETE)

⑭ NAME  CHANCELLOR & OGDEN, INC.
EPA NO.  C A D 0 4 8 4 9 8 4 6 3
ADDRESS  3031 East "I" Street  PHONE NO.  (213) 432-8461
CITY, STATE, ZIP  Wilmington, California 90744

18  QUANTITY (If Measured)
19  STATE FEE (If Any)

⑮ PICK-UP DATE  2-10-81
TIME  ☐ AM  ☐ PM  18:48

⑳ DISPOSAL METHOD
☐ Surface Impoundment  ☑ Landfill
☐ Injection Well  ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse  ☐ Storage/Transfer

POSTED

② AM  2-10-81
Date Shipped

② AM  2-10-81
Date

**TSD FACILITY**

⑰ NAME  BKK
EPA NO.  C A D 0 6 7 7 8 6 7 4 9

PHONE NO.

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉒ NAME
EPA NO.

⑳ (FACILITY OPERATOR MUST COMPLETE)

㉓
Signature of Authorized Agent and Title

2/10/81
Date Accepted

# CALIFORNIA HAZARD OU WASTE MANIFEST

State Department
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

of Health Services

① **Manifest Number** `0 0 9 - 0 8 8 2 8 3`

**GENERATOR** (Generator Must Complete)
See reverse side for instructions.
Please type or print clearly. Press Hard.

GU 23300

② Name **GOLDEN BEAR**
EPA NO. **CTA EXT 0404**
Address **4000 E WASHINGTON** Phone No. **261-4714**
City, State, Zip **LA**

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)
Name **BKK**
EPA NO. **CAD067780719**
Address **2210 So A ZU SA**
City, State, Zip **LLC**

④ Alternate TSD Facility
Name _____
EPA NO. _____
Address _____
City, State, Zip _____

| ⑤ U.S. DOT PROPER SHIPPING NAME | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE | | | | |
| WASTE | | | | |

⑥ WASTE CATEGORY

| ⑨ LIST COMPONENTS: | CONC. UPPER | RANGE LOWER | | UNITS | | ⑦ EX. HAZ. WASTE PERMIT NO. |
|---|---|---|---|---|---|---|
| A. **WATER EXT** | | | % | ppm. | | |
| B. **OIL** ! | | | % | ppm. | | |
| C. | | | % | ppm. | | |
| D. | | | % | ppm. | | |

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☐ TANK TRUCK ☐ DUMP TRUCK
☐ OTHER

⑧ GENERATING PROCESS **RAIN WATER**

| | CONC. UPPER | RANGE LOWER | | UNITS |
|---|---|---|---|---|
| E. | | | % | ppm. |
| F. | | | % | ppm. |
| G. | | | % | ppm. |
| Non Hazardous Material | | | % | |

⑩ WASTE PROPERTIES: pH __**77**__    ☐ Toxic    ☐ Flammable    ☐ Corrosive/Irritant    ☐ Reactive    ☐ Sensitizer    ☐ Carcinogen/Mutagen
⑪ PHYSICAL STATE: ☐ Solid  ☒ Liquid    ☐ Sludge    ☐ Slurry    ☐ Gas    ☐ Other **NONE**
⑫ SPECIAL HANDLING INSTRUCTIONS:    ☐ Gloves    ☐ Goggles    ☐ Respirator    ☐ Other _____

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ **R Mehta**    Signature of Authorized Agent and Title

⑮ PICK-UP DATE **11-4-80**    TIME _____ ☐ AM ☐ PM    **12-4-80** Date Shipped

⑯ **O Bith**    Signature of Authorized Agent and Title    **20.19**

**TRANSPORTER** (HAULER MUST COMPLETE)
⑭ NAME **CHANCELLOR & OGDEN, INC.**
EPA NO. `C A D 0 4 8 4 9 8 4 6 3`
ADDRESS **3031 East "I" Street**    PHONE NO. **(213) 432-8461**
CITY, STATE, ZIP **Wilmington, California 90744**

⑱ QUANTITY (If Measured) _____
⑲ STATE FEE (If Any) _____

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT: _____

㉑ HANDLING OR DISPOSAL METHOD:
☐ Surface Impoundment    ☐ Landfill
☐ Injection Well    ☐ Land Treatment
☐ Treatment (Specify) _____
☐ Recovery or Reuse    ☐ Storage/Transfer

**TSD FACILITY** (FACILITY-OPERATOR MUST COMPLETE)
⑰ NAME **BKK**
EPA NO. `C A D 0 6 7 7 8 0 7 4 9`
PHONE NO. **965-0916**

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:
㉒ NAME _____
EPA NO. _____

㉓ **Dean Olsen**    Signature of Authorized Agent and Title    **12/4/80** Date Accepted

**ORIGINAL**

# CALIFORNIA HAZARDOUS WASTE MANIFEST

REVISED 11-80

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for Instructions.
Please type or print clearly. Press Hard.

① Manifest Number: **210 - 012883** Ⓢ

10:30

④ ALTERNATE TSD FACILITY
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM) Ⓐ

② Name: CRYSTAL LAKES CEMENT  2940
EPA No. C A D 0 9 5 1 3 2 7 7 0   Phone No. 530-1353
Address 2961 Irwindale  ORDER Placed By C BELL   ORDER DATE 5-4-82
City, State, Zip IRWINE CAL 92714
P.O./CONTRACT NO.

③ DESIGNATED TSD FACILITY
Name: **BKK LANDFILL**
EPA No. C A D 0 8 7 7 8 6 7 4 9
Address 2210 S. Azusa Ave.
City, State, Zip W. Covina, California 91722
Phone No. (213) 965-0911

Name:
EPA No.
Address
City, State, Zip
Phone No.

⑤ U.S. DOT PROPER SHIPPING NAME

| WASTE | U.S. DOT HAZARD CLASS | I.D. No. UN/NA No. | WEIGHT OR VOLUME | Units |
|---|---|---|---|---|
| WASTE CHLOROFORM | POISON B | 1580 | 5500 | Ⓑ |
| WASTE | | | | |

⑥ WASTE CATEGORY

⑦ EX. HAZ. WASTE PERMIT NO.

⑥ LIST COMPONENTS:
A. CHLOROFORM
B. REDUCED FUMES
C.
D.

⑩ WASTE PROPERTIES: ☐ Solid ☐ Liquid ☑ Toxic ☐ Sludge
⑪ PHYSICAL STATE ☒
SPECIAL HANDLING INSTRUCTIONS: ☐ Gloves ☒ Goggles ☐ Respirator

CONC. RANGE UPPER / LOWER
1.0 / ☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ Flammable ☐ Gas
☒ Corrosive ☑ Irritant
☐ Other

⑧ GENERATING PROCESS

CONTAINERS: NUMBER **55**
TYPE: ☑ Drums ☐ Bags ☐ Cartons
☐ Tank Truck ☐ Dump Truck
☒ Other

CONC. RANGE UPPER / LOWER   UNITS
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.
E.
F.
☐ Non Hazardous Material _____ %
☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen
☐ Other

⑬ GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

Signature of Authorized Agent and Title _____   Date Shipped **5-3-82**

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

(HAULER MUST COMPLETE)

⑭ NAME **FALCON DISPOSAL SERVICE**
EPA NO. C A D 0 0 0 4 8 9 3 4
ADDRESS 3031 East "I" Street
CITY, STATE, ZIP Wilmington, California 90744   PHONE NO. (213) 432-8461

⑯ JOB NO. 9263
UNIT NO. 300
Signature of Authorized Agent and Title _____

⑮ PICK-UP DATE **5-4-82**   TIME ☐ AM ☐ PM
_____ **5-4-82**
Signature of Authorized Agent and Title

(FACILITY OPERATOR MUST COMPLETE)

⑰ NAME **BKK LANDFILL**
EPA NO. C A D 0 8 7 7 8 6 7 4 9
PHONE NO. (213) 965-0911

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

⑱ NAME
EPA NO.
⑲ PHONE NO.

⑱ QUANTITY: (If Measured)
⑲ STATE FEE (If Any) $
㉑ HANDLING OR DISPOSAL METHOD:
☐ Surface Impoundment ☐ Land Treatment
☐ Injection Well
☐ Treatment (Specify) _____
☐ Recovery or Reuse ☐ Storage/Transfer

Signature of Authorized Agent and Title _____   Date Accepted **5-4-82**

ORIGINAL

BKK-12-C-032-00000343

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

REVISED 11-80

See reverse side for instructions.
Please type or print clearly. Press Hard.

① Manifest Number  **210 - 012880**

② Name (Generator Must Complete) GREAT LAKES CHEM

EPA NO. C A D 0 7 9 5 3 2 2 0 4

Address 344 Azusa Ave. Phone No. 556-1459

City, State, Zip IRWIN, CAL 9224

Order Placed By B.C.R.  ORDER DATE 4-26-87

P.O./ CONTRACT NO.

③ DESIGNATED TSD FACILITY

Name **BKK LANDFILL**

EPA NO. C A D 0 6 7 7 8 6 7 4 9

Address 2210 S. Azusa Ave.

City, State, Zip W. Covina, California 91722

Phone No. (213) 965-0911

④ ALTERNATE TSD FACILITY (AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)

Name

EPA NO.

Address

City, State, Zip

Phone No.

⑤ U.S. DOT PROPER SHIPPING NAME CHLOROACEM

| | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE | POISON | 12390 | 5500# | |
| WASTE | | | | |

CONTAINERS: NUMBER 5

TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☑ OTHER ☐ TANK TRUCK ☐ DUMP TRUCK

⑥ WASTE CATEGORY 79

LIST COMPONENTS:
A. CHLOROACETN
B. FLAMES RESOLVE
C.
D.

⑦ EX. HAZ. WASTE PERMIT NO.

CONC. RANGE UPPER / LOWER

⑧ GENERATING PROCESS

| | CONC. RANGE | | UNITS |
|---|---|---|---|
| | UPPER | LOWER | |
| E. | | | ☐ % ☐ ppm. |
| F. | | | ☐ % ☐ ppm. |
| G. | | | ☐ % ☐ ppm. |

☐ Non Hazardous Material _____ %

⑨ A. _____ ☐ % ☐ ppm.
B. _____ ☐ % ☐ ppm.
C. _____ ☐ % ☐ ppm.
D. _____ ☐ % ☐ ppm.

☑ Toxic  ☐ Corrosive/Irritant  ☐ Reactive  ☐ Sensitizer  ☐ Carcinogen/Mutagen

⑩ WASTE PROPERTIES: pH _____
☐ Solid  ☑ Liquid  ☐ Sludge  ☐ Slurry  ☐ Gas  ☐ Other _____

⑪ PHYSICAL STATE:

⑫ SPECIAL HANDLING INSTRUCTIONS: ☐ Gloves  ☑ Goggles  ☐ Respirator  ☐ Other

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

⑬ Joe Bell 851 Pt Mgr  Signature of Authorized Agent and Title

Date Shipped 4-21-87

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑭ NAME (HAULER MUST COMPLETE) **FALCON DISPOSAL SERVICE**

EPA NO. C A D 0 0 0 4 8 9 3 4

ADDRESS 3031 East "I" Street

CITY, STATE, ZIP Wilmington, California 90744

PHONE NO. (213) 432-8461

JOB NO. 47691

UNIT NO. 300

⑮ PICK-UP DATE 4-21-82

TIME ☐ AM ☑ PM 4-21-82 Date

⑯ Jim Miller Signature of Authorized Agent and Title

⑰ NAME (FACILITY-OPERATOR MUST COMPLETE) **BKK LANDFILL**

EPA NO. C A D 0 6 7 7 8 6 7 4 9

PHONE NO. (213) 965-0911

⑱ QUANTITY (If Measured) 4.26

⑲ STATE FEE (If Any) $ 4.26

㉑ HANDLING OR DISPOSAL METHOD: FILED
☐ Surface Impoundment
☐ Injection Well
☐ Land Treatment
☐ Treatment (Specify) _____
☐ Recovery or Reuse  ☐ Storage/Transfer

Date Accepted 4/2/82  **ORIGINAL**

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT: _____

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY

㉒ NAME _____
EPA NO. _____

㉓ Signature of Authorized Agent and Title

Revised December 1974

009- 012364

# CALIFORNIA LIQUID WASTE HAULER RECORD
## STATE WATER RESOURCES CONTROL BOARD
### STATE DEPARTMENT OF HEALTH

**PRODUCER OR WASTE (Must be filled by producer)**

Name: _____

Pick up Address: _____ (STREET) _____ (CITY)

Telephone Number: (_____) _____  P.O. or Contract No.: _____  Date: 1-8-22

Order Placed By: Hozke Adolst

Type of Process which Produced Wastes: Pump Waste from Disposal Tank

(Examples: metal plating, equipment cleaning, oil drilling — wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of wastes:

| | | | | CODE NO. |
|---|---|---|---|---|
| 1. ☐ Acid solution | 6. ☐ Tetraethyl lead sludge | 11. ☐ Contaminated soil and sand | | |
| 2. ☐ Alkaline solution | 7. ☐ Chemical toilet wastes | 12. ☐ Cannery waste | | |
| 3. ☐ Pesticides | 8. ☐ Tank bottom sediment | 13. ☐ Latex waste | | |
| 4. ☐ Paint sludge | 9. ☐ Oil | 14. ☒ Mud and water | | |
| 5. ☐ Solvent | 10. ☐ Drilling mud | 15. ☐ Brine | | |

☐ Other (Specify)

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Upper | Concentration % Lower | | | ppm |
|---|---|---|---|---|---|
| 1. Waste H2O - Pumped | | 8% | | | |
| 2. Diesel fuel | | 2% | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

Hazardous Properties of Waste:
☐ none  ☐ toxic  ☒ flammable  ☐ corrosive  ☐ explosive

pH _____

Bulk Volume: 500 ☒ gal  ☐ tons  ☐ barrels (42 gal)  ☐ other (specify)

Containers: _____ ☐ drums  ☐ cartons  ☐ bags  ☐ other (specify)

Physical State: ☐ solid  ☒ liquid  ☐ sludge  ☐ other (specify)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**HAULER OF WASTE (Must be filled by hauler)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

Pick Up: 1-8-77  Time: ☐ am ☐ pm

State Liquid Waste Hauler's Registration No. (if applicable): _____

Job No.: 10383  No. of Loads or Trips: 1  Unit No. 210-210A

Vehicle: _____  ☒ barrels, ☐ flatbed, ☐ other ____ (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____  A.C. Evans
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): _____

Site Address: 7205 BKK W D C

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 500 gal  State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify) [EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION]
  ☐ pond  ☐ spreading  ☒ landfill  ☐ injection well
☒ disposal (specify): _____ ☐ other (specify): _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: 1-10-77

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____  R. Bunting
SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name _____

BILLING COPY

BKK-12-C-053-00001957

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

210-
**000694**

BILLING COPY

## PRODUCER OF WASTE (Must be filled by producer)

Name: Wanko Produc T

Pick up Address: 6301 Rivott Ave. Cucamonga
(STREET)

Telephone Number: 714-522-0370   P.O. or Contract No. _____

Order Placed By: _____   Date: _____

Type of Process which Produced Wastes: _____
(Examples: metal plating, equipment cleaning, oil drilling wastewater treatment, pickling bath, petroleum refining)

## DESCRIPTION OF WASTE (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☒ Other (Specify): Pure Saturateo w/oil

| | Upper | Lower | Concentration % | ppm |
|---|---|---|---|---|
| | | | | |

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

## Hazardous Properties of Waste:

☐ none   ☐ toxic   ☒ flammable   ☐ corrosive   ☐ oxidative   ☐ other _____ (SPECIFY)

Bulk Volume: _____   ☐ gal   ☐ barrels (42 gal)   ☒ tons   ☒ other App Box (SPECIFY)

Containers: _____ (NUMBER)   ☐ drums   ☐ cartons   ☐ bags   ☒ other (SPECIFY)

Physical State: ☒ solid   ☐ liquid   ☐ sludge   ☐ other _____ (SPECIFY)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Ron Collins
SIGNATURE OF AUTHORIZED AGENT AND TITLE

## HAULER OF WASTE (Must be filled by hauler)

**FALCON DISPOSAL SERVICE**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 830-7662

State Liquid Waste Hauler's Registration No. (if applicable): _____

Job No.: _____   Pick Up: 1-5-80   Time: 11:25 am

Vehicle: ☐ vacuum truck   ☐ barrels, ☐ flatbed, ☐ other _____ (SPECIFY)   Unit No. or Loads or Trips: 300T

The described waste was hauled by me to the disposal facility named below and was accepted.

Date: 1-5-80   Unit No.: 210

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Ron Collins
SIGNATURE OF AUTHORIZED AGENT AND TITLE

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type): BKK Corp
300 Fish w co

Site Address: _____

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 8-3-7   State fee (if any): 8-3-7

Handling Method(s):

☐ recovery

☐ treatment (specify): _____

☐ disposal (specify): _____   (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ pond   ☐ spreading   ☐ injection well
☐ other (specify): _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of each completed record to the State Department of Health with monthly fee reports.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

D.O.T. Proper Shipping Name _____

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

BKK-12-C-018-00004278

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

FE

**210- 001719**

## PRODUCER OF WASTE (Must be filled by producer)

Name: AMMCO PRODUCTS    CODE NO.

Pick up Address: 6301 RIVOTT AVE (BUENA PARK)

Telephone Number: (714) 523-0570    P.O. or Contract No.

Order Placed By:

Type of Process which Produced Wastes: VEG. OIL REFINERY    Date:

## DESCRIPTION OF WASTE (Must be filled by producer)

Check type of wastes:

| | | | | | |
|---|---|---|---|---|---|
| 1. ☐ Acid solution | 6. ☐ Tetraethyl lead sludge | 11. ☐ Contaminated soil and sand | | | CODE NO. |
| 2. ☐ Alkaline solution | 7. ☐ Chemical toilet wastes | 12. ☐ Cannery waste | | | |
| 3. ☐ Pesticides | 8. ☐ Tank bottom sediment | 13. ☐ Latex waste | | | |
| 4. ☐ Paint sludge | 9. ☐ Oil | 14. ☐ Mud and water | | | |
| 5. ☐ Solvent | 10. ☐ Drilling mud | 15. ☐ Brine | | | ppm |

☒ Other (Specify) PAPER SATURATED W/OIL

Components: (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents [list], metals [list], organics [list], cyanide).

Concentration: Upper _____ Lower _____ %

1. CHUT OIL
2. PALM OIL
3.
4.
5. Soybean OIL

### Hazardous Properties of Waste:

pH _____  ☐ none  ☐ toxic  ☒ flammable  ☐ corrosive  ☐ explosive

Bulk Volume: _____ ☐ gal  ☒ tons  ☐ barrels (42 gal.)  ☐ other (SPECIFY)

Containers: 1 BOX  4 Drums  ☐ cartons  ☐ bags  ☐ other (SPECIFY)
(NUMBER)

Physical State: ☒ solid  ☐ liquid  ☐ sludge  ☐ other (SPECIFY)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

## HAULER OF WASTE (Must be filled by hauler)

### FALCON DISPOSAL SERVICE
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 830-7662

Pick Up: _____  Unit No. 2222    CODE NO.

(DATE) 210    Time: _____  ☐ am ☐ pm

No. of Loads or Trips: _____

Vehicle: ☐ vacuum truck  ☐ barrels  ☐ flatbed  ☒ Other (SPECIFY)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print) DAVID PARGA    CODE NO.

Site Address:

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements. State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _____  State fee (if any): _____

Handling Method(s):

☐ recovery
☒ treatment (specify) _____  (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify) _____  ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well
☐ other (specify) _____

If waste is held for treatment/disposal, specify final location:

Disposal Date: _____

I certify (or declare) under penalty of perjury that the the foregoing is true and correct.

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name _____

**HAULER—OFFICE FILE COPY**

BKK-12-C-018-00004237

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

## PRODUCER OF WASTE (Must be filled by producer)

Name (print or type): William Chemical

Pick up Address: 2023 N Gallys Avenue

Telephone Number: 714 458-4519   P.O. or Contract No.:   Date: 3/15/77

Order Placed By:

Type of Process
Which Produced Wastes: Solvent Refining

### DESCRIPTION OF WASTE (Must be filled by producer)

Check Type of Wastes:

| 1. □ Acid solution | 8. □ Tank bottom sediment |
| 2. □ Alkaline solution | 9. □ Oil |
| 3. □ Pesticide | 10. □ Drilling mud |
| 4. □ Paint sludge | 11. □ Contaminated soil and sand |
| 5. ☑ Solvent | 12. □ Cannery waste |
| 6. □ Heavy metal lead sludge | 13. □ Latex waste |
| 7. □ Chemical toilet wastes | 14. □ Mud and water |
| | 15. □ Brine |

□ Other (specify):

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Upper | Concentration: Lower | % | ppm |
|---|---|---|---|---|
| 1. Methylene Chloride | | | | |
| 2. Acetone | | | | |
| 3. Toluol | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Hazardous Properties of Waste:
☑ toxic  □ flammable  □ corrosive  □ explosive
pH: □ none  ☑ gal  □ cans  □ barrels (42 gal)  □ other (specify)

Bulk Volume: 4400

Containers: (Number)  □ drums  □ cartons  □ bags  □ other (specify)

Physical State: □ solid  ☑ liquid  □ sludge  Made  □ other (specify)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

## HAULER OF WASTE (Must be filled by hauler)

Name (print or type): SOUTHLAND DRAIN OIL CO.

Business Address: 13219 Goller Ave  Norwalk, Ca. 90650

Telephone Number: 213 863-4701   Pick Up: 3/15/77   Time: 1630

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.:   No. of Loads or Trips:   Unit No.: 9

Vehicles: ☑ vacuum truck  30 barrels  □ flatbed  □ other (specify)

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type):

Site Address:

The hauler above delivered the described waste to this disposal facility and it is/of an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Signature of authorized agent and title

Quantity measured at site (if applicable):   State fee (if any): 

Handling Method(s):
□ recovery
□ treatment (specify)
□ disposal (specify): □ reclamation □ neutralization □ precipitation  Code No.
 □ pond □ spreading □ landfill □ injection well  Code No.
 □ other (specify)

If waste is held for disposal elsewhere specify final location:

Disposal Date:
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

329

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

# CALIFORNIA HAZARDOUS WASTE MANIFEST

STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

SEE REVERSE SIDES FOR INSTRUCTIONS, PLEASE TYPE OR PRINT CLEARLY.
**PRESS HARD**

27760

MANIFEST NUMBER 063 Nº 004006

**① GENERATOR** (GENERATOR MUST COMPLETE)
③ NAME Inland Specialty Chemical Corp.
EPA NO. C A D 0 8 0 9 5 9 0 8
CITY, STATE, Orange, CA 92667
ZIP CODE
PHONE NO. 714  997-5580
ORDER PLACED BY John McDonald   ORDER DATE 10/14
CONTRACT NO.

**② DESIGNATED TSD FACILITY**
NAME BKK Corp.
EPA NO. C A D 0 0 0 7 7 8 1 6 7 4 9
ADDRESS 2210 West Covina
CITY, STATE, West Covina
ZIP CODE
PHONE NO. 213  965-0911

**④ ALTERNATE TSD FACILITY**
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
NAME
EPA NO.
ADDRESS
CITY, STATE, ZIP CODE
PHONE NO.

⑤ U.S. DOT PROPER SHIPPING NAME   Methyene Chloride, Methanol Sol. ORM-A  UN6/593

| ⑥ WASTE CATEGORY | U.S. DOT HAZARD CLASS | UN/NA ID NO. | UNITS | WEIGHT OR VOLUME | CONTAINERS NUMBER | GENERATING PROCESS |
| --- | --- | --- | --- | --- | --- | --- |

WASTE   ORM-A   UN6/593   Drums   100   N/A

⑥ LIST COMPONENTS:
CONC. RANGE UPPER LOWER   UNITS

| | | UPPER | LOWER | | |
| --- | --- | --- | --- | --- | --- |
| A | Methylene Chloride | 50 | 30 | % | |
| B | Methanol | 2 | .2 | % | |
| C | Toluene Acid | 2 | .1 | % | |
| D | Meth. Ethyl amine | | | | |

⑦ EX. HAZ. WASTE PERMIT NO.

⑧ WASTE PROPERTIES   PH ☐   S ☒ TOXIC ☐ FLAMMABLE ☐ CORROSIVE/IRRITANT ☐ REACTIVE ☐ SENSITIZER ☐ CARCINOGEN/MUTAGEN
⑨ PHYSICAL STATE ☐ SOLID ☒ LIQUID ☐ SLUDGE ☐ GAS ☐ OTHER
⑩ SPECIAL HANDLING INSTRUCTIONS ☒ GLOVES ☐ GOGGLES ☐ RESPIRATOR

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑪ SIGNATURE OF AUTHORIZED AGENT & TITLE

⑫ PICK-UP DATE  10-20-81   TIME  2  ☐ AM ☒ PM
DATE SHIPPED  10/20

SIGNATURE OF AUTHORIZED AGENT & TITLE

**TRANSPORTER** (HAULER MUST COMPLETE)
⑬ NAME UNITED PUMPING SERVICE
EPA NO. C A D 0 7 2 9 8 3 7 7 1
ADDRESS 14016 EAST VALLEY BOULEVARD
CITY, STATE CITY OF INDUSTRY, CA 91746
ZIP CODE
PHONE NO. (213) 961-9326

JOB NO.   237/4
UNIT NO.   10

⑱ QUANTITY (IF Measured)
⑲ STATE FEE (If Any)  $

**TSD FACILITY** (OPERATOR MUST COMPLETE)
㉑ NAME
EPA NO. C A D 0 0 0 7 7 8 1 6 7 4 9
㉒ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT

☐ HANDLING OR DISPOSAL METHOD
☐ SURFACE IMPOUNDMENT
☐ INJECTION WELL
☐ TREATMENT (Specify)
☐ RECOVERY OR REUSE
☐ LANDFILL
☐ LAND TREATMENT
☐ STORAGE/TRANSFER

DATE ACCEPTED  10-20-81

SIGNATURE OF AUTHORIZED AGENT & TITLE

㉓ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY
NAME
EPA NO.

REVISED 11/80

BKK-10-C-050-00000054

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): RICHARDSON GRAPHICS

Pick up Address: 1042 Wallace Place -- City of Industry

(Number)    (Street)    (City)    Code No.

Telephone Number: ( ) 965-8456    P.O. or Contract No.:

Order Placed by: Mrs Gay    Date: 10-27-75

Type of Process Which Produced Wastes: PRINTING MATERIAL
(Examples: metal plating, equipment cleaning, oil drilling, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl Lead sludge
7. ☐ Chemical toilet wastes

8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify): Defective Prolongia Solutions    Code No.

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda, phenols, solvents (list), metals (list), organics (list), cyanide)

|   | Concentration: | |
|---|---|---|
|   | Upper | Lower | % | ppm |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Hazardous Properties of Waste:

pH: ☐ none ☐ toxic ☐ flammable ☐ corrosive ☐ explosive

Bulk Volume: 15 (Number) ☐ gal ☐ tons ☐ barrels (42 gal) ☐ other (specify)

Containers: ☐ drums ☒ cartons ☐ bags ☐ other (specify)

Physical State: ☐ Solid ☒ Liquid ☐ sludge ☐ other (specify)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of Authorized agent and title

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): City of Industry Disposal Co.    5 9 2    Code No.

Business Address: 420 North Del Valle -- City of Industry

(Number)    (Street)    (City)    Name:

Telephone Number: ( ) 336-5439    Pick Up: 10-27-75    gal

(Date)    00193

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.:    No. of Loads or Trips:    Unit No.:

Vehicle: ☐ Vacuum truck ☐ barrels, ☐ flatbed, ☒ other (specify):

The described waste hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): BKK Co    Code No.

Site Address: 2210 W. ?

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 45 QT    State fee (if any):

Handling Method(s): CASES OF 4 EA.

☐ recovery
☐ treatment (specify):
☒ disposal (specify): (Examples: incineration, neutralization, precipitation)--Code No.:
☐ pond ☐ spreading ☐ landfill ☐ injection well ☐ other (specify):    Code No.

If waste is held for disposal elsewhere specify final location:

Disposal Date: 10-27-75

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

BKK-12-C-047-00002578

# CALIFORNIA LIQUID WASTE HAULER RECORD

### STATE WATER RESOURCES CONTROL BOARD
### STATE DEPARTMENT OF HEALTH

LACSD-23B-58729

**PRODUCER OF WASTE (Must be filled by producer)**

Name (print or type): SIENA CHEMICAL CORP

Pick up Address: 2516 Woodland Dr. Anaheim    Zip Code

Telephone Number: ( )    P.O. or Contract No.:

Order Placed By:

Type of Process which Produced Wastes: WATER TANK WASH    Date: 10

(Examples: metal plating, equipment cleaning, oil drilling – wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine
☐ Other (Specify):

Component:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Upper | Concentration: Lower | % | ppm |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

**Hazardous Properties of Waste:**
☐ none   ☐ toxic   ☐ flammable   ☐ corrosive   ☐ explosive
pH    ☐ other (specify)   ☐ other (specify)   ☐ other (specify)

Bulk Volume: [number]   ☐ gal   ☐ tons   ☐ barrels (42 gal.)

Containers: [number]   ☐ drums   ☐ cartons   ☐ bags   ☐ sludge

Physical State: ☐ solid   ☐ liquid

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

A. W. Scott Carle
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**HAULER OF WASTE (Must be filled by hauler)**

Name (print or type): SUMP DOCTOR

Business Address: 4080 W 1ST ST #279 Santa Ana CA 92703

Telephone Number: (714) 775-0083 Pick Up: Long (city)   230

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.: 3010    Unit No.:

Vehicle: ☒ vacuum truck   ☐ barrels, ☐ flatbed,   ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

**DISPOSER OF WASTE (Must be filled by disposal)**

Name (print or type): BKK

Site Address: 2210 S. Azusa W. Covina Ca 91792

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): All 83009432

Handling Method(s):
☐ recovery
☐ treatment (specify):
☐ disposal (specify):
☐ other (specify):

(EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ pond   ☐ spreading   ☒ landfill   ☐ injection well

If waste is held for disposal elsewhere specify final location:

Disposal Date: 3/10/83

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

David Ola
SIGNATURE OF AUTHORIZED AGENT AND TITLE

| GEN | 69000 | OLD/NEW | L | A | TONS |
|---|---|---|---|---|---|
| TRAN | 2302 | 73-321 | | 62 | All |
| C/Q | | RT CD | 60 | HWF 83009432 |

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name

State of California—Health and Welfare Agency                                    Department of Health Services

HAZARDOUS WASTE MANAGEMENT BRANCH          UNIFORM HAZARDOUS WASTE MANIFEST
744 P Street
Sacramento, CA 95814

Please print or type with ELITE type (12 characters per inch).

8:33

STATE ID NUMBER  **8 3073574**

| GENERATOR NAME AND MAILING ADDRESS | MANIFEST DOCUMENT NUMBER |
|---|---|
| SIGMA CHEMICAL CORP. | |
| 2516 WOODLAND DR. | EPA ID NUMBER |
| ANAHEIM, CA. 9281 | |
| AREA CODE/PHONE NUMBER 714/821-0681 | CAT 7 809737927 |

| TRANSPORTER NO. | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|
| SUMP DOCTOR | | |
| 4080 W 1st ST. | | |
| SANTA ANA, CA. | 42005 | CAT 089033769 |

| TRANSPORTER NO. 2/ALTERNATE TSD FACILITY | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|
| | | |

| TREATMENT, STORAGE, OR DISPOSAL (TSD) FACILITY | EPA ID NUMBER |
|---|---|
| BKK | |
| 2210 So. Azusa Ave | |
| West Covina, CA | |
| AREA CODE/PHONE NUMBER 213/965-0916 | CAT 967784749 |

| PROPER U.S. D.O.T. SHIPPING NAME AND HAZARD CLASS | UN/NA NUMBER | TOTAL QUANTITY | UNIT WT/VOL | CONTAINER NO. | TYPE | WASTE CAT NO. | DISP. METH. |
|---|---|---|---|---|---|---|---|
| Corrosive Material NOS. Trichlorophenol (ORMA) | NA 2020 | 1163 | LBS | 4 | DF | 181 | 03 |
| Corrosive Material NOS | NA 2920 | 1170 | LBS | 2 | DF | 181 | |

| COMPONENTS | | CONC. RANGE | | UNITS | |
|---|---|---|---|---|---|
| | | UPPER | LOWER | % | PPM |
| TRICHLOROPHENOL | | | | 90 | |
| PENTACHLOROPHENOL | | | | 90 | |

SPECIAL HANDLING INSTRUCTIONS

6-3.96

| This is to certify that the above-named wastes are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the Department of Transportation and the EPA. | MO. | DAY | YR. |
|---|---|---|---|
| Printed or typed full name and signature  William H. Carls  Will. H Carls | 10 | 25 | 83 |

☐ Check if continuation sheet is used. Number of continuation sheets ___

| TRANSPORTER 1 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature | | 10 | 25 | 83 |

| TRANSPORTER 2 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature    0.58 | | | | |

| DISCREPANCY INDICATION SPACE | | | | | |
|---|---|---|---|---|---|
| GEN 0900 | OLD/NEW | L | A | TONS 0.96 | |
| TRAN 0230 | 24-252 | TSD | B | | |
| COM-6 | | RT | 35R | HWF 18.00 | |
| | | CD | | | |

| Facility owner or operator: Certification of receipt of hazardous waste covered by this manifest except as noted in the discrepancy indication space above. Note: TSDF must complete waste number. See instructions. | DATE RECEIVED & ACCEPTED | | |
|---|---|---|---|
| | EPA ID NUMBER | MO. | DAY | YR. |
| Kay Simpson   C. W. R. | CAD052726240 | 10 | 26 | 83 |
| Printed or typed full name and signature | | | | |

FORM NO. OHS 8022A  11/82          TSDF SENDS THIS COPY TO GENERATOR WITHIN 15 DAYS

BKK-10-C-055-00001056

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for instructions.
Please type or print clearly. Press Hard.

① Manifest Number: **025** - **100020**

**(Generator Must Complete)**

② Name: Southwest Petro Chem
EPA NO. CAD082286858
Address 1953 So. Wilmington Blvd. 63845 Phone
City, Zip Compton, CA 90221

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)
Name BKK
EPA NO. CAD067786749 Address 2310 A2U2A
City, State, Zip W C

④ Alternate TSD Facility
Name
EPA NO.
Address
City, State, Zip

⑤ U.S. DOT PROPER SHIPPING NAME: WASTE WATER & GREASE

| | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE WATER & GREASE | Non-Harard 0/S | | 35 BBls | W C |

⑥ WASTE CATEGORY: WATER GREASE

⑦ EX. HAZ. WASTE PERMIT NO.

⑧ GENERATING PROCESS: Recovery or Pump Out

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☒ TANK TRUCK ☐ DUMP TRUCK
☐ OTHER

| ⑨ LIST COMPONENTS: | CONC. UPPER | RANGE LOWER | | | CONC. UPPER | RANGE LOWER | |
|---|---|---|---|---|---|---|---|
| A. 50% GREASE | | ☐ % ☐ ppm. | E. | | ☐ % ☐ ppm. | |
| B. 50% WATER | | ☐ % ☐ ppm. | F. | | ☐ % ☐ ppm. | |
| C. | | ☐ % ☐ ppm. | G. | | ☐ % ☐ ppm. | |
| D. | | ☐ % ☐ ppm. | Non Hazardous Material _____ % | | | |

☐ Flammable ☐ Corrosive/Irritant ☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen

⑩ WASTE PROPERTIES: pH 7.0    ☐ Toxic    ☐ Gas    ☐ Other
⑪ PHYSICAL STATE: ☐ Solid    ☐ Liquid    ☒ Sludge    ☐ Slurry    ☐ Other
⑫ SPECIAL HANDLING INSTRUCTIONS:    ☒ Gloves    ☐ Goggles    ☐ Respirator

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ Juan _____ Signature of Authorized Agent and Title

**TRANSPORTER (HAULER MUST COMPLETE)**

⑭ NAME CROSBY & OVERTON, INC.
EPA NO. CAD028409019    PHONE NO. (213) 432-5445
ADDRESS 1620 W. 16th Street    Long Beach, CA 90813
CITY, STATE, ZIP

⑯ Albert Luera _____ Signature of Authorized Agent and Title

18 QUANTITY (if Measured) 388
19 STATE FEE (if Any)

**TSD FACILITY (FACILITY/OPERATOR MUST COMPLETE)**

⑰ NAME BKK
EPA NO. CAD067786749
PHONE NO. 965-0910

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉒ NAME
EPA NO.

⑮ PICK-UP DATE 12-12-80
TIME 0800 ☒ AM ☐ PM
Date Shipped 12-12-80
Date 2-12-80

㉑ HANDLING OR DISPOSAL METHOD:
☐ Landfill
☐ Surface Impoundment
☐ Injection Well    ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse    ☐ Storage/Transfer

Date Accepted 12/1/80

㉓ _____ Signature of Authorized Agent and Title

ORIGINAL

22 DEC 12

BKK-11-C-011-00001466

# CALIFORNIA LIQUID WASTE HAULER RECORD

**STATE WATER RESOURCES CONTROL BOARD**
**STATE DEPARTMENT OF HEALTH**

Revised December 1974

009- **023273**

## PRODUCER OF SPECIAL WASTE (MUST BE COMPLETED BY PRODUCER)

Name: Southwest Petro Chem

Pick up Address: 9503 S. Alameda Compton 90222

Telephone Number: 213-631-4501  P.O. or Contract No.

Order Placed By: Dennis Baker   Date: 12-19-79

Type of Process which Produced Wastes: Cleaning Boiler

(Examples: metalfinishing, equipment cleaning, oil drilling — wastewater treatment, pickling bath, petroleum refining)

### CHECK TYPE OF WASTES:

| Check type of wastes: | |
|---|---|
| 1. ☒ Acid solution | 6. ☐ Tetraethyl lead sludge |
| 2. ☐ Alkaline solution | 7. ☐ Chemical toilet wastes |
| 3. ☐ Pesticides | 8. ☐ Tank bottom sediment |
| 4. ☐ Paint sludge | 9. ☐ Oil |
| 5. ☐ Solvent | 10. ☐ Drilling mud |
| | 11. ☐ Contaminated soil and sand |
| | 12. ☐ Cannery waste |
| | 13. ☐ Latex waste |
| | 14. ☒ Mud and water |
| | 15. ☐ Brine |
| 6. ☐ Other (Specify) | |

Concentration %  Upper  Lower  ppm

1. Sludge
2. Water    80
3. HCL      10    10

Component: (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Hazardous Properties of Waste:
☐ toxic   ☒ none   ☐ flammable   ☐ corrosive   ☐ explosive

pH 7.0   ☒ none

Bulk Volume: 100   ☐ gal   ☐ tons   ☒ barrels (42 gal)   ☐ other (specify)

Containers: ☐ drums   ☐ cartons   ☐ bags   ☒ other VAC (specify)

Physical State: ☐ solid   ☒ liquid   ☒ sludge   ☐ other (specify)

Special Handling instructions (if any): None

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

## HAULER OF WASTE (MUST BE COMPLETED BY HAULER)

**CHANCELLOR & OGDEN, INC.**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

Pick Up (if applicable): 12/19/79   Time: ☐ am ☐ pm

Job No.: 2188   No. of Loads or Trips: 9   Unit No. 201

State Liquid Waste Hauler's Registration No. (if applicable): ____

Vehicle: ☒ Vacuum truck ☐ tank truck ☐ flatbed ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

## DISPOSAL OF WASTE (MUST BE COMPLETED BY OPERATOR)

Name (print or type): BKK

Site Address: 2210 S. Azusa Covina Ca

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 13.73   State fee (if any): 13.73

Handling Method(s):

☐ recovery

☐ treatment (specify): (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)

☒ disposal (specify): ☐ pond ☐ spreading ☒ landfill ☐ injection well
☐ other (specify):

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 12/19/79

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

BKK CATS REP
PH 0.2 ALSO CONTAINS
CHLORINATED SOLVENTS
SPECIAL HANDLING REQ
PF

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name

HAULER OFFICE FILE COPY

BKK-11-C-048-00004742

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

No. 12334

Revised 3/75

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): Unigold Co. Brunette

Pick up Address: 22 E. 20th (Street) (City)

Telephone Number: P.O. or Contract No.

Order Placed By: Bob Walters    Date: 10/10/78

Type of Process Which Produced Wastes: Holding Tk, Cleaning
(Examples: metal plating, equipment cleaning, oil drilling, wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (specify)

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Upper | Lower | Concentration % | ppm |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Hazardous Properties of Waste:
☐ none ☐ gal ☑ toxic ☐ flammable ☐ corrosive ☐ explosive
☐ cans ☐ barrels (42 gal) ☐ other (specify)

Bulk Volume: 100

Containers: ☐ drums ☐ cartons ☐ bags ☐ other (specify)

Physical States: ☐ solid ☑ liquid ☑ sludge ☐ other (specify)
None

Special Handling Instructions (if any): None

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

W.E. Buckerby
Signature of authorized agent and title
PRESS FIRMLY - YOU ARE SIGNING 6 COPIES

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): IT INCORPORATED

Business Address: 2221 LOMA ST., SO. EL MONTE, CALIF. 91733

Telephone Number: (213) 443-0103    Pick Up: 10/17/78    Time:

State Liquid Waste Hauler's Registration No. (if applicable): 139

Job No: 9463    No. of Loads or Trips:    Unit No.: L-3

Vehicle: ☑ Vacuum truck ☐ Barrels, ☐ Flatbed, ☐ Other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): 3210 Wissahickon

Site Address:

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and restrictions.

Quantity measured at site (if applicable): 140    State fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify)
☐ disposal (specify): ☐ incineration ☐ neutralization, precipitation ☐ landfill ☐ spreading ☐ injection well ☐ pond ☐ other (specify)

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 10-17-78

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL: (800) 424-9300.

208

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

Revised 5/77

SP No. **12024**

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): UNIROYAL CO

Pick up Address: Telegraph Rd Guneee    (City)

Telephone Number: (  )    P.O. or Contract No.:

Order Placed By: Bob Watkins    Date: 10/27/78

Type of Process which Produced Wastes: Holding Tank Cleaning

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of waste:

1. □ Acid solution
2. □ Alkaline solution
3. □ Pesticides
4. □ Paint sludge
5. □ Solvent
6. □ Tetraethyl lead sludge
7. □ Chemical toilet waste

8. □ Tank bottom sediment
9. □ Oil
10. □ Drilling mud
11. □ Contaminated soil and sand
12. □ Cannery waste
13. □ Latex waste
14. □ Mud and water
15. □ Brine

□ Other (Specify)

| | Upper | Lower | Concentration % | ppm |
|---|---|---|---|---|
| 1. | | | | □□□□ □□ |
| 2. | | | | □□□□ □□ |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

Components: (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Hazardous Properties of Waste:
□ toxic  □ flammable  □ corrosive  □ explosive  □ other (specify)

pH: 7.00
Bulk Volume: 100    □ gal  □ tons  □ barrels (42 gal)  □ other (specify)
Containers: □ drums  □ cartons  □ bags  □ other (specify)
(Number)
Physical State: □ solid  □ liquid  □ sludge  □ other (specify)

Special Handling Instruction (if any): NONE

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable). I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

**PRESS FIRMLY - YOU ARE SIGNING 6 COPIES**

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): ☐ INCORPORATED

Business Address: 2221 LOMA ST., SO. EL MONTE, CALIF. 91733    Code No.

Telephone Number: (213) 443-0103    Pick Up: 10/27/78    Time:    (Date)

State Liquid Waste Hauler's Registration No. (if applicable): 139    Unit No.:    L-3

Vehicle: ☑ vacuum truck  □ barrels  □ flatbed  □ other

Job No.:    No. of Loads or Trips:    Unit No.:

The described waste was hauled by me to the disposal facility named below and was accepted. I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type):

Site Address:

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and restrictions.

Quantity measured at site (if applicable):    State fee (if any):

Handling Method(s):
□ recovery
□ treatment (specify):
□ disposal (specify): Examples: incineration, neutralization, precipitation, spreading, landfill, pond, injection well, other (specify)

If waste is held for disposal, elsewhere, specify final location:

Disposal Date:

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

208

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

009-000544

Revised December 1974

**PRODUCER OF WASTE (Must be filled by producer)**

Name: WITCO CHEMICAL

Pick up Address: 2100 E 223rd ST CARSON

Telephone Number: 213-830-0651   P.O. or Contract No.:

Order Placed By:

Type of Process which Produced Waste: DEW HYDROSS-S-OT

Date:

(Examples: metal plating, equipment cleaning, oil drilling wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of waste:

1. ☐ Acidic solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify)

Constituents:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Concentration % Upper | Lower |
|---|---|---|
| 1. AlCl₃ | 15 | 10 |
| 2. HCl₃ | 5 | 0.5 |
| 3. Oil | 2 | 0.1 |
| 4. | | |
| 5. | | |

Hazardous Properties of Waste:
pH: 1-2   ☐ none   ☐ toxic   ☐ flammable   ☐ corrosive   ☐ explosive   ☐ other (specify)

Bulk Volume: 100   ☐ barrels (42 gal.)   ☐ tons   ☐ gal.

Containers: ☐ drums   ☐ cartons   ☐ bags   ☐ other (specify) Truck

Physical State: ☐ solid   ☐ liquid   ☐ sludge   ☐ other (specify)

Special Handling Instructions (if any):

This waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

S.S. _____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER OF WASTE (Must be filled by hauler)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

Pick Up:   Time: _____

State Liquid Waste Hauler's Registration No. (if applicable):   Unit No.:

Job No.: 18-731   No. of Loads or Trips:

Vehicle: ☐ Vacuum truck   ☐ barrels   ☐ flatbed   ☐ other

The described waste was hauled by me to the disposal facility named below and no gas accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): BKK DISP

Site Address: 2210 S FRAZIER OW COVINA

The hauler above delivered the described waste to this disposal facility and it was in an acceptable material under the terms of RWQCB requirements. State Department of Health regulations, and local restriction.

Quantity measured at site (if applicable): 100 BLS   State fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify): ☐ incineration ☐ neutralization ☐ precipitation ☐ pond ☐ grading ☐ landfill ☐ injection well
☐ disposal (specify): ☐ pond ☐ other (specify): Buried

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 4-1-75

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name:

HAULER OFFICE COPY

009- 009170

# CALIFORNIA LIQUID WASTE HAULER RECORD
## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

Revised December 1974

Name Waste Chemical, Inc.

Pick up Address: 2400 E. 223rd St   Carson

Telephone Number: (213) 830-4351   P.O. or Contract No.:

Order Placed By:

Type of Process which Produced Wastes: AlCl₃ Carbon Treaters -- --

(Examples: metal plating, equipment cleaning, oil drilling — wastewater treatment, plating bath, petroleum refining)

Date:

### DESCRIPTION OF WASTE MATERIAL

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☑ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☑ Mud and water
15. ☐ Brine
☑ Other (Specify) Sand and Grease Trap

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

|   |   | Upper | Lower | Concentration: % | ppm |
|---|---|-------|-------|------------------|-----|
| 1. | Carbon | 25 | 15 | 4 |  |
| 2. | Oil | 50 | 5 | 5 |  |
| 3. | Mud | 50 | 5 | 5 |  |
| 4. | Ammo-Chloride | 1 | 0.1 | 1 |  |
| 5. |  |  |  |  |  |

Hazardous Properties of Waste:
pH 6   ☐ none   ☐ toxic   ☑ flammable   ☑ corrosive   ☐ explosive

Bulk Volume: 100   ☑ barrels (42 gal.)   ☐ gal   ☐ tons   ☐ other (specify)

Containers:   ☐ drums   ☐ cartons   ☐ bags   ☐ other Truck (specify)

Physical State:   ☐ solid   ☑ liquid   ☐ sludge   ☐ other (specify)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

B.O. ____ (signature) SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-6461

State Liquid Waste Hauler's Registration No. (if applicable):

Pick Up: Date 5-27-80   Time 12-12 pm   9

Job No.: 13661   No. of Loads or Trips:   Unit 130-107A

Vehicle: ☑ vacuum truck 120 barrels, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Don Brock (signature)
SIGNATURE OF AUTHORIZED HAULER AGENT AND TITLE

### DISPOSAL OF WASTE MATERIAL

Name (print or type): BKK
Site Address: 220 BUSA

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 1939   State fee (if any): 19.39

Handling Method(s):
☐ recovery
☐ treatment (specify) (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify): ☐ pond ☐ spreading ☐ landfill ☐ injection well ☐ other (specify):
☑ waste is held for disposal elsewhere (specify final location): 52280

Disposal Date:

I certify (or declare) under penalty of perjury that the foregoing is true and correct.
The site operator shall submit a legible copy of any completed record to the State Department of Health with monthly fee reports.

(signature)
SIGNATURE OF AUTHORIZED AGENT AND TITLE

D.O.T. Proper Shipping Name:

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

HAULER OFFICE

BKK-10-C-002-00000575