**<u>Tab 9 BKK Ex. 9</u>**

B 10 (Official Form 10) (12/08 Modified CEM)

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**PROOF OF CLAIM**

### In re Chemtura Corporation, et al., Case No. 09-11233 (REG) (Jointly Administered)

| Name of Debtor: Great Lakes Chemical Corporation | Case Number: 09-11247 |
|---|---|

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>BKK Joint Defense Group<br>c/o James J. Dragna<br>Bingham McCutchen LLP<br>355 S. Grand Ave., Ste. 4400, Los Angeles, CA 90071<br>Tel.: (213) 680-6400 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| If address and name different from above, please provide the name and address where notices should be sent:<br>Creditor Name:<br><br>Address:<br><br>City/State/ZIP                                        Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**<br>$ See attached  $_____  $_____  $_____<br>  (Unsecured) addendum (Secured)      (Priority)        (Total)<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a) or 11 U.S.C. § 503(b)(9). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).<br><br>☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br><br>**Amount entitled to priority:**<br><br>$_____ |
| **2. Basis for Claim:** See attached addendum<br>(See instruction #2 on reverse side.) | |
| **3. Last four digits of any number by which creditor identifies debtor:** n/a<br><br>  **3a.** Debtor may have scheduled account as: n/a<br>    (See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>**Value of Property:** $_____ **Annual Interest Rate** ___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>**if any:** $_____ **Basis for perfection:**_____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | |

| | |
|---|---|
| 6.   **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7.   **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. If the supporting documents are in excess of 100 pages, you may attach a summary of them and a list of each document you have relied upon. You may also attach a summary. *(See definition of "redacted" on reverse side.)* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment* |

| | |
|---|---|
| **Date:**<br>10/29/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY**<br>**RECEIVED**<br>OCT 30 2009<br>KURTZMANCARSONCONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§


0911247091030000000000047

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

# BINGHAM

Connie Salcido Delgado
Direct Phone: 213.68 0.6550
Direct Fax:    213.830.8744
connie.delgado@bingham.com

October 30, 2009

**Via Hand Delivery**

Chemtura Claims Processing Center
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Re:   In re Chemtura Corporation, Case No. 09-11233 (REG)**
**United States Bankruptcy Court, Southern District of New**
**York**

Dear Sir/Madam:

Enclosed please find Proofs of Claims on behalf of the BKK Joint Defense Group for the
five Chemtura Corporation debtors listed below:

(1) Chemtura Corporation; 09-11233
(2) GLCC Laurel, LLC; 09-11246
(3) Great Lakes Chemical Corporation; 09-11247
(4) ISCI, Inc.; 09-11252
(5) Uniroyal Chemical Company Limited (Del.). 009-11258

Please file the original and return a file/date stamped copy to the messenger.

Please call me if you have any questions.  Thank you.

Sincerely yours,

Connie Salcido Delgado

Enclosures

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T 213.680.6400
F 213.680.6499
bingham.com

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## ADDENDUM TO PROOF OF CLAIM OF
## THE BKK JOINT DEFENSE GROUP AND EACH MEMBER THEREOF
## INCLUDING STATEMENT OF CLAIM AND SUPPORTING EXHIBITS

1.      This Proof of Claim ("Claim") is filed on behalf of the unincorporated group of entities referred to as the BKK Joint Defense Group (the "Group") and each individual member thereof (each a "Group Member," collectively "Group Members"), for that share of all expenses, damages, and response costs owed to the Group by one or more of the Debtors (the "Debtors") in the above-captioned bankruptcy proceedings, arising out of or in any other way related to, directly or indirectly, liabilities in connection with a 583-acre landfill facility located at 2210 South Azusa Avenue, West Covina, California (the "Facility"). Attached as <u>Exhibit A</u> hereto, and incorporated herein by reference, is a list identifying the name of each Group Member as of the date of this Claim. The signatory to this Proof of Claim is counsel for the Group, including each Group Member in such capacity, and counsel has been authorized by each Group Member to execute and file this Claim on behalf of the Group and the Group Members.

2.      On March 18, 2009 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

3.      The Facility consists of a hazardous waste landfill, a municipal waste landfill, and associated treatment and control facilities, and is currently owned and operated by BKK Corporation ("BKK"). As current owner of the Facility, BKK is subject to certain post-closure care obligations and certain regulatory requirements under state and federal environmental laws. On October 18 and 20, 2004, BKK notified the California Department of Toxic Substances Control ("DTSC") that it would not be able to continue funding its post-closure and other obligations with respect to the Facility beyond November 17, 2004.

4.      Pursuant to a settlement with DTSC, the Group has performed certain operation, maintenance, and monitoring activities at the Facility and has paid to DTSC certain response costs associated with the Facility. The Group expects to enter into a successor settlement with DTSC shortly, under which it will continue to perform certain operation, maintenance and monitoring activities at the Facility and will continue to pay to DTSC certain response costs associated with the Facility.

5.      On information and belief, prior to the Petition Date, certain state and/or federal regulatory agencies may have identified one or more of the Debtors as potentially responsible parties ("PRPs") under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 *et seq.* ("CERCLA"), and/or other state or federal environmental laws, because of their status as prior owners or operators of the Facility, or because they had either generated or arranged for the disposal of materials at the Facility.

<b>In re Chemtura Corporation,</b> <i>et al.</i><br>
<b>Case No. 09-11233 (REG) (Jointly Administered)</b>

6.    The Group believes that, as of the date of this Proof of Claim, several of the Debtors had generated waste that was deposited at the Facility, or may have arranged for waste to be deposited at the Facility, including:

- **Chemtura Corporation** (operating under the names Allied Kelite Company; DeSoto, Inc.; Golden Bear Oil Co.; Halby Chemical; Halby Products, Inc.; Humko; Richardson Graphics Company; Sigma Chemicals, Inc.; Southwest Petro-Chem, Inc.; Uniroyal Chemical Company, Inc.; Uniroyal Chemical Corporation; Uniroyal Chemical Specialties, Inc.; and/or Witco Corporation);

- **Great Lakes Chemical Corporation;**

- **Great Lakes Chemical Global, Inc.;**

- **ISCI, Inc.** (operating under the name Inland Specialty Chemical Corporation); and

- **Uniroyal Chemical Company Limited (Del.).**

7.    The waste manifests indicating that these Debtors deposited waste at the Facility are voluminous. Therefore, the Group has attached representative waste manifests for each such Debtor to this Proof of Claim as <u>Exhibit B</u>. Any party in interest may review the additional waste manifests by contacting the attorney for the Group as identified on the face of the Proof of Claim form.

8.    On information and belief, based on their status as PRPs at the Facility, several of the Debtors may be liable to the Group under common law and applicable state and federal environmental statutes, including, without limitation, jointly and severally liable for recoverable response costs under section 107(a) of CERCLA and liable in contribution under section 113(f) of CERCLA. Past recoverable costs to date are in excess of $35 million. Future recoverable costs are estimated to be in excess of $500 million.

9.    The Group, on behalf of itself and each Group Member, reserves its rights to amend this Claim from time to time to restate amounts contained in this Claim as it becomes further liquidated, and for other lawful purposes, including, without limitation, to file additional proofs of claim for additional sums that become due based on the respective rights and obligations established under the documents referred to herein, the relationships described herein or the events and circumstances described herein.

10.    The Group, on behalf of itself and each Group Member, reserves its rights to claim all amounts due in respect of any post-Petition interest, default interest, all rights of and to indemnification, premiums, collection costs, pre- and post-Petition Date fees, costs and expenses, including, without limitation, attorneys' fees, costs and expenses, in amounts as yet undetermined, to the extent allowed by applicable law.

**In re Chemtura Corporation,** *et al.*
**Case No. 09-11233 (REG) (Jointly Administered)**

11.    This Claim is filed under the compulsion of the bar date established in this chapter 11 case and is filed to protect the Group and the Group Members from forfeiture of claims by reason of said bar date. Filing of this Claim is not and shall not be deemed or construed as:

(a)    a waiver or release of the Group's or any of the Group Members' rights against any person, entity or property (including, without limitation, any person or entity that is or may become a debtor in a case pending in this Court);

(b)    a consent by the Group or any of the Group Members to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the Group or any Group Members;

(c)    a waiver or release of the right of the Group or of any of the Group Members to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(d)    a consent by the Group or any of the Group Members to a jury trial in this Court or any other court, in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise;

(e)    a waiver or release of the right of the Group or any of the Group Members to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge;

(f)    a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving the Group or any of the Group Members;

(g)    an election of remedies; or

(h)    a waiver or release of any right of setoff or recoupment that the Group or any Group Members may hold against any of the Debtors. Furthermore, the Group reserves the right to attach or bring forth additional documents supporting its claims.

12.    The filing of this Proof of Claim shall not be deemed a waiver of the right of the Group or of any Group Members to assert that any or all of the amounts owed to it, if any, are entitled to administrative priority status or other priority status.

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

13.    This Claim is filed in addition to and not in lieu of any other claim filed by any division of the Group or the Group Members or by any of their affiliates.

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT A

## Members of the BKK Joint Defense Group

American Honda Motor Co., Inc.

Anadarko Petroleum Corporation

Atlantic Richfield Company

Bayer CropScience Inc.

Chemical Waste Management, Inc.

Chevron Environmental Management Company

City of Los Angeles, Department of Water and Power

ConocoPhillips Company

Ducommun Aerostructures, Inc.

Exxon Mobil Corporation

General Motors Corporation

Honeywell International Inc.

Huntington Beach Company

McFarland Energy, Inc.

National Steel and Shipbuilding Company

Northrop Grumman Corporation

Quemetco, Inc.

Rohr, Inc.

Shell Oil Company

Southern California Edison Company

Thums Long Beach Company

Union Carbide Corporation

Union Oil Company of California

Waste Management Collection and Recycling, Inc.

Western Waste Industries, Inc.

Xerox Corporation

A/73168187.2

In re Chemtura Corporation, *et al.*
Case No. 09-11233 (REG) (Jointly Administered)

## EXHIBIT B

### Representative Waste Manifests

CALIFORNIA HAZARDOUS WASTE MANIFEST
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

CODES FOR
PLEASE TYPE
CLEARLY.
UNLESS HARD

② DESIGNATED TSD FACILITY
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)

④ ALTERNATE TSD FACILITY

GENERATOR (GENERATOR MUST COMPLETE)

① NAME  River Belle
EPA NO.  CAD 091612613
ADDRESS  2330 W Main St.
CITY, STATE, ZIP CODE  L.A.
PHONE NO.
ORDER PLACED BY
P.O.
CONTRACT NO.
ORDER DATE  2/6/82
870

NAME  BKK
EPA NO.  CAT 080 200 16 175
ADDRESS  2315 Azusa Ave
CITY, STATE, ZIP CODE  West Covina
PHONE NO.

NAME
EPA NO.
ADDRESS
CITY, STATE, ZIP CODE
PHONE NO.

⑤ U.S. DOT PROPER SHIPPING NAME

WASTE

WASTE

| U.S. DOT HAZARD CLASS | UN/NA I.D. NO. | WEIGHT OR VOLUME | UNITS | CONTAINERS NUMBER |
|---|---|---|---|---|
| | | 25 | Gal. | DRUMS TANK TRUCK |

⑥ WASTE CATEGORY
⑦ LIST COMPONENTS:

| | CONC RANGE UPPER LOWER | UNITS |
|---|---|---|
| A  Acid | | PPM |
| B  Sulfate | | PPM |
| C  H2O White | | PPM |
| D  Water | | PPM |

⑧ EX. HAZ. WASTE PERMIT NO.

E
F
G

| | UPPER LOWER | UNITS |
|---|---|---|
| | | PPM |
| | | PPM |
| | | PPM |

⑨ GENERATING PROCESS

| | CONC RANGE UPPER LOWER | UNITS |
|---|---|---|
| | | PPM |
| | | PPM |
| | | PPM |

⑩ WASTE PROPERTIES:  PH ☐  TOXIC ☐  FLAMMABLE ☐  CORROSIVE ☐ IRRITANT ☐  REACTIVE ☐  SENSITIZER ☐  CARCINOGEN MUTAGEN ☐
⑪ PHYSICAL STATE:  SOLID ☐  LIQUID ☑  SLUDGE ☐  GAS ☐  OTHER ☐
⑫ SPECIAL HANDLING INSTRUCTIONS  GLOVES ☐  GOGGLES ☐  RESPIRATOR ☐  NONHAZARDOUS MATERIAL

GENERATOR CERTIFICATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

SIGNATURE OF AUTHORIZED AGENT & TITLE

⑬ PICK UP DATE  2/6/82      TIME  ☐ AM ☐ PM
DATE SHIPPED  2-17-83

TRANSPORTER (HAULER MUST COMPLETE)

① NAME  ATS LIQUID WASTE DISPOSAL
EPA NO.  CAT 000612317619
ADDRESS  13858 E Rosecrans
CITY, STATE, ZIP CODE  Santa Fe Springs, CA  90670
PHONE NO.  (213) 921-0433

JOB NO.  _____  $8.75
UNIT NO.  _____  5

② QUANTITY MEASURED  909-(9)
③ STATE FEE (IF ANY)  $

SIGNATURE OF AUTHORIZED AGENT & TITLE

TSD FACILITY (OPERATOR MUST COMPLETE)

① NAME  BKK
EPA NO.  CAT 080200161745

④ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND WASTE

⑤ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY
NAME
EPA NO.

⑥ HANDLING OR DISPOSAL METHOD
LANDFILL ☐  SURFACE IMPOUNDMENT ☑  INJECTION WELL ☐  TREATMENT (SPECIFY) ☐  RECOVERY OR REUSE ☐  LAND TREATMENT ☐  STORAGE TRANSFER ☐

SEE #90  3.96

DATE ACCEPTED  2-17-83
60

SIGNATURE OF AUTHORIZED AGENT & TITLE

REVISED 11/80

**CALIFORNIA HAZARDOUS WASTE MANIFEST**
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

MANIFEST NUMBER 498 N° 001399

SEE REVERSE SIDES FOR INSTRUCTIONS. PLEASE TYPE OR PRINT CLEARLY.
PRESS HARD

**GENERATOR** (GENERATOR MUST COMPLETE)

NAME: ALLIED KELITE
EPA NO: CAD006363762
ADDRESS: 42 N. MAIN
CITY, STATE, ZIP CODE: L.A.
PHONE NO: 222-0201
ORDER PLACED BY
CONTRACT NO:

ORDER DATE: 1-3-83

$70 018

① U.S. DOT PROPER SHIPPING NAME
WASTE
WASTE

② WASTE CATEGORY: MUD
③ LIST COMPONENTS:
A. SULFATES
B. CHLORATES
C. CHLORIDES
D. SODA ASH

CONC RANGE UPPER / LOWER

④ WASTE PROPERTIES: ☐ TOXIC ☒ LIQUID ☐ SLUDGE
⑤ PHYSICAL STATE: ☐ SOLID
⑥ SPECIAL HANDLING INSTRUCTION

**DESIGNATED TSD FACILITY**
NAME: BKK CA
EPA NO: CAD098312514
ADDRESS: 2210 AZUSA AVE
CITY, STATE, ZIP CODE: WEST COVINA
PHONE NO: 961-811

U.S. DOT HAZARD CLASS
EX HAZ WASTE PERMIT NO.
CONC RANGE UPPER / LOWER

NONHAZARDOUS MATERIAL: ☐ REACTIVE ☐ SENSITIZER ☐ OTHER

☐ CARCINOGEN MUTAGEN

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802.

**TRANSPORTER** (HAULER MUST COMPLETE)
NAME: A.T.S. LIQUID WASTE DISPOSAL
EPA NO: CAT000623769
ADDRESS: 13858 E. Rosecrans
CITY, STATE, ZIP CODE: Santa Fe Springs, CA 90670
PHONE NO: (213) 921-0433

⑩ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY

**TSD FACILITY**
NAME:
EPA NO:
REV. REVISED 11/80

CONTAINERS NUMBER
☐ DRUMS ☐ BAGS ☐ CARTONS
☐ TRUCK ☐ OTHER

GENERATING PROCESS: DUMP TRUCK

WEIGHT OR VOLUME: 625    UNITS: gal

JOB NO: 82-361
UNIT NO.

HANDLING OR DISPOSAL METHOD:
☒ LANDFILL
☐ SURFACE IMPOUNDMENT ☐ LAND TREATMENT
☐ INJECTION WELL
☐ TREATMENT (SPECIFY) ☐ STORAGE TRANSFER
☐ RECOVERY OR REUSE

DATE SHIPPED: 1-3-83
PICK UP DATE: 1-3-83
DATE ACCEPTED: 1-5-83

RKK-10-C-020-00000418

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
### STATE DEPARTMENT OF HEALTH

№ 2805

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or seal): DE S 870

Pick up Address: 615 W Grace Orange City
(Number) (Street) (City)

Telephone Number: ( ) _____

Order Placed By: O Wkatte No Just-6   Date: 6-18-80

Type of Process
Which Produced Wastes: _____

**DESCRIPTION OF WASTE** (Must be filled by producer)

(Examples: metal plating, equipment cleaning, oil drilling—code No. wastewater treatment, pickling bath, petroleum refining)

Check type of wastes:

1. ☐ Acid solution                          8. ☐ Tank bottom sediment
2. ☐ Alkaline solution                      9. ☐ Oil
3. ☐ Pesticides                            10. ☐ Drilling mud
4. ☒ Paint sludge WATER BASE               11. ☐ Contaminated soil and sand
5. ☐ Solvents                              12. ☐ Cannery waste
6. ☐ Tetraethyl lead sludge                13. ☐ Latex waste
7. ☐ Chemical toilet wastes                14. ☐ Mud and water
                                           15. ☐ Brine

☐ Other (specify): _____

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

1. _____
2. _____
3. _____
4. _____
5. _____

Concentration: %
Upper          Lower

| | ppm |
|---|---|
| ☐☐☐ | ☐☐☐ |
| ☐☐☐ | ☐☐☐ |

pH: No A P

Hazardous Properties of Waste:
☐ none  ☐ toxic  ☐ flammable  ☐ corrosive  ☐ explosive
☐ ignitable  ☐ other (specify)  ☐ other (specify)

Bulk Volume: 2500 gal

Containers:
☐ barrels (42 gal)  ☐ bags  ☐ sludge
(Number) ☐ drums  ☐ cartons  ☐ other (specify)

Physical State: ☒ solid  ☐ liquid  No Dnd

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): STEVERSON BROS

Business Address: 18062 Gothard (BY 335) Huntington Bch, CA 92648
(Street) (City)

Telephone Number: (714) 847-1072  Pick Up: _____ (City)   Time: ☐ am ☐ pm

State Liquid Waste Hauler's Registration No. (if applicable): 57

Job No.: 31 445   No. of Loads or Trips: 1   Unit No.: 34

Vehicle: ☒ vacuum truck  ☐ Barrels,  ☐ flatbed,  ☐ Other (specify): _____

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Muhh Buchanan
Signature of authorized agent and title

---

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): 220 Disp

Site Address: BKK Land fill

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 6.5 yd   State fee (if any): ☐

Handling Method(s):
☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): _____
   ☐ pond  ☐ landspreading  ☐ landfill
   ☐ other (specify): _____
(Examples: incineration, neutralization, precipitation)—Code No.: _____
Injection well  Code No.: _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: 6/18/80

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

№ 2805

213

JUNK

BKK-12-C-057-0000A910

# INDUSTRIAL WASTE HAULERS REPORT

No. 22.283

PRODUCER OF LIQUID WASTE

Name  De So to INC.

Pick up Address  P.O. Box 1325  ORANGE  Calif 92668
                        Street                     City

Type of process
which produced wastes.  LATEX WASTE
example: metal plating, equipment cleaning, chemical formulation, etc.

I certify that the described waste was delivered to the hauler named below for legal disposal at
the site indicated.

_____
Signature of Producer or Authorized Agent and Title

HAULER

Name  M.G. DISPOSAL SERVICE

Business Address  281 S. Balcom  Fullerton  Calif
                         Street                        City

I certify that the described waste was hauled by me to the disposal facility named below and
was accepted.

William Miller
Signature of Hauler

Business License Truck Tag No.  #190
                        number

DISPOSAL FACILITY

Name  B.K.K. Co.

Site Address  W. Covina, Calif.

I certify that the hauler above delivered the described liquid waste to this disposal facility and
it was an acceptable material under the terms of an Industrial Waste Disposal Permit.

OK for Bob
Signature of Waste Disposal Facility Operator

IF WASTE IS HELD FOR DISPOSAL ELSEWHERE,

SPECIFY FINAL LOCATION

The original of this certificate must be promptly forwarded to
Mr. John A. Lambie, County Engineer, Room 206, County En-
gineering Bldg., 108 W. 2nd Street, Los Angeles, Calif. 90012

CHECK TYPE OF
LIQUID WASTE:

Date  7.18.74
pickup Time  AM  (PM)
Quantity  2972  bbls.

☐ ACETYLENE SLUDGE
☑ LATEX WASTE
☐ LIME SODA WATER
☐ MUD AND WATER
☐ OIL FIELD BRINE
☐ PAINT SLUDGE
☐ ROTARY MUD
☐ TANK BOTTOM SEDIMENT
☐ TILE GLAZE PASTE

DeSoto, Inc.
► MAIL FREIGHT BILLS IN DUPLICATE TO PERMANENT P.O. ADDRESS SHOWN BELOW ◄

P. BOX 1325
ORANGE, CALIFORNIA 92668

► Agent must detach and retain this Shipping Order
and must sign the Original Bill of Lading.

Agent, Per

23300 CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for instructions.
Please type or print clearly. Press Hard.

① Manifest Number: 009-197201

**GENERATOR** (Generator Must Complete)

② Name: Golden Bear - EXXON
EPA NO.
Address: 4000 E. Wilmington/Phone No.
City, State, Zip: LA CAL.

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)
Name: BKK
EPA NO.: CAD067786749
Address: 2210 AZUZA
City, State, Zip: WEST COVINA CAL.

④ Alternate TSD Facility
Name:
EPA NO.
Address:
City, State, Zip

⑤ U.S. DOT PROPER SHIPPING NAME

WASTE: 48
WASTE:

| | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| | | | 6000 | GAL. |

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS  ☑ TANK TRUCK ☐ DUMP TRUCK ☐ OTHER: NONE

⑧ GENERATING PROCESS: RAIN WATER

⑥ WASTE CATEGORY
⑨ LIST COMPONENTS:
A. WATER
B. OIL
C.
D.

⑦ EX. HAZ. WASTE PERMIT NO.

| | RANGE LOWER | CONC. UPPER | UNITS | | |
|---|---|---|---|---|---|
| A. | 98% | | ☐ % ☐ ppm. | E. | ☐ % ☐ ppm. |
| B. | 2% | | ☐ % ☐ ppm. | F. | ☐ % ☐ ppm. |
| | | | ☐ % ☐ ppm. | G. | ☐ % ☐ ppm. |
| | | | ☐ % ☐ ppm. | Non Hazardous Material | % |

⑩ WASTE PROPERTIES: pH 7
☐ Toxic ☑ Liquid ☐ Flammable ☐ Corrosive/Irritant ☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen
⑪ PHYSICAL STATE: ☐ Solid ☐ Sludge ☐ Slurry ☐ Gas ☐ Other
⑫ SPECIAL HANDLING INSTRUCTIONS: ☐ Gloves ☐ Goggles ☐ Respirator ☐ Other

**GENERATOR CERTIFICATION:** This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ Signature of Authorized Agent and Title: K. Mehria    Date Shipped: 2-10-81

**TRANSPORTER** (HAULER MUST COMPLETE)

⑭ NAME: CHANCELLOR & OGDEN, INC.
EPA NO.: CAD048498463    PHONE NO. (213) 432-8461
ADDRESS: 3031 East "I" Street
CITY, STATE, ZIP: Wilmington, California 90744

⑯ Signature of Authorized Agent and Title: 2300S    18:48    ⑮ PICK-UP DATE: 2-10-81    TIME ☐ AM ☐ PM    2-10-81 Date

**TSD FACILITY**

⑰ NAME: BKK    (FACILITY OPERATOR MUST COMPLETE)
EPA NO.: CAD067786749
PHONE NO.
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

⑱ QUANTITY (If Measured)
⑲ STATE FEE (If Any)

㉑ DISPOSAL METHOD: POSTED
☐ Surface Impoundment ☐ Landfill
☐ Injection Well ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse ☐ Storage/Transfer

㉒ NAME:
EPA NO.

㉓ Signature of Authorized Agent and Title    Date Accepted: 2/10/81

ORIGINAL

BKK-11-C-038-00002543

# CALIFORNIA HAZARDOUS WASTE MANIFEST

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

① Manifest Number **009 - 088283**

U 23300

See reverse side for instructions.
Please type or print clearly. Press Hard.

**GENERATOR** (Generator Must Complete)

② Name **Golden Bear**

EPA No. **CTA 090 041404**

Address **4000 E. Washington** Phone No. **261-4714**

City, State, Zip **LA**

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)

Name **BKK**
EPA No. **CAD00 7780749**
Address **2210 So. Azusa**
City, State, Zip **WC**

④ Alternate TSD Facility

Name
EPA No.
Address
City, State, Zip

⑤
| U.S. DOT PROPER SHIPPING NAME | U.S. DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | UNITS |
|---|---|---|---|---|
| WASTE | | | | |
| WASTE | | | | |

⑥ WASTE CATEGORY **Golden Bear**

⑦ EX. HAZ. WASTE PERMIT NO.

⑧ GENERATING PROCESS **Rain Water**

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☐ TANK TRUCK ☐ DUMP TRUCK
☐ OTHER

⑨ LIST COMPONENTS:
A. **Water font** — 8% ☐ ppm.
B. **Oil** — 2% ☐ ppm.
C. — ☐ % ☐ ppm.
D. — ☐ % ☐ ppm.

E. — ☐ % ☐ ppm.
F. — ☐ % ☐ ppm.
G. — ☐ % ☐ ppm.
Non Hazardous Material ____ %

⑩ WASTE PROPERTIES: pH **77**
⑪ PHYSICAL STATE: ☐ Solid ☑ Liquid ☐ Sludge ☐ Slurry ☐ Gas ☐ Other **None**
⑫ SPECIAL HANDLING INSTRUCTIONS: ☐ Gloves ☐ Goggles ☐ Respirator ☐ Other

CONC. UPPER / RANGE LOWER: ☐ Toxic ☐ Flammable ☐ Corrosive/Irritant ☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen

**GENERATOR CERTIFICATION:** This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ Signature of Authorized Agent and Title **R McMullen**

**TRANSPORTER** (HAULER MUST COMPLETE)

⑭ NAME **CHANCELLOR & OGDEN, INC.**
EPA NO. **CAD 0484 8463**
ADDRESS **3031 East "I" Street**   PHONE NO. **(213) 432-8461**
CITY, STATE, ZIP **Wilmington, California 90744**

⑯ Signature of Authorized Agent and Title **C. Bohl**

⑱ QUANTITY (If Measured) **20.19**
⑲ STATE FEE (If Any)

**TSD FACILITY** (FACILITY-OPERATOR MUST COMPLETE)

⑰ NAME **BKK**
EPA NO. **CAD00 7780749**
PHONE NO. **965-0916**

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉒ NAME
EPA NO.

⑮ PICK-UP DATE **11-4-80**   TIME ☐ AM ☐ PM   Date Shipped **12-4-80**

㉑ HANDLING OR DISPOSAL METHOD:
☐ Surface Impoundment ☐ Landfill
☐ Injection Well ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse ☐ Storage/Transfer

㉓ Signature of Authorized Agent and Title **Denis Allen**

Date Accepted **12/4/80**

**ORIGINAL**

REVISED 11-80

# CALIFORNIA HAZARDOUS WASTE MANIFEST

See reverse side for instructions.
Please type or print clearly. Press Hard.

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

① Manifest Number **210 012883** Ⓢ

**(Generator Must Complete)**

② Name **KERR McGEE CHEM**
EPA No. **C A D 0 0 9 1 5 3 2 1 7 0**
Address **17461 Derian Phone No. 556-1133**
City, State, Zip **IRVINE CAL 92714**
Order Placed By **G Bedd** Order Date **5-3-82**
CONTRACT NO.

| ⑤ U.S. DOT PROPER SHIPPING NAME | ⑥ U.S. EPA/DOT HAZARD CLASS | UN/NA ID NO. | WEIGHT OR VOLUME | Units |
|---|---|---|---|---|
| WASTE **CHLOROFORM** | **POISON** | **1510** | **5500 #** | **8** |
| WASTE | | | | |

③ **DESIGNATED TSD FACILITY**
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
Name **BKK LANDFILL**
EPA No. **C A D 0 6 7 7 8 6 7 4 9**
Address **2210 S. Azusa Ave.**
City, State, Zip **W. Covina, California 91722**
Phone No. **(213) 965-0911**

④ **ALTERNATE TSD FACILITY**
Name
EPA No.
Address
City, State, Zip
Phone No.

⑥ WASTE CATEGORY
⑦ EX. HAZ. WASTE PERMIT NO.

| ⑨ LIST COMPONENTS | CONC. RANGE UPPER LOWER | UNITS |
|---|---|---|
| A. **CHLOROFORM** | **100** | □% ☑ ppm. |
| B. **FREONS/KETONES** | | □% □ ppm. |
| C. | | □% □ ppm. |
| D. | | □% □ ppm. |

⑧ GENERATING PROCESS

⑥ CONTAINERS: NUMBER **551**
TYPE: □ DRUMS □ BAGS □ CARTONS
□ TANK TRUCK □ DUMP TRUCK
☒ OTHER

| | CONC. RANGE UPPER LOWER | UNITS |
|---|---|---|
| E. | | □% □ ppm. |
| F. | | □% □ ppm. |
| G. | | □% □ ppm. |
| Non Hazardous Material | | % |

⑩ WASTE PROPERTIES: pH ____ ☒ Solid ☒ Liquid □ Sludge □ Slurry □ Gas
☑ Toxic □ Corrosive/Irritant □ Reactive □ Sensitizer □ Carcinogen/Mutagen □ Other
⑪ PHYSICAL STATE □ Gloves □ Goggles ☒ Respirator □ Other
⑫ SPECIAL HANDLING INSTRUCTIONS:

⑬ GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

Signature of Authorized Agent and Title

JOB NO. **9263**
UNIT NO. **300**

⑮ PICK-UP DATE **5-4-82** TIME **5-4-82** □ AM □ PM

⑯ Signature of Authorized Agent and Title **Alt Drivers**

⑭

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL
RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

**(HAULER MUST COMPLETE)**

⑭ NAME **FALCON DISPOSAL SERVICE**
EPA No. **C A D 0 0 0 4 8 9 3 4**
ADDRESS **3031 East "I" Street** PHONE NO. **(213) 432-8461**
CITY, STATE, ZIP **Wilmington, California 90744**

⑱ QUANTITY (If Measured)
⑲ STATE FEE (If Any) $
⑳ HANDLING OR DISPOSAL METHOD:
□ Surface Impoundment □ Land Treatment
□ Injection Well
□ Treatment (Specify)
□ Recovery or Reuse □ Storage/Transfer

**(FACILITY-OPERATOR MUST COMPLETE)**

⑰ NAME **BKK LANDFILL**
EPA No. **C A D 0 6 7 7 8 6 7 4 9**
PHONE NO. **(213) 965-0911**
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND NAME
SHIPMENT: EPA NO. PHONE NO.
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉒ NAME
EPA NO.

㉓ Signature of Authorized Agent and Title

ORIGINAL

# CALIFORNIA HAZARDOUS WASTE MANIFEST

REVISED 11-80

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

See reverse side for instructions.
Please type or print clearly. Press Hard.

① Manifest Number **210 - 012880**

ORIGINAL

② Name **GREAT LAKES CHEM**
EPA NO. **C A D 0 2 9 5 3 8 5 6 0**
Address **3641 W. Ramona/Pomona 356 4159**
City, State, Zip **IRVINE, CAL 92714**
Order Placed By **B C H E** ORDER DATE **4-20-82**
P.O./ CONTRACT NO.

③ DESIGNATED TSD FACILITY (AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)
Name **BKK LANDFILL**
EPA NO. **C A D 0 6 7 7 8 6 7 4 9**
Address **2210 S. Azusa Ave.**
City, State, Zip **W. Covina, California 91722**
Phone No. **(213) 965-0911**

④ ALTERNATE TSD FACILITY
Name
EPA NO.
Address
City, State, Zip
Phone No.

⑤ U.S. DOT PROPER SHIPPING NAME **CHLOROACEIN**
U.S. DOT HAZARD CLASS **POISON**
UN/NA ID NO. **1580**
WEIGHT OR VOLUME **5500 #**
UNITS

CONTAINERS: NUMBER **51**
TYPE: ☑ DRUMS ☐ BAGS ☐ CARTONS ☐ TANK TRUCK ☐ DUMP TRUCK ☑ OTHER

⑥ WASTE CATEGORY

⑦ EX. HAZ. WASTE PERMIT NO.
CONC. RANGE LOWER / UPPER
☑ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.

⑧ GENERATING PROCESS
CONC. RANGE LOWER / UPPER   UNITS
☐ % ☐ ppm.
☐ % ☐ ppm.
☐ % ☐ ppm.

⑨ LIST INGREDIENTS
A. **CHLOROACEIN** LOWER **100**
B. **ESTHER'S RESIDUE**
C.
D.

E.
F.
G.
Non Hazardous Material _____ %
☐ Reactive ☐ Sensitizer ☐ Carcinogen/Mutagen

⑩ WASTE PROPERTIES: pH _____   ☐ Toxic ☐ Flammable ☐ Corrosive/Irritant
⑪ PHYSICAL STATE: ☐ Solid ☑ Liquid ☐ Sludge ☐ Slurry ☐ Gas ☐ Other
⑫ SPECIAL HANDLING INSTRUCTIONS: ☐ Gloves ☐ Goggles ☐ Respirator

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

⑬ **Bob Bell   ASST PLT MGR**   Signature of Authorized Agent and Title   Date Shipped **4-21-82**

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑮ PICK-UP DATE **4-21-82**   TIME ☐ AM ☐ PM   **4-21-82** Date

(HAULER MUST COMPLETE)
⑭ NAME **FALCON DISPOSAL SERVICE**
EPA NO. **C A D 0 0 0 4 8 9 3 4**
ADDRESS **3031 East "I" Street**
CITY, STATE, ZIP **Wilmington, California 90744**
PHONE NO. **(213) 432-8461**

JOB NO. **47692**
UNIT NO. **304**

⑯ **RIC MILLER**   Signature of Authorized Agent and Title

⑱ QUANTITY (If Measured)
⑲ STATE FEE (If Any)   $
㉑ HANDLING OR DISPOSAL METHOD ☐ Surface Impoundment ☐ Injection Well ☐ Land Treatment ☐ Treatment (Specify) ☐ Recovery or Reuse ☐ Storage/Transfer

(FACILITY-OPERATOR MUST COMPLETE)
⑰ NAME **BKK LANDFILL**
EPA NO. **C A D 0 6 7 7 8 6 7 4 9**
PHONE NO. **(213) 965-0911**
⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:
IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY.
㉒ NAME
EPA NO.

㉓ Signature of Authorized Agent and Title   Date Accepted **4/21/82**

BKK-12-C-004-00001804

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

009- 012364

---

**PRODUCER OR WASTE (Must be filled by producer)**

Name (Print or type): _Wixon Reddy_

Pick up Address: _Telegraph + Kewitt St S_
(NUMBER)      (STREET)         (CITY)     CODE NO.

Telephone Number: (_____) _____     P.O. or Contract No.: _16.41_

Order Placed By: _Harbor Area_   Date: _1-8-77_

Type of Process which Produced Wastes: _Water Waste from Disposal Tank_
(Examples: metal plating, equipment cleaning, oil drilling — wastewater treatment, pickling bath, petroleum refining)     CODE NO.

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent

6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud

11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☒ Scrud and water
15. ☐ Brine

☐ Other (Specify)

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| | Upper | Concentration %  Lower | ppm |
|---|---|---|---|
| 1. _Water H2O — Phil_ | | 95 | |
| 2. _Diesel fuel_ | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

**Hazardous Properties of Waste:**
pH _5.00_   ☐ none   ☐ toxic   ☒ flammable   ☐ corrosive   ☐ explosive

Bulk Volume: _500_ ☒ gal   ☐ barrels (42 gal.)   ☐ tons   ☐ other (specify)
(NUMBER)

Containers: _____ ☐ drums   ☐ cartons   ☐ bags   ☐ other (specify)
(NUMBER)

Physical State: ☐ solid   ☒ liquid   ☐ sludge   ☐ other (specify)

Special Handling Instructions (if any): _none_

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_Signature_
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**HAULER OF WASTE (Must be filled by hauler)**

**CHANCELLOR & OGDEN, INC.**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No. (if applicable):

Pick Up: ☐ am ☐ pm   Time: _____   CODE NO.

Job No.: _10383_   No. of Loads or Trips: _1_   Unit No. _210-210A_

Vehicle: ☒ vacuum truck   ☐ barrels, ☐ flatbed, ☐ other _____   DATE _9_ (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_N. T. Evans_
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): _J. D. BKK Co._

Site Address: _2005 Azusa W. C._

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _500 gal_   State fee (if any): _____

Handling Method(s):

☐ recovery _____
☐ treatment (specify) _____  (Examples: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☒ disposal (specify): ☐ pond  ☐ spreading  ☒ landfill  ☐ injection well   CODE NO.
☐ other (specify): _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: _1-10-77_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_R. Bunting_
SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300

D.O.T. Proper Shipping Name _____

**BILLING COPY**

---

BKK-12-C-053-00001957

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

210-

**000694**

**PRODUCER OF WASTE** (Must be filled by producer)

Name _Nymko Product's_

Pick up Address _6101 Koott Ave (Paramount)_
                        (NUMBER)        (STREET)

Telephone Number _714 523-0370_  P.O. or Contract No. _____

Order Placed By: _____ Date: _____

Type of Process which Produced Wastes: (Examples: metal plating, equipment cleaning, oil drilling — wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☒ Other (Specify) _Rate Saturated w/oil_

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Concentration:  Upper _____  Lower _____  % _____

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**Hazardous Properties of Waste:**
pH ____  ☐ none  ☐ toxic  ☐ corrosive  ☒ flammable  ☐ explosive  ☐ other (specify)

Bulk Volume: ____  ☐ gal  ☐ barrels (42 gal.)  ☐ other (specify)

Containers: ____  ☐ drums  ☐ cartons  ☐ bags  ☒ other _Acid Box_ (specify)

Physical State:  ☒ solid  ☐ liquid  ☐ sludge

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_Ron Callin_
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER OF WASTE** (Must be filled by hauler)

**FALCON DISPOSAL SERVICE**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 830-7662

Pick Up: ____ Time: _11:20_ am/pm

State Liquid Waste Hauler's Registration No. (if applicable): _____

Job No.: ____  No. of Loads or Trips: _____

Vehicle  ☐ vacuum truck  ☐ barrels,  ☐ flatbed,  ☐ other (specify)

Un No. _Roll Off_  Date _1-8-80_  Time _210_

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_Ron Callin_
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): _BKK Corp 3020 Irish Ave_

Site Address: _____

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _____

Handling Method(s):

☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): _____

(EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ pond  ☐ spreading  ☐ landfill  ☐ injection well
☐ other (specify): _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: _8-3-7_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND DATE

State fee (if any): _8-3-7_

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

D.O.T. Proper Shipping Name _____

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

**BILLING COPY**

BKK-12-C-018-00004278

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
## STATE DEPARTMENT OF HEALTH

Revised December 1974

**210- 001719**

### PRODUCER OF WASTE (Must be filled by producer)

Name: HYDRO PRODUCTS
Pick up Address: 2301 KNOXT AVE (BAKERSFIELD)
Telephone Number: 805 833 0370 P.O. or Contract No.:

Order Placed By: _____ Date: _____

Type of Process which Produced Wastes: VEG OIL REFINERY

### DESCRIPTION OF WASTE (Must be filled by producer)

**Check type of wastes:**

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☒ Other (Specify) PAPER SATURATED W/OIL

**Components:** (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

1. CRUDE OIL
2. _____
3. PALM OIL
4. _____
5. SOYBEAN OIL
6. _____

Concentration: Upper ___ Lower ___ %

**Hazardous Properties of Waste:**
☐ none   ☐ toxic   ☒ flammable   ☐ corrosive   ☐ explosive

pH: _____

Bulk Volume: ___ ☐ gal   ☐ barrels (42 gal.)   ☒ tons ___ 4000 lbs

Containers: 1 BOX (NUMBER) ___ ☐ cartons   ☐ bags   ☐ other (SPECIFY)

Physical State: ☒ solid   ☐ liquid   ☐ sludge   ☐ other (SPECIFY)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

### HAULER OF WASTE (Must be filled by hauler)

**FALCON DISPOSAL SERVICE**
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 830-7662

State Liquid Waste Hauler's Registration No. (if applicable): _____

Pick Up: ___ (DATE) ___ Time: ___ ☐ am ☐ pm

Job No.: ___ No. of Loads or Trips: ___ Unit No. 212

Vehicle: ☐ vacuum truck   ☐ barrels   ☐ flatbed   ☒ other (SPECIFY)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

### DISPOSER OF WASTE (Must be filled by disposer)

Site Address: 9510 BKK USA DC

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements. State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _____   State fee (if any): 5.30

Handling Method(s):

☐ recovery

☐ treatment (specify) [EXAMPLES] ☐ INCINERATION ☐ NEUTRALIZATION ☐ PRECIPITATION

☒ disposal (specify) ☐ pond   ☐ spreading   ☐ landfill   ☐ injection well
☐ other (specify)

If waste is held for [?] specify final location: 401780

Disposal Date: _____

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

5.30

_SIGNATURE OF AUTHORIZED AGENT AND TITLE_

D.O.T. Proper Shipping Name: _____

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

**HAULER—OFFICE FILE COPY**

BKK-12-C-018-00004237

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): _Fillmore Chemical_   Code No. _____

Pick up Address: _2023 N Phillips Orange C_   (Street) _____ (City) _____

Telephone Number: _714 639-4511_   P.O. or Contract No.: _____   Date: _3/15/77_

Order Placed By: _____

Type of Process
which Produced Waste: _Solvent Refining_

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check Type of waste:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticide
4. ☐ Paint sludge
5. ☒ Solvent
6. ☐ Mercury lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Oil and water
15. ☐ Brine

☐ Other (specify): _____

|  |  | Upper | Concentration: Lower | % | ppm |
|---|---|---|---|---|---|
| Components (Examples: hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide) | 1. _Methylcobalt Chloride_ | | | | |
| | 2. _Acetone_ | | | | |
| | 3. _Toluol_ | | | | |
| | 4. | | | | |
| | 5. | | | | |
| | 6. | | | | |

Hazardous Properties of Waste: ☐ none ☒ toxic ☐ flammable ☐ corrosive ☐ explosive
pH _4.0_  ☒ cal ☐ cons ☐ barrels (42 gal.) ☐ other (specify)

Bulk Volume: _480_   ☐ drums ☐ cartons ☐ bags ☐ other (specify)

Containers: (Number) _____

Physical State: ☐ solid ☒ liquid ☐ sludge ☐ other (specify)

Special Handling Instructions (if any): _None_

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): SOUTHLAND DRAIN OIL CO.   Code No.: _____

Business Address: 13219 Goller Ave   (Street) Norwalk, Ca.   (City) 90650 No.

Telephone Number: 213 863-4701   Pick Up: _3/15/77_ (Date)   Time: _1637_ ☐ am ☐ pm

State Liquid Waste Hauler's Registration No. (if applicable): 165

Job No.: _____   No. of Loads or Trips: _____   Unit No.: 2

Vehicle: ☒ Vacuum truck   ☐ barrels, ☐ tank, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): _____   Code No.: _____

Site Address: _____   Code No.: _____

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): _____   State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): ☐ landspreading, incineration, neutralization, precipitation)—Code No. _____ ☐ pond ☐ landfill ☐ injection well ☐ other (specify): _____   Code No. _____

If waste is held for disposal elsewhere specify final location: _____

Disposal Date: _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

329

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

27760

**CALIFORNIA HAZARDOUS WASTE MANIFEST**
STATE DEPARTMENT OF HEALTH SERVICES
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P STREET, SACRAMENTO, CA 95814

① MANIFEST NUMBER 063 Nº 004006

SEE REVERSE SIDES FOR INSTRUCTIONS. PLEASE TYPE OR PRINT CLEARLY.
**PRESS HARD**

**GENERATOR** (GENERATOR MUST COMPLETE)

③ NAME Inland Specialty Chemical Corp.
EPA NO. C A D 0 8 6 0 9 5 9 0 8
ADDRESS 2023 Collins
CITY, STATE, ZIP CODE Orange, CA 92667
PHONE NO. 714 997-5580
ORDER PLACED BY John McDonald ORDER DATE 10/14
CONTRACT NO.

② DESIGNATED TSD FACILITY
(AUTHORIZED TO OPERATE UNDER AN APPROVED STATE OR FEDERAL PROGRAM)

NAME BKK Corp
EPA NO. C A D 0 1 0 7 7 7 6 7 7 9
ADDRESS 2210 West Century
CITY, STATE, ZIP CODE West County
PHONE NO. 213 945-077

④ ALTERNATE TSD FACILITY
NAME
EPA NO.
ADDRESS
CITY, STATE, ZIP CODE
PHONE NO.

⑤ U.S. DOT PROPER SHIPPING NAME

| WASTE | Methylene Chloride, Methanol Sol. | U.S. DOT HAZARD CLASS ORM-A | UN/NO. NA1593 | WEIGHT OR VOLUME 100 | UNITS Drums | N/A |

⑥ WASTE CATEGORY 65

⑦ EX. HAZ. WASTE PERMIT NO.

⑧ LIST COMPONENTS:

| | | CONC. RANGE UPPER LOWER | UNITS |
| A | Methylene Chloride | 50 .20 | % |
| B | Methanol | .5 .2 | % |
| C | Toluene Acid | .1 .1 | % |
| D | Non Hazard amine | | % |

⑧ GENERATING PROCESS Wash Water
CONC. RANGE UPPER 97 LOWER 96 %

⑨ CONTAINERS NUMBER DRUMS / TANK / BAGS / CARTONS / OTHER

⑩ WASTE PROPERTIES pH [X] TOXIC [X] FLAMMABLE [ ] CORROSIVE/IRRITANT [ ] REACTIVE [ ] SENSITIZER [ ] CARCINOGEN/MUTAGEN
⑪ PHYSICAL STATE [ ] SOLID [X] LIQUID [ ] SLUDGE [ ] GAS [ ] OTHER
⑫ SPECIAL HANDLING INSTRUCTIONS: [X] GLOVES [ ] GOGGLES [ ] RESPIRATOR

□ PPM [ ] NON HAZARDOUS MATERIAL Wash Water 97-96 %

**GENERATOR CERTIFICATION:** THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED & LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION AND THE EPA.

IN THE EVENT OF A SPILL CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑬ SIGNATURE OF AUTHORIZED AGENT & TITLE

**TRANSPORTER** (HAULER MUST COMPLETE)

⑭ NAME UNITED PUMPING SERVICE
EPA NO. C A D 0 7 2 9 8 3 7 1
ADDRESS 14016 EAST VALLEY BOULEVARD
CITY, STATE, ZIP CODE CITY OF INDUSTRY, CA 91746
PHONE NO. (213) 961-9326

⑮ JOB NO.
⑯ UNIT NO.

② PICK-UP DATE 10-20-81 DATE SHIPPED
TIME

⑰ SIGNATURE OF AUTHORIZED AGENT & TITLE

**TSD FACILITY** (OPERATOR MUST COMPLETE)

⑱ NAME BKK
EPA NO. C A D 0 1 0 7 7 6 7 7 9
⑲ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT

⑳ QUANTITY (If Measured)
㉑ STATE FEE (If Any) $

㉒ HANDLING OR DISPOSAL METHOD
[ ] SURFACE IMPOUNDMENT [ ] LANDFILL
[ ] INJECTION WELL [ ] LAND TREATMENT
[ ] TREATMENT (Specify)
[ ] RECOVERY OR REUSE [ ] STORAGE/TRANSFER

DATE ACCEPTED 10-20-81

㉒ IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY
NAME
EPA NO.

SIGNATURE OF AUTHORIZED AGENT & TITLE

REVISED 11/80

BKK-10-C-050-00000054

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

**PRODUCER OF WASTE (Must be filled by producer)**

Name (print or type): RICHARDSON GRAPHICS

Pick up Address: 1042 Wallace Place -- City of Industry
                 (Number)    (Street)    (City)    Code No.

Telephone Number: ( ) 965-8456    P.O. or Contract No.:

Order Placed By: Mrs Gay    Date: 10-27-75

Type of Process
Which Produced Wastes: PRINTING MATERIAL
(Examples: metal plating, equipment cleaning, oil drilling--Code No.
wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes

8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Latex waste
13. ☐ Cannery waste
14. ☐ Mud and water
15. ☐ Brine

☑ Other (specify): Defective Developing Solutions    Code No.

| | Upper | Lower | Concentration % | ppm |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Components:
(Examples: Hydrochloric acid, lime, caustic soda,
phenolics, solvents (list), metals (list),
organics (list), cyanide)

Hazardous Properties of Waste:
pH ___  ☐ none  ☐ toxic  ☐ flammable  ☐ corrosive  ☐ explosive  ☐ other (specify)

Bulk Volume: 45    ☐ gal  ☐ tons  ☐ barrels (42 gal)  ☐ other (specify)

Containers: 1 ☐ drums  ☐ cartons  ☐ bags  ☐ other (specify)
            (Number)

Physical State: ☐ solid  ☑ liquid  ☐ sludge  ☐ other (specify)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable)

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

---

**HAULER OF WASTE (Must be filled by hauler)**

Name (print or type): City of Industry Disposal Co.    Code No. 5 9 2

Business Address: 420 North Del Valle -- City of Industry
                  (Number)    (Street)    (City)    Code No.

Telephone Number: ( ) 330-5439    Pick Up: 10-27-75    Time: ___ ☐ am ☐ pm
                                   (Date)

State Liquid Waste Hauler's Registration No. (if applicable): 00193

Job No.:    No. of Loads or Trips: One    Unit No.:

Vehicle: ☐ Vacuum truck  ☐ barrels  ☐ flatbed  ☑ other (specify) Pickup

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

**DISPOSER OF WASTE (Must be filled by disposer)**

Name (print or type): BKR    Code No. W.G.

Site Address: 2210 Azusa    W.C.

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements. State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 45 GT    State fee (if any): ___

Handling Method(s):
☐ recovery
☐ treatment (specify):
☐ disposal (specify):  ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well  ☐ other (specify)
(Examples: incineration, neutralization, precipitation)--Code No.

Cases of 4 ea.

If waste is held for disposal elsewhere specify final location: ___    Code No.

Disposal Date: 10-27-75

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

# CALIFORNIA LIQUID WASTE HAULER RECORD   LACSD 230 B-5 8929

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

## PRODUCER OF WASTE (Must be filled by producer)

Name (Print or type): SIEMA CHEMICAL CORP

Pick up Address: 2516 WOODLAND DR. ANAHEIM

Zip Code

P.O. or Contract No.:

Telephone Number: (   )

Order Placed By:

Type of Process which Produced Waste: WATER TANK WASH   Date: 10

### DESCRIPTION OF WASTE (Must be filled by producer)

Check type of waste:
(Examples: metal plating, equipment cleaning, oil drilling – wastewater treatment, pickling bath, petroleum refining)

CODE NO.

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent

6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud

11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

CODE NO.

☐ Other (Specify):

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

Concentration:
Upper   Lower   %   ppm

1.
2.
3.
4.
5.

### Hazardous Properties of Waste:

6. ☐ none   ☐ toxic   ☐ flammable   ☐ corrosive   ☐ explosive

pH

Bulk Volume:   ☐ gal   ☐ tons   ☐ barrels (42 gal)   ☐ other ___ (SPECIFY)

Containers:   (NUMBER)   ☐ drums   ☐ cartons   ☐ bags   ☐ other ___ (SPECIFY)

Physical State:   ☐ solid   ☐ liquid   ☐ sludge   ☐ other ___ (SPECIFY)

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

A. M. Scott Cooke

SIGNATURE OF AUTHORIZED AGENT AND TITLE

## HAULER OF WASTE (Must be filled by hauler)

Name (print or type): SUMP DOCTOR

Business Address: 4080 W 1ST ST #279 Santa Ana CA 92703

Pick up: 1014 (street)   (city)   (Date)   Time   230

Telephone Number: (714) 995-0083   (number)   ☐ am   ☐ pm   ppm

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.: 3516   Unit No.:

Vehicle: ☐ vacuum truck — barrels, ☐ flatbed, ☐ other (specify)

signature of authorized agent and title

The described waste was hauled by me to the disposal facility hereunder named below and was accepted.
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

## DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type): BKK

Site Address: 2210 S. Azusa W Covina CA 91799

Quantity measured at site (if applicable): 0220 85009437

State fee (if any).

Handling Method(s):
☐ recovery
☐ treatment (specify):
(EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify):   ☐ pond   ☐ spreading   ☐ landfill   ☐ injection well
☐ other (specify):

If waste is held for disposal elsewhere specify final location:

Disposal Date: 5/10/83

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The hauler above delivered the described waste to this disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name

| GEN | 69000 | OLD/NEW | L | A | TONS |
| TRAN | 230 | 19-321 | S | B | all |
| C/Q | | RT | CD | 60 | HWF |

David Chi
SIGNATURE OF AUTHORIZED AGENT AND TITLE

RKK-10-C-056-00002080

8:33

State of California—Health and Welfare Agency                                      Department of Health Services

**HAZARDOUS WASTE MANAGEMENT BRANCH**          UNIFORM HAZARDOUS WASTE MANIFEST
744 P Street
Sacramento, CA 95814

STATE ID NUMBER **8 3073574**

Please print or type with ELITE type (12 characters per inch).

MANIFEST DOCUMENT NUMBER

| GENERATOR NAME AND MAILING ADDRESS | | EPA ID NUMBER |
|---|---|---|
| SIGMA CHEMICAL CORP. 2516 WOODLAND DR. ANAHEIM, CA. 9281 AREA CODE/PHONE NUMBER 714/821-0681 | | CAT 7897337927 |

| TRANSPORTER NO. | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|
| SUMP DOCTOR 4080 W1st ST. SANTA ANA, CA. | 41005 | CAT 7089033764 |

| TRANSPORTER NO. 2/ALTERNATE TSD FACILITY | VEH./CONTAINER NO. | EPA ID NUMBER |
|---|---|---|
| | | |

| TREATMENT, STORAGE, OR DISPOSAL (TSD) FACILITY | EPA ID NUMBER |
|---|---|
| BKK 2210 So. AZUSA AVE WEST COVINA, CA AREA CODE/PHONE NUMBER 213/965-0916 | CAT 967784749 |

| PROPER U.S. D.O.T. SHIPPING NAME AND HAZARD CLASS | UN/NA NUMBER | TOTAL QUANTITY | UNIT WT/VOL | CONTAINER NO. | WASTE TYPE | WASTE CAT NO. | DISP. METH. |
|---|---|---|---|---|---|---|---|
| CORROSIVE MATERIAL NOS. TRICHLOROPHENOL (ORMA) | NA2020 | 1163 | LBS | 4 | DF | 181 | 03 |
| CORROSIVE MATERIAL NOS | NA2020 | 170 | LBS | 2 | DF | 181 | |

| COMPONENTS | | CONC. RANGE | | UNITS | |
|---|---|---|---|---|---|
| | | UPPER | LOWER | % | PPM |
| TRICHLOROPHENOL | | | | 90 | |
| PENTACHLOROPHENOL | | | | 90 | |

**SPECIAL HANDLING INSTRUCTIONS**

5-3-96

This is to certify that the above-named wastes are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable requirements of the Department of Transportation and the EPA.

| Printed or typed full name and signature | MO. | DAY | YR. |
|---|---|---|---|
| WILLIAM H. CARLS Will H Cas | 10 | 25 | 83 |

☐ Check if continuation sheet is used.   Number of continuation sheets _____

| TRANSPORTER 1 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or Typed full name and signature | | 10 | 25 | 83 |

| TRANSPORTER 2 ACKNOWLEDGEMENT OF RECEIPT OF ABOVE WASTES | DATE REC'D & ACCEPTED | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature   0.58 | | | | |

**DISCREPANCY INDICATION SPACE**

| GEN | 0900 | OLD/NEW | L | A | TONS | 0.96 |
|---|---|---|---|---|---|---|
| TRAN | 0230 | 24-252 | B | | | |
| COM | M-6 | | RT | 35R | HWF | 18.00 |
| | | | CD | | | |

Facility owner or operator: Certification of receipt of hazardous waste covered by this manifest except as noted in the discrepancy indication space above. Note: TSDF must complete waste number. See instructions.

| KAY SIMPSON K | EPA ID NUMBER | MO. | DAY | YR. |
|---|---|---|---|---|
| Printed or typed full name and signature | CAD 052276049 | 10 | 26 | 83 |

FORM NO. DHS-8022A  11/82

**TSDF SENDS THIS COPY TO GENERATOR WITHIN 15 DAYS**

# CALIFORNIA HAZARDOUS WASTE MANIFEST

See reverse side for Instructions.
Please type or print clearly. Press Hard.

① Manifest Number **025 - 100020**

③ Designated TSD Facility (Authorized to operate under an approved state program or federal program)

State Department of Health Services
HAZARDOUS MATERIALS MANAGEMENT SECTION
744 P Street, Sacramento, CA 95814

④ Alternate TSD Facility

② Name (Generator Must Complete) Southwest Petro Chem

EPA NO. CAD 9082 8 6858

Address 1953 So. Maple Ave Phone No. 63345

City, State, Zip Compton Ca 90221

③ Name B KK
EPA NO. CAD 067 786 749
Address 2310 W Azuza
City, State, Zip

④ Name
EPA NO.
Address
City, State, Zip

⑤ U.S. DOT PROPER SHIPPING NAME: Non Hazard-015

U.S. DOT HAZARD CLASS: Non Hazard-015

UN/NA ID NO.

WEIGHT OR VOLUME: 35 BBls.

UNITS

CONTAINERS NUMBER:
TYPE: ☐ DRUMS ☐ BAGS ☐ CARTONS
☒ TANK TRUCK ☐ DUMP TRUCK
☐ OTHER

⑧ GENERATING PROCESS: Recovery or Pump Out

⑥ WASTE CATEGORY: Water Grease

⑨ LIST COMPONENTS:
A. 50% Grease
B. 50% Water
C.

CONC. RANGE LOWER / UPPER

E.
F.
G.

Non Hazardous Material _____ %

☐ Carcinogen/Mutagen
☐ Sanitizer
☐ Reactive
☐ Corrosive/Irritant
☐ Gas
☐ Respirator
☐ Other
☐ Other

⑩ WASTE PROPERTIES: pH 7.0
⑪ PHYSICAL STATE: ☐ Solid ☐ Liquid ☒ Sludge ☐ Slurry
⑫ SPECIAL HANDLING INSTRUCTIONS: ☒ Gloves ☒ Goggles

☐ Toxic ☐ Flammable

EX. HAZ. WASTE PERMIT NO.

GENERATOR CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked, labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation and EPA.

IN THE EVENT OF A SPILL, CONTACT THE NATIONAL RESPONSE CENTER, U.S. COAST GUARD 1-800-424-8802

⑮ Signature of Authorized Agent and Title

⑯ Signature of Authorized Agent and Title   Albert Lucero

⑮ PICK-UP DATE 12-12-80
TIME 0800  ☒ AM ☐ PM  Date Shipped 12-12-80

㉑ HANDLING OR DISPOSAL METHOD:
☐ Surface Impoundment ☐ Landfill
☐ Injection Well ☐ Land Treatment
☐ Treatment (Specify)
☐ Recovery or Reuse ☐ Storage/Transfer

Date Accepted 12/12/80

㉓ Signature of Authorized Agent and Title

TRANSPORTER

⑭ NAME (HAULER MUST COMPLETE) CROSBY & OVERTON, INC.
EPA NO. C A D 0 2 8 4 0 9 0 1 9
ADDRESS 1620 W. 16th Street   PHONE NO. (213) 432-5445
CITY, STATE, ZIP   Long Beach, CA 90813

18 QUANTITY (If Measured) 388
19 STATE FEE (If Any)

TSD FACILITY

⑰ NAME (FACILITY/OPERATOR MUST COMPLETE)
EPA NO. CAD 067 786 749
PHONE NO. 965-0916

⑳ INDICATE ANY SIGNIFICANT DISCREPANCIES BETWEEN MANIFEST AND SHIPMENT:

IF WASTE IS HELD FOR DELIVERY ELSEWHERE, SPECIFY THE DESIGNATED TSD FACILITY:

㉒ NAME
EPA NO.

22 DEC 12

ORIGINAL

BKK-11-C-011-00001466

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

009- 023273

**PRODUCER (WASTE SOURCE)**

Name: Southwest Petro Chem

Pick up Address: 1503 S. Alameda, Compton 90224

Telephone Number: 213-631-1514    P.O. or Contract No.:

Order Placed By: Dennis Boler    Date: 12-19-79

Type of Process Which Produced Wastes: Cleaning Boiler

**DESCRIPTION OF WASTE MATERIAL**

Check type of waste:

1. ☒ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☒ Mud and water
15. ☐ Brine

Other (Specify):

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

1. Sludge
2. Water
3. HCL
4.
5.
6.

Concentration %:  Upper / Lower

20
70
10

**Hazardous Properties of Waste:**
☒ none  ☐ toxic  ☐ flammable  ☐ corrosive  ☐ explosive  ☐ other (specify)

pH: 7.0

Bulk Volume: 100  ☐ gal  ☐ tons  ☐ barrels (42 gal)  ☒ other gal.

Containers: ☐ drums  ☐ cartons  ☐ bags  ☐ other (specify)

Physical State: ☐ solid  ☒ liquid  ☒ sludge  ☐ other (specify)

Special Handling Instructions (if any): None

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER (WASTE CARRIER)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.: 12/26    No. of Loads or Trips:    Unit No. 201

Vehicle: ☒ vacuum truck  ☐ tank  ☐ flatbed  ☐ other (specify)

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Pick Up: 7 Nov 79   Time:

(date) 9

SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSER (DISPOSAL SITE)**

Name (print or type): BKK Azusa Co.

Site Address: 2210 S. Azusa

The hauler above has delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCB requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (in): 13.73   State fee (if any): 13.73

Handling Method(s):

☐ recovery
☐ treatment (specify)
☐ disposal (specify): ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well  ☐ other (specify)

If waste is held for disposal elsewhere, specify final location:

Disposal Date: 12/19/79

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

BKK CATS REP

PH O.T. ALSO CONTAINS
CHLORINATED SOLVENTS
SPECIAL HANDLING REQ

The site operator shall submit a legible copy of each completed Record to the State Department of Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name:

HAULER — OFFICE FILE COPY

BKK-11-C-048-00004742

# CALIFORNIA LIQUID WASTE HAULER RECORD

## STATE WATER RESOURCES CONTROL BOARD
### STATE DEPARTMENT OF HEALTH

No. 12334

Revised 3/67

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): Milroyal Co.

Pick up Address: 24th St & Chico (Street) (City)

Telephone Number: ____ P.O. or Contract No.: ____

Order Placed by: Bob Walters     Date: 10/10/78

Type of Process
Which Produced Waste: Holdings Tk, Cleaning
(Examples: metal plating, equipment cleaning, oil drilling
wastewater treatment, pickling bath, petroleum refining)

Code No.: ____

### DESCRIPTION OF WASTE (Must be filled by producer)

Check type of waste:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes

8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannary waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify): ____

Code No.: ____

| Components: | Concentration: % | | |
|---|---|---|---|
| (Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide) | Upper | Lower | ppm |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Hazardous Properties of Waste:
☐ toxic  ☐ flammable  ☐ corrosive  ☐ explosive
☐ other (specify)

Physical State: ☐ solid  ☐ liquid  ☒ sludge     None

pH: ____   ☐ gal  ☐ cans  ☐ barrels (42 gal)  ☐ other (specify)
Bulk Volume: 100   ☐ drums  ☐ cartons  ☐ bags  ☐ other (specify)
Containers: ____ (Number)

Special Handling Instructions (if any): None

The waste is described to the best of my ability and it was delivered to
a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

W.E. Buckley
Signature of authorized agent and title

PRESS FIRMLY - YOU ARE SIGNING 6 COPIES

---

**HAULER OF WASTE** (Must be filled by hauler)

Name (print or type): JC INCORPORATED

Business Address: 2221 LOMAST. SO. EL MONTE, CALIF. 91733   Code No.: ____

Telephone Number: (213) 443-0103   Pick Up: 10/2/78   Time: ☐ am ☐ pm

State Liquid Waste Hauler's Registration No. (if applicable): 139

Job No.: 9463     No. of Loads or Trips: ____   Unit No.: L-3

Vehicle: ☒ vacuum truck   No. 140 barrels, ☐ flatbed, ☐ other (specify)

The described waste was hauled by me to the disposal
facility named below and was accepted.
I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

R.A. Olson
Signature of authorized agent and title

Code No.: ____

**DISPOSER OF WASTE** (Must be filled by disposer)

Name (print or type): 3210 ASSA'C

Site Address: ____

The hauler above delivered the described waste to this disposal facility and
it was an acceptable material under the terms of RWQCB requirements, State
Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): ____   State fee (if any): ____

Handling Method(s):
☐ recovery
☐ treatment (specify): ____
☒ disposal (specify): ☐ incineration ☐ neutralization ☐ precipitation)—Code No.: ____
   ☐ pond ☐ spreading ☐ landfill ☐ injection well
   ☐ other (specify): ____   Code No.: ____

If waste is held for disposal elsewhere, specify final location: ____

Disposal Date: 10-2-78

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

R.M. Olson
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the
State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

208

Revised 9/77

**CALIFORNIA LIQUID WASTE HAULER RECORD**

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

SP SB **№. 12024**

**PRODUCER OF WASTE** (Must be filled by producer)

Name (print or type): Universal Co

Pick up Address: Telegraph Rd Commerce
(Street)                    (City)

Telephone Number: _____  P.O. or Contract No.: _____

Order Placed By: Bob Waltires.        Dates: 10/2/78

Type of Process
Which Produced Wastes: Holding Tank Cleaning.
(Examples: metal plating, equipment cleaning, oil drilling—Code No.,
wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE** (Must be filled by producer)

Check type of wastes:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☒ Brine

☐ Other (Specify):

Components:
(Examples: Hydrochloric acid, lime, caustic soda,
phenolics, solvents (list), metals (list),
organics (list), cyanide)

Concentration:
Lower ___ Upper ___ %    ppm

Hazardous Properties of Waste:
☐ toxic   ☐ explosive   ☐ corrosive   ☐ flammable
pH ___   ☐ gal ___   ☐ barrels (42 gal)   ☐ cans   ☐ other (specify)
Bulk Volume: 100
Containers: ☐ drums ☐ cartons ☐ bags ☐ other (specify)
(Number)
Physical State: ☐ solid ☐ liquid ☐ sludge ☐ other (specify)

Special Handling Instruction (if any): NONE

The waste is described to the best of my ability and it was delivered to
a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

_____
SIGNATURE of authorized agent and title

**HAULER OF WASTE** (Must be filled by hauler)

Code No. _____
Code No. _____

Name (print or type): JC INCORPORATED

Business Address: 2221 LOMA ST., SO. EL MONTE, CALIF. 91733
(Street)                    (City)

Telephone Number: (213) 443-0103   Pick Up: 10/2/78   Time: _____
                                        (Date)
State Liquid Waste Hauler's Registration No. (if applicable): 139

Vehicle: ☐ vacuum truck ☒ barrel, ☐ flatbed, ☐ other (specify)

Job No.: 7462   No. of Loads or Trips: _____   Unit No.: _____

The described waste was hauled below and was accepted by me to the disposal
facility named below and was accepted.

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

_____
Signature of authorized agent and title

**DISPOSER OF WASTE** (Must be filled by disposer)

Code No. _____

Name (print or type): _____

Site Address: _____

The hauler above delivered the described waste to this disposal facility and
it was an acceptable material under the terms of RWQCB requirements, State
Department of Health regulations, and restrictions.

Quantity measured at site (if applicable): 8105   State fee (if any): _____

Handling Method(s):
☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): ☐ incineration ☐ neutralization ☐ precipitation ☐ landfill
                      ☐ pond ☐ spreading ☐ injection well
                      ☐ other (specify)

If waste is held for disposal, elsewhere, specify final location: _____

Disposal Date: 10/2/78

I certify (or declare) under penalty
of perjury that the foregoing is true
and correct.

_____
Signature of authorized agent and title

The site operator shall submit a legible copy of each completed Record to the
State Department of Health with monthly fee reports.

**FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.**

PRESS FIRMLY - YOU ARE SIGNING 6 COPIES

208

BKK-12-C-056-00005541

# CALIFORNIA LIQUID WASTE HAULER RECORD

STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

Revised December 1974

009- 000544

**PRODUCER OF WASTE (Must be filled by producer)**

Name: WITCO CHEMICAL

Pick up Address: 21006 23rd ST CARSON

Telephone Number: 213-834-1853    P.O. or Contract No.: K-1-7

Order Placed By: Dean Maddox    Date: 4-1-79

Type of Process which Produced Waste: DR. HYDRO/S-5-017

(Examples: metal plating, equipment cleaning, oil drilling —
wastewater treatment, pickling bath, petroleum refining)

**DESCRIPTION OF WASTE (Must be filled by producer)**

Check type of waste:
1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☐ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and gand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☐ Mud and water
15. ☐ Brine

☐ Other (Specify):

**Components:**
(Examples: Hydrochloric acid, lime, caustic soda,
phenolics, solvents (list), metals (list),
organics (list), cyanides)

| | Upper | Concentration, % Lower |
|---|---|---|
| 1. AlCl₃ | 15 | 0.5 |
| 2. HCl | 5 | 0.5 |
| 3. Oil | 2 | 0.1 |
| 4. | | |
| 5. | | |
| 6. | | |

**Hazardous Properties of Waste:**
pH 1-2    ☐ none    ☐ toxic    ☐ flammable    ☐ corrosive    ☐ explosive

Bulk Volume: 100    ☐ barrels (42 gal.)    ☐ other (specify):

Containers: ☐ gal.    ☐ tons    ☐ drums    ☐ cartons    ☐ bags    ☐ other (specify):

Physical State: ☐ solid    ☐ liquid    ☐ sludge    ☐ other (specify):

Special Handling Instructions (if any):

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).
I certify (or declare) under penalty of perjury that the foregoing is true and correct.

S.S. _____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**HAULER OF WASTE (Must be filled by hauler)**

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No. (if applicable):

Job No.: 18731    Unit No.: 190-1974

Vehicle: ☐ vacuum truck    ☐ barrel    ☐ flatbed    ☐ other

No. of Loads or Trips: 9

The described waste was hauled by me to the disposal
facility named below and was accepted.
I certify (or declare) under penalty of perjury, that
the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

Pick Up:
CODE NO.
Time: 9:45 AM

DISPOSER OF WASTE (Must be filled by disposer)

Name (print or type):

Site Address: 2210 S. Azusa, Azusa 91702

The hauler above delivered the described waste to this disposal facility and it was in acceptable
material under the terms of RWQCB requirements. State Department of Health regulations, and
local restrictions.

Quantity measured at site (if applicable): 100 bbls    State fee (if any):

Handling Method(s):
☐ recovery
☐ treatment (specify): (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)
☐ disposal (specify): ☐ pond    ☐ spreading    ☐ landfill    ☐ injection well    ☐ other (specify): buried

If waste is held for disposal elsewhere specify final location:

Disposal Date: 4-1-79

I certify (or declare) under penalty of perjury
that the foregoing is true and correct.

SIGNATURE OF AUTHORIZED AGENT AND TITLE

The site operator shall submit a legible copy of each completed record to the State Department of
Health with monthly fee reports.

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING
HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

D.O.T. Proper Shipping Name:

HAULER'S OFFICE FILE COPY

Revised December 1974

# CALIFORNIA LIQUID WASTE HAULER RECORD
STATE WATER RESOURCES CONTROL BOARD
STATE DEPARTMENT OF HEALTH

009- 0091170

Name: White Chemical Co.

Pick up Address: 21002 E. 233rd St. Carson

Telephone Number: (213) 830-4353    P.O. or Contract No.: _____

Order Placed By: _____    Date: _____

Type of Process which Produced Wastes: Alch Carbon Treaters

**DESCRIPTION OF WASTE**

Check type of waste:

1. ☐ Acid solution
2. ☐ Alkaline solution
3. ☐ Pesticides
4. ☐ Paint sludge
5. ☐ Solvent
6. ☐ Tetraethyl lead sludge
7. ☐ Chemical toilet wastes
8. ☐ Tank bottom sediment
9. ☑ Oil
10. ☐ Drilling mud
11. ☐ Contaminated soil and sand
12. ☐ Cannery waste
13. ☐ Latex waste
14. ☑ Mud and water
15. ☐ Brine

☑ Other (Specify) Sand and Grease Trap

Components:
(Examples: Hydrochloric acid, lime, caustic soda, phenolics, solvents (list), metals (list), organics (list), cyanide)

| Components | Upper | Concentration: Lower | % | ppm |
|---|---|---|---|---|
| 1. Carbon | 25 | 15 | | |
| 2. Oil | 50 | 5 | | |
| 3. Mud | 50 | 5 | | |
| 4. Ammo chloride | 1 | .01 | | |
| 5. | | | | |
| 6. | | | | |

Hazardous Properties of Waste:
pH 6  ☐ none  ☐ toxic  ☑ flammable  ☑ corrosive  ☐ explosive  ☐ other (SPECIFY)

Containers:  ☐ gal  ☐ tons  ☑ barrels (42 gal.)  ☑ other Truck
☐ drums  ☐ cartons  ☐ bags  ☐ other (SPECIFY)

Bulk Volume: 100

Physical State:  ☐ solid  ☑ liquid  ☐ sludge  ☐ other (SPECIFY)

Special Handling Instructions (if any): _____

The waste is described to the best of my ability and it was delivered to a licensed liquid waste hauler (if applicable).

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____ B.O. Foster _____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

---

CHANCELLOR & OGDEN, INC.
3031 East "I" Street, Wilmington, California 90744
Phone: (213) 432-8461

State Liquid Waste Hauler's Registration No. (if applicable): 9

Pick Up: (DATE) 5-27-80  Time: 12:12 PM

Job No.: 1346    No. of Loads or Trips: 1    Unit No.: 230-167A (SPECIFY)

Vehicle:  ☑ vacuum truck 120  ☐ barrels  ☐ flatbed  ☐ other _____

The described waste was hauled by me to the disposal facility named below and was accepted.

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____ Don Droek _____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

**DISPOSAL OF WASTE**

Name (print or type): BKK

Site Address: 220 BOSA Rd

The hauler above delivered the described waste to the disposal facility and it was an acceptable material under the terms of RWQCS requirements, State Department of Health regulations, and local restrictions.

Quantity measured at site (if applicable): 1939    State fee (if any): 19.36

Handling Method(s):
☐ recovery
☐ treatment (specify): _____
☐ disposal (specify): ☐ pond  ☐ spreading  ☐ landfill  ☐ injection well
☐ other (specify): _____

☐ (EXAMPLES: INCINERATION, NEUTRALIZATION, PRECIPITATION)

☐ waste is held for disposal at: _____ (specify final location)

Disposal Date: 5-27-80

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

The site operator shall submit a legible copy of any completed record to the State Department of Health with monthly fee reports.

_____
SIGNATURE OF AUTHORIZED AGENT AND TITLE

D.O.T. Proper Shipping Name: _____

FOR INFORMATION RELATED TO SPILLS OR OTHER EMERGENCIES INVOLVING HAZARDOUS WASTE OR OTHER MATERIALS CALL (800) 424-9300.

HAULER OFFICE FILE