UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| In re: : | |
| : | Case No.   09-11233 (REG) |
| **CHEMTURA CORPORATION, et al.,** : | |
| : | (Jointly Administered) |
| : | |
| **Debtors.** | : |
| | Chapter 11 |

------------------------------------------------------------

# ORDER REGARDING BIO-LAB CONYERS, GEORGIA
# FIRE SETTLEMENT CLAIMANT APPEALS

Before this Court, are the below-itemized fifty-nine (59) of sixty-five (65) appeals submitted by Bio-Lab Conyers, Georgia Fire Settlement Claimants either (i) directly with the Court (the names of the Claimants that submitted their appeals directly with the Court are noted in **bold** in the table below); or (ii) to the Claims Administrator or the Parties as putative appeals.

On August 30, 2011, the Claims Administrator provided this Court with the Disallowed Claims Report.  On September 15, 2011, the Claims Administrator sent denial letters to all of the Claimants included on the Disallowed Claims Report, providing the Claimants with information regarding their appeal rights.  The denial letters also informed the Claimants that all Claimant appeals of the Claims Administrator's denial of their claim must be provided to the Court and the Parties within fifteen (15) days. Sixty-five (65) Claimants timely appealed the Claims Administrator's decision (the "Appellants").

On October 28, 2011, the Claims Administrator submitted a Notice of Presentment

and a Proposed Order regarding the disposition of the 65 appeals, and provided it to the Appellants. Under the Notice, the Appellants had until noon on November 28, 2011, to object to the Claims Administrator's proposed disposition of their appeal under the Notice and Proposed Order. Six (6) Appellants have objected to the Proposed Order and the Claims Administrator's recommended disposition of their appeals (the "Objecting Appellants"), while fifty-nine (59) Appellants (the "Non-Objecting Appellants") have not. By timely objecting, the Objecting Appellants have requested a hearing before the Court, and therefore the Objecting Appellants are not subject to this Order.

In accordance with Paragraph 8.2, on page 30 of the Bio-Lab Conyers Settlement Agreement, previously approved by the Court, these appeals are due to be resolved by the Court.

Below is a list of the 59 Non-Objecting Appellants, with one column listing each Non-Objecting Appellant's name, and a second column providing the Court's determination respecting each Non-Objecting Appellant's appeal.

The 59 Non-Objecting Appellants were provided an opportunity to object to the Claims Administrator's recommended disposition of their Appeal, and did not object. Therefore, upon considering the Claims Administrator's recommendations, the presentations of the Parties, and all other matters and things the Court deems to be appropriate, the Court finds the recommendations of the Claims Administrator respecting the 59 Non-Objecting Appellants to be well taken, and it is hereby ORDERED, ADJUDGED and DECREED as follows:

| Non-Objecting Appellant Name | Court's Determination |
|---|---|
| **1. Hajjie Mubarak Abdullah** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for his individual claim in the Evacuation Area. |
| **2. Anthony Antoine** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for his individual claim in the Evacuation Area. |
| 3. Mary Bentford | The appeal is granted, in part, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area. However, the Claimant's appeal with respect to her property claim is denied. |
| 4. M.B. Minor Claimant c/o Gladys Lopez | The appeal is denied, in whole, but the Minor Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 5. Christin Brown<br>6. Kristen Brown<br>7. Shannon Brown | The appeals for these three Claimants are granted, in whole, and the Claimants are entitled to receive recovery for their individual claims in the Class Area. |
| 8. James Brown | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| **9. Richard Brown, III** | The appeal is granted, allowing for an additional award of $188.97, increasing the proposed award to $3,134.89. |
| **10. Jacqueline Byrd** | The appeal is denied, in whole, and the Claimant is entitled to receive recovery for an individual claim in the Class Area. |
| **11. William Byrd** | The appeal is denied, in whole, and the Claimant is entitled to receive recovery for an individual claim in the Class Area. |
| **12. Elizabeth Caudle** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area. |
| **13. T.C. (Minor Claimant)** | The appeal is granted, in whole, and the Minor Claimant is entitled to receive recovery for his individual claim in the Evacuation Area. |

| **c/o Elizabeth Caudle** | |
|---|---|
| Non-Objecting Appellant Name | Court's Determination |
| 14.  Katherine Crawford | The appeal is denied, in whole, but the Claimant is entitled to receive recovery for her individual claim in the Class Area, after reducing the recovery amount by the $100.00 prior Bio-Lab payment. |
| 15.  Jacqueline M. DeCook | The appeal is denied, allowing the recommended award amount of $1,061.86. |
| 16.  Richard DeCook | The appeal is denied, allowing the recommend award amount of $1,320.00. |
| **17.  Johnny DeLeon** | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| **18.  Charles Driver** | The appeal is denied, in whole, but the Claimant is entitled to receive recovery for both of his individual and one (1) property claim in the Class Area after reducing the recovery by the $100.00 prior Bio-Lab payment. |
| 19.  Karla Driver | The appeal is granted, in part, and the Claimant is entitled to receive recovery for her individual claim in the Class Area after reducing her recovery by the $100.00 prior BioLab payment.   The Claimant's appeal with respect to her property claim is denied. |
| **20.  Curnita Gailliard**  **21.  Cynthia Gilder** | The appeals for both Claimants are granted, in whole, and   both Claimants are entitled to receive recovery for their individual claims in the Evacuation Area. |
| **22.  William E. Gl…** | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 23.  Maria DeFatima Alves dba Greek Pizza House | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| **24.  Sharon Gunn** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual claim and one (1) property claim in the Evacuation Area, after reducing her recovery by the $140.00 prior BioLab payment. |
| 25.  Ruby Heard | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area, after reducing her recovery by the $240.35 prior payment amount. |
| 26.  A.H. (Minor | The appeal is denied, in whole, and the Minor Claimant is not entitled to any |

| | |
|---|---|
| Claimant) c/o Janice Tillman | recovery. |
| Non-Objecting Appellant Name | Court's Determination |
| 27.  Vivian Jackson | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 28.  Nicole Justice | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 29.  Tomeka Justice | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 30.  Marsha Kennon | The appeal is denied, in whole, but the Claimant is entitled to receive the maximum personal injury Extraordinary Damages Claim award of $10,000.00. |
| 31.  Gladys Lopez | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 32.  Mary Lott | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area. |
| 33. Wetonia Maddox | The appeal is granted, in part, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area, after reducing the recovery by the $220.00 prior BioLab payment. |
| **34.  A.M. (Minor Claimant) c/o April Reid** | Appeal is moot.  Claimant's individual claim in the Evacuation Area is complete, and no part of Claimant's claim was denied.  Claimant is entitled to recovery for her individual claim in the Evacuation Area. |
| **35.  J.M. (Minor Claimant) c/o April Reid** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual claim in the Evacuation Area. |
| **36.  Jermaine Murphy** | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 37.  Mactilda Otieno | The appeal is granted, in whole, and the Claimant is entitled to recovery for her individual and property claims in the Evacuation Area. |
| **38.  Barbara Parham** | The appeal is denied, in whole, but the Claimant is entitled to receive recovery for her individual and one (1) property claim in the Evacuation Area, after reducing her recovery by the $75.00 prior payment amount. |
| **39.  D.P. (Minor Claimant) c/o Sylvia** | The appeal is granted, in whole, and the Minor Claimant is entitled to receive recovery for his individual claim in the Evacuation Area. |

| | |
|---|---|
| **Parks** | |
| **40.   Sylvia Parks** | The appeal is denied, in whole, but the Claimant is entitled to receive recovery for her individual and one (1) property claim in the Evacuation Area, if any, after her recovery is reduced by the $6,446.32 prior payment. |
| Non-Objecting Appellant Name | Court's Determination |
| **41.   Osae Patterson** | The appeal is granted, in part, and the Claimant is entitled to receive recovery for her individual claim and her business claim, limited to $1,000.00 in the Class Area. The Claims Administrator recommends that the Claimant's property claim be denied. |
| 42.   April Reid | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for an individual claim in the Evacuation Area. |
| 43.   Donald Roberts | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 44.   David Saccoccia | The appeal is granted, in whole, and the Claimant is entitled to recovery for his individual claim in the Class Area. |
| 45.   Mark Sellers | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| **46.   James Sendelbach** | The appeal is denied, in whole, but the Claimant is entitled to receive recovery for an individual claim in the Evacuation Area, after his recovery is reduced the $600.00 prior Bio-Lab payment. |
| **47.   Tanya Strege** | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for her individual and one (1) property claim in the Evacuation Area. |
| 48.   Janice Tillman | The appeal is granted, in whole, and the Claimant is entitled to receive recovery for an individual claim in the Class Area. |
| 49.   Virginia Tiznado | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 50.   B.T. (Minor Claimant) c/o Nicole Justice | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 51.   D.T. (Minor Claimant) c/o Nicole Justice | The appeal is granted, in whole, and the Minor Claimant is entitled to receive recovery for his individual claim in the Class Area. |

| | |
|---|---|
| 52.  Lula Thomas | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| 53.  Marcus Thomas | The appeal is denied, in whole, but the Claimant is entitled to receive $100.00 as a Named Plaintiff. |
| **Non-Objecting Appellant Name** | **Court's Determination** |
| 54.  Ann Washington | The appal is denied, in whole, and the Claimant is not entitled to any recovery. |
| **55.  Brenda Welbron on behalf of Tyco Sign, Co.** | The appeal is denied, in whole, and the Business Claimant is not entitled to any recovery. |
| 56.  Curtis Williams | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 57.  Jacob Thomas Zanetti | The appeal is denied, in whole, and the Claimant is not entitled to   any   recovery. |
| 58.  M.Z. (Minor Claimant) c/o Jacob Zanetti | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |
| 59. R.Z (Minor Claimant) c/o Jacob Zanetti | The appeal is denied, in whole, and the Claimant is not entitled to any recovery. |

Therefore, the Claims Administrator is instructed and authorized to dispose of each respective Non-Objecting Appellant's claim accordingly.

Dated: ***December 6, 2011***

                                               *s/ Robert E. Gerber*
                                     HONORABLE ROBERT E. GERBER
                                     UNITED STATES BANKRUPTCY JUDGE