**SETTLEMENT ADMINISTRATOR**
<u>Conyers Fire Class Settlement</u>
501 Riverchase Parkway, East, Suite 100
Hoover, AL 35244
1-800-345-0837
205-716-3000

September 19, 2012

**<u>CONFIDENTIAL</u>**
**<u>VIA EMAIL</u>**

Honorable Mary Grace Diehl
United States Bankruptcy Judge
Northern District of Georgia
U.S. Courthouse, Room 1215
75 Spring Street SW
Atlanta, GA 30303
<u>mgdchambers@ganb.uscourts.gov</u>

    RE:   Chemtura Corporation, et al; Case No.: 12-00502 (MGD)
            Bio-Lab Conyers Fire Class Action Settlement - Claimant Inquiry Response;
            Our File No. 4782-1{D}

Dear Judge Diehl:

    I hope this letter finds the Court well.

    I am writing the Court (i) to provide an update with respect to the status of our lien resolution efforts in the administration of this Settlement, and (ii) to provide a written response to Ms. Marsha Kennon's attached letter, that she submitted to the Honorable Thomas E. Gerber, United States Bankruptcy Judge for the Southern District of New York on August 31, 2012, and which has been docketed as Document No. 5779 in the Chemtura Chapter 11 Bankruptcy Case in New York, Case Number 09-11233-REG.

    Ms. Kennon is Extraordinary Damages Claimants in the Conyers Fire Settlement, and she is eligible for both Medicare and Georgia Medicaid benefits. She is understandably very upset with the length of time to receive payment in this Settlement. Your Claims Administrator is pushing to resolve all outstanding issues so that payments can be made to Claimants as soon as possible, namely resolution of any liens. Below, I have summarized the status.

### <u>SUMMARY OF LIEN RESOLUTION</u>

    Before we can process Settlement payments, we must resolve any governmental liens that may exist with respect to Claimants in this Settlement. On March 12, 2012, the Honorable Thomas E. Gerber entered the attached Order approving payment increases for all classes of claims in this Settlement (the "March 12 Order"). The March 12 Order also authorizes your Claims Administrator, with the assistance of the Escrow Agent, to issue payments to Non-Lien Claimants.

September 19, 2012
Page 2 of 3

_____

### A. Georgia Medicaid

This Court has approved a Georgia Medicaid Optional Settlement that only applies to 18 Extraordinary Damages Claimants that Georgia Medicaid has identified as Georgia Medicaid beneficiaries (the "18 Georgia Medicaid Claimants"). The Georgia Medicaid Optional Settlement is optional, and provides the 18 Georgia Medicaid Claimants a convenient and efficient option to settle all claims Georgia Medicaid may have with respect to their respective Settlements in exchange for 20% of their respective Settlements. The 18 Georgia Medicaid Claimants are free to resolve any Georgia Medicaid claims directly with Georgia Medicaid, should they decide not to participate in the Tentative Georgia Medicaid Optional Settlement.

With respect to Ms. Kennon, we have received a claim notice from Georgia Medicaid indicating a lower claim amount than what Ms. Kennon would pay if she choose to participate in the Georgia Medicaid Optional Settlement. We have provided Ms. Kennon with Georgia Medicaid's claim notice for her review, and we are waiting for a response from her to let us know whether she agrees with the Georgia Medicaid claim amount.

### B. Medicare

Medicare has declined to participate in a global settlement with respect to Extraordinary Damages Claimants. Therefore, we are working with the Coordination of Benefits (the "COB") and the Medicare Secondary Payer Recovery Contractor (the "MSPRC") to resolve any past conditional payments Medicare may have paid related to this Settlement for each of the Medicare Eligible Extraordinary Damages Claimants, individually.

Once we resolve any Medicare and Georgia Medicaid claims for the Extraordinary Damages Claimants that are eligible for Medicare and/or Georgia Medicaid benefits, we will be able to issue payments. We intend to pay these claimants, including Ms. Kennon, on a rolling basis as their claims become ripe to pay.

Should you have any questions, or need any additional information, please let me know.

Yours very truly,

Edgar C. Gentle, III
Claims Administrator

ECG/pfo
Attachment

September 19, 2012
Page 3 of 3

---

cc:   (CONFIDENTIAL)(VIA EMAIL)(WITH ATTACHMENT)
   The Honorable Robert E. Gerber
   Diandra S. Debrosse, Esq.
   Katherine A. Harbison, Esq.
   Paige F. Osborn, Esq.
   Nehal Madhani, Esq.
   Chris Hood, Esq.
   W. Lewis Garrison, Esq.
   Roger W. Orlando, Esq.
   Newton B. Schwartz, Esq.
   Barry G. Reed, Esq.
   M. David Karnas, Esq.
   Kirstin M. Etela, Esq.

cc:   (CONFIDENTIAL)(VIA REGULAR MAIL)(WITH ATTACHMENT)
   Ms. Marsha Kennon

09-11233
Chemtura

Hello Judge Gerber this is Marsha Kennon I was involved in the Conyers, Georgia Biolab Explosion Class Action Lawsuit. I'm writing to you pleading for you to finalize this lawsuit so the victims in this case can receive long awaited settlement after nearly 10 years. I was injured causing my lungs to be damaged causing symptoms to arise that I battle with even to this very day.

Day in and day out coughing in pain caused by this Biolab explosion. Everyone in this lawsuit are awaiting settlement and still haven't received anything. I am aware of the congested legal system causing a slow settlement process so I am pleading with you to please finalize this lawsuit so the victims including myself can finally have closure.

Judge Gerber it is as if no one cares about the victims, after my lungs were damaged and documents prove it was caused by the Biolab explosion I haven't received my settlement at all from this Lawsuit and its going on nearly 10 years.

My Lawyer Roger Orlando and claims Administrator Edgar C. Gentle III told me I was awarded $20,000 from this lawsuit but my settlement is being held up by Medicare ,Which is false. to Prove this is false and my bills from Medicare are taken care of my case number in Medicare is 200800909001265

I honestly believe Judge Gerber after it is proven beyond a shadow of doubt that my bills are paid and my settlement should have been received that Roger Orlando is with holding my Settlement. If what I believe is false Judge Gerber I ask for you to please bring this Class Action lawsuit to an end so I I can receive my settlement once and for all. I am beyond ready to leave Roger Orlando firm who already stated he has been compensated on my behalf, Edgar c. Gentle and other dealing with this BioLab case alone so I can move on with my Life.

AUG 3 0 2012