Steven B. Eichel
Crowell & Moring LLP
590 Madison Avenue
New York, New York 10022
(212) 223-4000

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Century Indemnity Company, Westchester
Fire Insurance Company, Central National Insurance Company
of Omaha, and Pacific Employers Insurance Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHEMTURA CORPORATION, *et al.*, | : | Case No. 09-11233 (REG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**SUPPLEMENTAL NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that under Section 1109(b) of the Bankruptcy Code, the attorney set forth below hereby appears as additional counsel for Century Indemnity Company (as successor to both Insurance Company of North America and California Union Insurance Company), International Insurance Company, Central National Insurance Company of Omaha, and Pacific Employers Insurance Company, and pursuant to Bankruptcy Rules 2002 and 9010, hereby requests that the Clerk of this Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and requests that copies of all

DCACTIVE-21100761.1

notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case be given and sent to the following:

> Steven B. Eichel
> CROWELL & MORING LLP
> 590 Madison Avenue
> New York, New York 10022
> (212) 223-4000

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, electronic mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

Dated:  September 20, 2012                    Respectfully submitted,


                  */s/ Tacie H. Yoon*
                  Steven B. Eichel
                  CROWELL & MORING LLP
                  590 Madison Avenue
                  New York, New York 10022
                  Telephone:  (212) 223-4000
                  Facsimile:  (212)  223-4134

                  Mark D. Plevin
                  Leslie A. Davis
                  Tacie H. Yoon
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue, N.W.
                  Washington, D.C.  20004

Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Century Indemnity Company,
Westchester Fire Insurance Company, Central
National Insurance Company of Omaha, and Pacific
Employers Insurance Company

- 3 -