UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: } | Chapter 11 |
| } | |
| **CHEMTURA CORPORATION,** *et al.*, } | Case No. 09-11233 (REG) |
| } | |
| Reorganized Debtors. } | Jointly Administered |

## ORDER TO MODIFY STAY AND PERMIT LITIGATION

On this day came on to be heard the motion of Faye Lewis Milton, William Lee Milton and Brett Lane Milton, seeking relief from the automatic stay. The Court finds that such motion is well take and should be approved.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The automatic stay pursuant to Section 362 of the Code, and upon the confirmation of a Plan of Reorganization, any statutory injunction pursuant to Section 524 or any other section of the Code, is hereby modified to allow Faye Lewis Milton, William Lee Milton and Brett Lane Milton to assert and prosecute their claims against the Debtors in any Court of competent jurisdiction.

2. Faye Lewis Milton, William Lee Milton and Brett Lane Milton will seek damages against the Debtors in connection with a personal injury suit arising out of William Milton's exposure to asbestos while employed by Monochem, Inc. at Monochem's facility in Geismar, Ascension Parish, Louisiana.

3. The confirmation of a Plan of Reorganization shall not act to bar or discharge the claims of Faye Lewis Milton, William Lee Milton and Brett Lane Milton against the Debtors.

SIGNED on this _____ day of _____, 2014.

_____
United States Bankruptcy Judge
The Honorable Robert E. Gerber